**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-CR-167-LO** |
| | ) | |
| **JASON STEUART HIHN,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

Defendant Jason Steuart Hihn, through undersigned counsel, files this notice attaching Exhibit A, which was inadvertently omitted from his initial filing. [Doc. 20] and two letters from individuals who have written the Court in support of Mr. Hihn's pretrial release: Christina Zieglar (Hihn's sister) and David Zieglar.

Respectfully submitted,

JASON STEUART HIHN
By Counsel

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant.brodnax@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2021, the foregoing pleading was filed using the CM/ECF system, which will send notification of such electronic filing (NEF) to all counsel of record.

/s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III