# FREDERICK S. BERLIN, M.D., Ph.D. - CURRICULUM VITAE

## DEMOGRAPHIC INFORMATION:

### CURRENT APPOINTMENTS:

*Associate Professor, Department of Psychiatry and Behavioral Sciences, The Johns Hopkins University School of Medicine.*

*Attending Physician, Active Staff, The Johns Hopkins Hospital.*

### PERSONAL DATA:

*Johns Hopkins Medical Institutions*
*Department of Psychiatry*
*and Behavioral Sciences*
*4-181 Meyer Building*
*The Henry Phipps Psychiatric Service*
*600 North Wolfe Street*
*Baltimore, Maryland 21287-7409*
*Telephone: (410) 955-6292*

*Director*
*National Institute for the*
*Study, Prevention and*
*Treatment of Sexual Trauma*
*104 E. Biddle Street*
*Baltimore, Maryland 21202*
*Telephone: (410) 539-1661*
*Fax: (410) 539-1664*
*e-mail: fredsberlinmd@comcast.net*

### EDUCATION:

| | | | |
|---|---|---|---|
| B.S. | 1964 | University of Pittsburgh | Psychology |
| M.A. | 1966 | Fordham University | Psychology |
| Ph.D. | 1972 | Dalhousie University, Canada | Psychology |
| M.D. | 1974 | Dalhousie University, Canada | |

### TRAINING:

*Research Assistant, 1961 - 1964, University of Pittsburgh, Department of Psychology.*

*Research Assistant, 1965 - 1966, Fordham University, Department of Psychology.*

*Research Assistant, 1966 – 1967, Dalhousie University, Department of Psychology.*

*Teaching Assistant, 1967 – 1971, Dalhousie University, Department of Psychology.*

*Clinical Clerkship, 1973 – 1974, Victoria General Hospital, Halifax.*

*Medical Intern, 1974 – 1975, McGill University School of Medicine, Jewish General Hospital, Children's Hospital, Montreal, Canada.*

*Psychiatric Resident, 1975 – 1976, The Johns Hopkins Hospital, Baltimore, Maryland.*

*Exchange Resident, 1977, Maudsley Hospital, London, England.*

*Chief Resident, 1977-1978, Department of Psychiatry and Behavioral Sciences, The Johns Hopkins Hospital.*

## *PROFESSIONAL EXPERIENCES:*

*Assistant Professor, 1978 – 1986, Department of Psychiatry and Behavioral Sciences, The Johns Hopkins University School of Medicine.*

*Associate Professor, 1986 - Present, Department of Psychiatry and Behavioral Sciences, The Johns Hopkins University School of Medicine.*

*Attending Physician, 1978 – Present, The Johns Hopkins Hospital.*

*Founder and Director, 1980 – 1992, The Johns Hopkins Sexual Disorders Clinic.*

*Founder and Director, 1992 – Present, National Institute for the Study, Prevention and Treatment of Sexual Trauma.*

## *RESEARCH ACTIVITIES:*

### *PUBLICATIONS (PEER REVIEWED):*

*Berlin F, Evaluating and Reducing Risk in Online Child Pornography Cases. J AM Acad Psychiatry Law, 48, 1, November 2019, 165-170.*

*Berlin F, Paraphilic Disorders: A Better Understanding. Current Psychiatry, 18, 4, April 2019, 22-28.*

*Berlin FS, Pedophilia, in P. Whelehan and Bolin (Eds.), The International Encyclopedia of Human Sexuality, pp, 882 – 776, Oxford: Wiley Blackwell, 2015.*

*Berlin F, Pedophilia From a Mental Health Perspective, Sex Offender Law Report, Bol. 16, No. 1, pp. 1 – 16, December/January 2015.*

*Berlin F, Mandatory Reporting of Suspected Child Abuse, Psychiatric Times, Vol. XXXI, No. 8, pp. 8-9, August 2014.*

*Berlin F, Sawyer D: Potential Consequences of Accessing Child Pornography Over the Internet and Who is Accessing It, Sexual Addiction and Compulsivity, 19, pp 30 – 40, 2012.*

*Berlin F: Pedophilia: Criminal Mindset or Mental Disorder? A Conceptual Review, American Journal of Forensic Psychiatry, Vol. 32, Issue 2, pp. 3 – 25, 2011.*

*Berlin F: Commentary on Pedophilia Diagnostic Criteria in DSM-5, The Journal of the American Academy of Psychiatry and the Law, Vol. 39, No.2, pp. 242 – 244, April 2011.*

*Berlin F: Commentary: Risk/Benefit Ratio of Androgen Deprivation Treatment for Sex Offenders, Journal of the American Academy of Psychiatry and the Law, Vol. 37, pp. 59 – 62, November 1, 2009.*

*Rao V, Handel S, Vaishnavi S, Keach S, Robbins B, Spiro J, Ward J, Berlin F: Psychiatric Sequelae of Traumatic Brain Injury: A Case Report, American Journal of Psychiatry, 164:5, pp. 728-735, May 2007.*

*Berlin FS: Commentary: The Impact of Surgical Castration on Sexual Recidivism Risk Among Civilly Committed Sexual Offenders, Journal of The American Academy of Psychiatry Law, Vol. 33, No. 1, pp. 37-41, March 2005.*

*Saleh F, Berlin FS: Sex Hormones, Neurotransmitters, and Psychopharmacological Treatments in Men with Paraphilic Disorders, Journal of Child Sexual Abuse, Vol. 12, No. 3/4, pp. 233-253, 2003. Also published simultaneously in Identifying and Treating Sex Offenders: Current Approaches, Research, and Techniques, (ed: Robert Geffner, et al.), The Haworth Maltreatment & Trauma Press, New York, 2003, pp. 233-253.*

*Saleh F, Berlin FS: Sexual Deviancy: Diagnostic, Neurobiological, and Psychopharmacological Considerations and Sex Hormones, Neurotransmitters and Psychopharmacological Treatments in Men with Paraphilic Disorders, Journal of Child Sexual Abuse, Vol. 12, No. 3/4, pp. 53-74, 2003. Also published simultaneously in Identifying and Treating Sex Offenders: Current Approaches, Research, and Techniques, (ed: Robert Geffner, et al.), The Haworth Maltreatment & Trauma Press, New York, 2003, pp. 53-74.*

*Berlin FS. Sex Offender Treatment and Legislation, Journal of the American Academy of Psychiatry and the Law, Vol. 31, No. 4, pp.510-513, 2003*

*Berlin F. Galbreath N, Geary B, McGlone G. The Use of Actuarials at Civil Commitment Hearings to Predict the Likelihood of Future Sexual Violence, Sexual Abuse: A Journal of Research and Treatment, Tucson, Arizona, Vol. 15, No. 4, pp. 377-382, October 2003.*

*Fagan PJ, Wise TN, Schmidt CW, Berlin FS. Special Communication on Pedophilia, Journal of the American Medical Association, 288, 19, pp. 2458-2465, November 20, 2002.*

*Berlin FS. Pedophilia: When is a Difference a Disorder? Peer Commentaries on Green (2000) and Schmidt (2002), Archives of Sexual Behavior. 31 (6): pp. 1-2, 2002*

*Berlin F, The Vanderbilt Symposium – In My Opinion, Sexual Addiction & Compulsivity, 8, pp. 187-189, 2001*

*Berlin FS, Malin HM, Lehne GK, Hunt, WP, Thomas, K, Fuhrmaneck, J. The Eroticized Violent Crime: A Psychiatric Perspective with Six Clinical Examples. Journal of Sexual Addiction and Compulsivity, 4, 1, 10-32, 1997.*

*Berlin FS. Jeffrey Dahmer: Was He Ill? Was He Impaired? Insanity Revisited. American Journal of Forensic Psychiatry, 15, 1, pp. 5-29, 1994.*

*Federoff JP, Hanson A, McGuire M, Malin HM, Berlin FS. Simulated Paraphilias: A Preliminary Study of Patients Who Imitate or Exaggerate Paraphilic Symptoms and Behaviors. Journal of Forensic Sciences, 37, 3, pp. 902-911, 1992.*

*Federoff JP, Wisner-Carlson R, Dean S, Berlin FS. Medroxyprogesterone Acetate in the Treatment of Paraphilic Sexual Disorders. Journal of Offender Rehabilitation, 18, pp. 109-123, 1992.*

*Berlin FS, Hunt WP, Malin HM, Dyer A, Lehne GK, Dean S. A Five-year Plus Follow-up Survey of Criminal Recidivism Within a Treated Cohort of 406 Pedophiles, 111 Exhibitionists and 109 Sexual Aggressives: Issues and Outcome. American Journal of Forensic Psychiatry, 12, 3, pp. 5-28, 1991.*

*Berlin FS, Malin HM. Media Distortion of the Public's Perception of Recidivism and Psychiatric Rehabilitation. American Journal of Psychiatry, 148, 15, pp. 1572-1576, 1991.*

*DiGiovanni C, Berlin FS, Casterella P, Redfield R, Hiken M, Falck A, Malin HM, Gagliano S, Schaerf F. Prevalence of HIV Antibody Among a Group of Paraphilic Sex Offenders. Journal of Acquired Immune Deficiency Syndromes, 4, pp. 633-637, 1991.*

*Berlin FS, Malin HM, Dean S. Effects of Statutes Requiring Psychiatrists to Report Suspected Sexual Abuse of Children. American Journal of Psychiatry, 148, 4, pp. 449-453, 1991.*

*Berlin FS. The Paraphilias and Depo-Provera: Some Medical, Ethical and Legal Considerations. The Bulletin of the American Academy of Psychiatry and the Law, 17, 3, pp. 233-239, 1989.*

*Berlin FS. Issues in the Exploration of Biological Factors Contributing to the Etiology of the Sex Offender plus Some Ethical Considerations. Annals of the New York Academy of Sciences. 528, 528, pp. 183-192, 1988.*

*Chen JJS, Berlin FS, Margolis S. Effect of Large Dose Progesterone on Plasma Levels of Lipids, Lipoproteins and Apolipoproteins in Males. Journal of Endocrinological Investigation, 9, 4, pp. 281-285, 1986.*

*Berlin FS. Men Who Rape: Interviews with Five Rapists. American Journal of Forensic Psychiatry, 7, 4, pp. 11-41, 1986.*

*Berlin FS, Krout E. Pedophilia: Diagnostic Concepts, Treatment and Ethical Considerations. American Journal of Forensic Psychiatry, 7, 1, pp. 13-30, 1986.*

*Chen JJS, Berlin FS, Margolis S. Short Term Effects of High Dose Progesterone on Plasma Lipids, Lipoproteins and Apoproteins in Men. Clinical Research, 32, 3, p 704, 1984.*

*Gaffney GR, Berlin FS. Is There a Hypothalmic-Pituitary-Gonadal Dysfunction in Pedophilia? British Journal of Psychiatry, 145, pp. 657-660, 1984.*

*Gaffney GR, Lurie SF, Berlin FS. Is There Familial Transmission of Pedophilia? Journal of Nervous and Mental Disease, 172, 9, pp. 546-548, 1984.*

*Berlin FS, Bergy GK, Money J. Periodic Psychosis of Puberty: A Case Report. American Journal of Psychiatry, 139, 1, pp. 119-120, 1982.*

*Berlin FS, Coyle GS. Sexual Deviation Syndromes. Psychiatric Clinics at The Johns Hopkins Hospital. (Tune LE, Ed.) The Johns Hopkins Medical Journal, 149, pp. 119-125, 1981.*

*Berlin FS, Meinecke CF. Treatment of Sex Offenders with Antiandrogenic Medication: Conceptualization, Review of Treatment Modalities and Preliminary Findings. American Journal of Psychiatry, 138, pp. 601-607, 1981.*

*Greist JH, Marks IM, Berlin FS, Gournay K, Noshirvani H. Avoidance Versus Confrontation of Fear. Behavior Therapy, 11, pp. 1-14, 1980.*

*Berlin FS, Bartlett R, Black J. Acupuncture and Placebo: Effects on Delaying the Terminating Response to a Painful Stimulus. Anesthesiology, 42 , 5, pp. 527-531, 1975.*

---

## ***PUBLICATIONS (NON-PEER REVIEWED) AND POSTER PRESENTATIONS:***

*Kim C, Saleh F, Dwyer G, & Berlin F, A Female Patient with Multiple Paraphilias: A Case Study, Poster Presentation, American Academy of Psychiatry and the Law 37th Annual Meeting, Chicago, Illinois, October 27, 2006*

*Berlin F, Compulsive Sexual Behaviors. Proceedings of the 17th Biannual Catholic Bishops Workshop, Addiction and Compulsive Behaviors, The National Catholic Bioethics Center, Boston, Massachusetts, pp. 71-83, 2000.*

*Murphy DL, Sims K, Eisenhofer G, Greenberg BD, George T, Berlin F, Zametkin A, Ernst M, Breakefield XO. Are MAO-A Deficiency States in the General Population and in Putative High-Risk Populations Highly Uncommon? Presented at The 6th Rappaport Symposium and 7th Amine Oxidase Workshop, Haifa, Israel, June 1996.*

*Berlin FS. Psychosexual Disorders: Implications for the Impaired Physician. Straight Forward, 5, pp. 5-6, 1994.*

*Berlin FS: "Use of Chemically Castrating Medications." River Cities' Reader. 8, 1994.*

*Federoff JP, Berlin FS, Wisner-Carlson R, Dean S. An Open Five Year Follow-up of Paraphilic Men Treated With Psychotherapy and Medroxyprogesterone Acetate. Poster presentation, International Academy of Sex Research, Barrie, Ontario, August 1991.*

*DiGiovanni C, Berlin FS. Control of Hypersexuality in HIV Carriers. Proceedings of the Third International Conference on AIDS, Washington, D.C., p. 43, June 5, 1987*

*Frost JJ, Mayberg HS, Berlin FS, et al. Alteration in Brain Opiate Receptor Binding in Man Following Arousal Using C-11 Carfentinil and Positron Emission Tomography, Proceedings of the 33rd Annual Meeting of the Society of Nuclear Medicine. Journal of Nuclear Medicine, 27, 6, p.1027, 1986.*

*Berlin FS. Pedophilia. Medical Aspects of Human Sexuality, 19, 2, pp. 8, 79, 82, 85, 88, 1985.*

Berlin FS. Treatment of Pedophilia. The Medical-Moral Newsletter, 21, 6, pp. 21-24, 1984.

Berlin FS. The Use of Waking and Hypnotic Suggestions to Change Behavior. Copyrighted Ph.D. Thesis, available through The National Library Scheme on Canadian Thesis, 1972.

---

**EDITORIALS:**

Berlin FS, Fagan PJ, Wise TN, Schmidt CW, Medical Research in Pedophilia, Journal of the American Medical Association, 289, 10, p. 1243, March 12, 2003 (letter).

Berlin FS, Treatments to Change Sexual Orientation, The American Journal of Psychiatry, 157, 5, p. 838, May 2000 (letter).

Berlin FS, Thomas K, Congress shouldn't judge value of scientific studies, The Baltimore Sun p. 9A, Letter to the Editor, 7/27/99.

Berlin, FS. Unpaid Expert Witness. New England Journal of Medicine, 338, 17, p 1233, 1998 (correspondence).

Berlin FS. "Chemical Castration" for Sex Offenders. The New England Journal of Medicine, 336, 14, p 1030, 1997 (correspondence).

Berlin FS. Laws on Mandatory Reporting of Suspected Child Sexual Abuse. American Journal of Psychiatry, 145, p.8, 1988 (letter).

Berlin FS, Money J, Lehne GK. Antiandrogens Plus Counseling in the Treatment of Paraphilias. Journal of Sex Research, 19, 2, pp. 201-202, 1983 (letter).

Berlin FS. "Smoking Decreased After Hypnosis. Factors Relevant to Outcome" Archives of General Psychiatry, 37, pp. 1200-1201, 1980 (letter to the editor).

---

**BOOK CHAPTERS:**

Houts F, Taller I, Tucker D, Berlin F: Androgen Deprivation Treatment of Sexual Behavior, in (Balon R. Editor) Sexual Dysfunction: Beyond the Brain-Body Connection. Adv Psychosom Med. Basel, Karger, 2011, vol. 31. pp 149-163.

Berlin FS, Saleh FM, Malin HM: Mental Illness and Sex Offending, In (Saleh FM, Grudzinkas AJ, Bradford JM, Brodsky D, Editors) Sex Offenders: Identification, Risk Assessment, Treatment and Legal Issues, Oxford University Press, New York, New York, 2009.

Berlin F: Basic Science and Neurobiological Research: Potential Relevance to Sexual Compulsivity, In (Schwartz MF and Berlin F, Editors) Psychiatric Clinics of North America – Sexually Compulsive Behavior: Hypersexuality (Special Edition), Elsevier, Inc., Vol. 31, Issue 4, 2008, pps.623-642.

*Saleh FM, Berlin FS, Malin HM, Thomas KJ: Paraphilias and Paraphilia-Like Disorders, In (Gabbard GO, Editor) Treatments of Psychiatric Disorders, 4th Edition, American Psychiatric Publishing, Inc., Washington, DC, 671-682, 2007.*

*Fagan P, Lehne G., Strand J., Berlin FS: Paraphilias in (Gabbard GO, Beck JS, Holmes J, Eds.) Oxford Textbook of Psychotherapy, Oxford University Press, Inc., New York, Chapter 17, pp. 213-225, 2005.*

*Berlin FS: Child Psychiatrist in (Spitzer RL, First MB, Gibbons M, Williams JBW, Eds.) Treatment Companion to the DSM-IV-TR Casebook, American Psychiatric Publishing, Inc., Arlington, Virginia, 2004, pp. 180-188.*

*Saleh FM, Berlin FS. Sex hormones, neurotransmitters and psychopharmacological treatments in men with paraphilic disorders. in (Geffner R, Franey K, Geffner T, Falconer R,, editors). Identifying and Treating Sex Offenders: Current Approaches, Research, and Techniques, New York City: The Haworth Maltreatment & Trauma Press, an imprint of The Haworth Press. Inc.; 2003. p. 53-76.*

*Saleh FM, Berlin FS. Sexual deviancy: diagnostic and neurobiological considerations. in (Geffner R Franey K, Geffner T, Falconer R editors). Identifying and Treating Sex Offenders: Current Approaches, Research, and Techniques. New York City: The Haworth Maltreatment & Trauma Press, an imprint of The Haworth Press. Inc.; 2003. p. 233-253.*

*Galbreath, NW, Berlin FS, Sawyer D, Paraphilias and the Internet. In (Cooper A., Ed) Sex and the Internet: A Guidebook for Clinicians, Brunner-Routledge, Philadelphia, Pennsylvania, pp. 187-205, 2002.*

*Berlin FS. Compulsive Sexual Behaviors. In (Fulton EJ, McLoud-Dort V, Eds) Addiction and Compulsive Behaviors, The National Catholic Bioethics Center, Boston, Massachusetts, pp. 79-91, 2000.*

*Berlin FS: The Etiology and Treatment of Sexual Offending. In (Fishbein DH., Ed.) The Science, Treatment and Prevention of Antisocial Behaviors: Applications to the Criminal Justice System, Civic Research Institute, Inc., Kingston, New Jersey, pp. 211-215, 2000.*

*Berlin FS. How Many People Need to be Eaten in Milwaukee? In (Whitman C., Zimmerman J., Miller T., Eds.), Frontiers of Justice, Volume 2: Coddling or Common Sense?, Biddle Publishing Co., Brunswick, Maine, pp. 302-307, 1998.*

*Berlin FS: Hal, Driven by an Invisible Force: A Case of Pedophilia. In (Haglin R., Krauss Whitbourne S., Eds.), A Casebook in Abnormal Psychology, From the Files of Experts, Oxford University Press, pp. 114-126, 1998.*

*Berlin FS, Malin HM, Thomas K: Treatment of the Nonpedophilic and Nontransvestic Paraphilias. In (Gabbard GEO, Ed.), Treatment of Psychiatric Disorders: The DSM-IV Edition. American Psychiatric Press, pp. 1941-1958, 1996.*

*Berlin, FS: New Theories of Physical Causes of Homosexuality and Moral Behavior. In (Smith RE, Ed.), Proceedings of the 1993 Bishops' Workshop entitled "Communicating the Catholic*

*Vision of Life". The Pope John XXIII Medical-Moral Research and Education Center, pp. 58-70, 1993.*

*Berlin FS: "Perfect Relationship". In (Spitzer RL, Gibbon M, Skodol AE, Williams JBW, First MB, Eds.), DSM-III-R Case Book: A Learning Companion to the Diagnostic and Statistical Manual of Mental Disorders (3rd Edition, Revised). American Psychiatric Press, Washington, D.C., pp. 116-117, 1989.*

*Berlin FS: "Child Psychiatrist." In (Spitzer RL, Gibbon M.Skodol AE, Williams JBW, First MB, Eds.), DSM-III-R Case Book: A Learning Companion to the Diagnostic and Statistical Manual of Mental Disorders (3rd Edition, Revised). American Psychiatric Press, Washington, D.C., pp 135-137, 1989.*

*Berlin FS: Special Considerations in the Psychiatric Evaluation of Sexual Offenders. In (Rosner R, Schwartz HI, Eds.), Critical Issues in American Psychiatry and the Law. volume 4 (Juvenile Psychiatry and the Law: Victims and Victimizers), Plenum Press, New York, pp. 119-132, 1989.*

*Berlin FS, Shaerf FW: Laboratory Assessment of the Paraphilias and Their Treatment with Antiandrogenic Medication. In (Hall RCW, Bereseford TP, Eds.), A Handbook of Psychiatric Diagnostic Procedures. New York, Spectrum Publications, pp. 273-305, 1985.*

*Berlin FS: (1) Behavior Modification, (2) Biological Therapies. Two sections in (Meyer J, Schmidt CW, Wise TN, Eds.), Clinical Management of Sexual Disorders. Williams and Wilkins, Baltimore, Maryland, 1983.*

*Berlin FS: Sex Offenders: A Biomedical Perspective and a Status Report on Biomedical Treatment. In (Greer JB, Stuart IR, Eds.), The Sexual Aggressor: Current Perspectives on Treatment. Van Nostrand Reinhold Co., New York, pp. 83-123, 1983.*

---

## INVITED REVIEWS AND EDITORIALS:

*Berlin F, Alabama castration bill won't fix the problem. The Hill, June 11, 2019 (invited commentary).*

*Lehne G, Thomas K, Berlin FS. Treatment of sexual paraphilias: a review of the 1999-2000 literature, Current Opinion in Psychiatry, 13, 569-573, 2000 (invited review requested of Dr. Berlin).*

*Berlin FS, Pornography and politics: A case for sane civility. The Baltimore Sun, p. 13F, 2/7/99 (invited editorial).*

*Berlin FS, If the Starr Report Were a Psychiatric Case Study, What Kind of Footprint Would It Leave? The Baltimore Sun, Arts & Society, p. 11G, 9/27/98 (invited editorial).*

*Berlin FS, Criminal or Patient? Culturefront, 5, 2, pp. 71-75, Summer 1998 (invited article).*

*Berlin FS. The Case for Castration, Part 2. The Washington Monthly, 5, pp. 28-29, May 1994 (invited editorial).*

*Berlin FS, Malin HM, Dean S. Involuntary Intervention: Does the Benefit Exceed the Cost? American Journal of Psychiatry, 149, 3, 1992 (invited editorial response - letter).*

*Berlin FS, Malin HM. Laws on Reporting Sexual Abuse of Children, Dr. Berlin and associates reply. American Journal of Psychiatry. 148, 11, p. 1619, 1991. (invited editorial response - letter).*

*Berlin FS. Response to KJ Masters Commentary "Dahmer Case Trivialized by Forensic Psychiatrists". Clinical Psychiatry News, p. 4, February 1993 (invited editorial).*

*Berlin FS, Malin HM. Rape: A Presumption of Guilt? A Presumption of Severe Punishment if Guilty. A Journal for the Expert Witness, The Trial Attorney and the Trial Judge, 5, pp. 7-9, 1990 (invited article).*

*Berlin FS. Commentary on "Sexual Addiction and Compulsive Sexual Behaviors" by Eric Griffin-Shelley. Medical-Moral Newsletter, 26, pp. 8-9, 1989 (invited article).*

*Berlin FS. Ethical Use of Psychiatric Diagnoses. Psychiatric Annals, 13, pp. 321-331, 1983 (invited article).*

*Berlin FS. Ethical Use of Antiandrogenic Medications. American Journal of Psychiatry, 138, 11, p 1516, 1981 (invited editorial response – letter).*

*Berlin FS. In Defense of the Disease Model in Psychiatry. Psychiatric Annals, 11, p. 5 - 12, 1981 (invited article).*

*Berlin FS. Psychological Therapies for Anxiety. Psychiatric Annals, 9, pp. 41-55, 1974 (invited article).*

---

## BOOK REVIEWS:

*Sexual Deviation, Third Edition (Rosen I, Ed.), The Journal of Nervous and Mental Disease, 186, No. 4, pp 255-256, 4/98.*

*Text Book of Homosexuality and Mental Health (Cabaj RP and Stein TS, Eds.), Journal of Nervous and Mental Disease, 185, No. 11, 11/97. .*

*Handbook of Sexual Assault: Issues, Theories and Treatment of the Offender. (Marshall WL, Laws DR, Barbaree HE, Eds.), Archives of Sexual Behavior, 21, p. 4, 1992.*

*Treating Perpetrators of Sexual Abuse. (Ingersol SL, Patton S). The Bulletin of the American Academy of Psychiatry and the Law, 18, 4, pp. 429-430, 1990.*

---

## OTHER PUBLISHED MATERIALS:

*Berlin FS, "Pharmacological Interventions with Sex Offenders." To Be Included in the Interpol Handbook. 2010*

*Berlin FS. An Interview by the Editor. The Maryland Psychiatrist, 17, pp. 5-7, 1990.*

*Berlin FS, National Conference of Catholic Bishops Interview, National Conference of Catholic Bishops' Ad Hoc Committee on Sexual Abuse, Published online at usccb.org, Baltimore, Maryland, 09/08/97*

*Berlin FS Diagnosis and Treatment of Paraphilias. Audio Digest Psychiatry, 17, p. 17, September 5, 1988.*

*Berlin FS. Treating Sexual Disorders with Medroxprogesterone Acetate: An Interview with Fred S. Berlin. Currents in Affective Illness, 6, 7, pp. 5-15, 1987.*

*Berlin FS. Psychiatry Meets the Sex Offender. Audio-Digest Psychiatry, 16, p. 13, July 13, 1987.*

*Berlin FS, Meinecke CF. Treatment of Sex Offenders with Antiandrogenic Medications. Audio Digest Psychiatry, December 1981. (Audio Cassette).*

---

## ***EXTRAMURAL SPONSORSHIP:***

### ***GRANTS AND CONTRACTS:***

*The Harry Frank Guggenheim Foundation: The Assessment of Compulsive Rapists and Pedophiles for Hormonal, Chromosomal and Neurobiological Pathologies. Grant awarded on July 15, 1985.*

*Berlin FS, Conner E, Rider M: Annotated Bibliographic Review of Literature on Etiology and Treatment of Sex Offenses and Sex Offenders. Contracted and published by The National Institute of Mental Health, 1982.*

---

## ***EDUCATIONAL ACTIVITIES:***

### ***TEACHING:***

*Classroom Instruction – Yearly lecture, 2nd year medical students, The Johns Hopkins University School of Medicine.*

*Clinical Instruction – Bedside and didactic teaching, psychiatric residents and students, Meyer-5 ward (currently attending physician 3 months of the academic year), The Johns Hopkins Hospital.*

*(See also below – "Primary Service Responsibilities")*

---

## CME INSTRUCTION:

*Invited Participant, When Sex Offenders are Adolescents, Ministry of the Sick, The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland, 4/29/96.*

*Invited Participant, Positron Emission Tomography and the Chemistry of Mental Illness: Changes in Brain Chemistry During Sexual Arousal, Nuclear Medicine Seminar, The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland, 3/13/97.*

*Course Director, Pedophilia and Rape, 143rd Annual Meeting, American Psychiatric Association, New York, New York, 5/12/90 - 5/17/90.*

*Course Director, Diagnosis and Treatment of Pedophiles and Rapists, 142nd Annual Meeting, American Psychiatric Association, San Francisco, California, 5/6/89 - 5/11/89.*

*Course Director, Assessment and Treatment of Adult and Adolescent Sex Offenders, 141st Annual Meeting, American Psychiatric Association, Montreal, Canada, 5/9/88.*

*Course Director, Diagnosing and Treating Rapists and Pedophiles, 140th Annual Meeting, American Psychiatric Association, Chicago, Illinois, 5/13/87.*

*Invited Participant, Positron Emission Tomography: Changes in Opiate Receptor Activity on PET Scanning During Sexual Arousal, The Johns Hopkins University School of Medicine Continuing Education Course, Baltimore, Maryland, 4/19/86.*

*(See also below – "Conferences Organized")*

---

## MENTORING:

*Member, Board of Student Advisors, The Johns Hopkins University School of Medicine, 1980-1983.*

*Member, Ph.D. Thesis Committee, for Dr. Kate Thomas and Dr. Kathy Pilero.*

*Clinical Supervisor for a Variety of Psychiatric Residents.*

*Supervisor of Elective Training to a Variety of Pre- and Post-doctoral Students.*

---

## EDITORIAL BOARD APPOINMENTS:

*Guest Editor, Psychiatric Clinics of North America – Sexually Compulsive Behavior: Hypersexuality (Special Edition), Elsevier, Inc., Vol.31, Issue 4, 2008.*

*Member, Editorial Board, Family Violence and Sexual Assault Institute, 2003 – present*

*Member, Editorial Board, Journal of Sexual Addiction and Compulsivity, 2001 - present*

Associate Editor, International Journal of Offender Therapy and Comparative Criminology, January 1997 – December 2002

---

**PEER REVIEW PERFORMED FOR THE FOLLOWING JOURNALS:**

The American Journal of Bioethics - Neuroscience
The American Journal of Psychiatry
Behavioral Sciences and the Law
Journal of the American Medical Association (JAMA)
Journal of Child Sexual Abuse
The Journal of Nervous & Mental Disease
The Journal of Pediatrics
The Journal of the American Academy of Psychiatry and the Law
The American Journal of Clinical Hypnosis
The Archives of General Psychiatry
Archives of Sexual Behavior
Child Abuse and Neglect: The International Journal
The Journal of Consulting and Clinical Psychology
The Journal of Neuropsychiatry and Clinical Neurosciences
Psychosomatics
Social Psychiatry and Psychiatric Epidemiology
The Harvard Review of Psychiatry

---

**CLINICAL ACTIVITIES:**

**LICENSURES:**

Licensed Physician, State of Maryland, 1975 – Present, ID #D18703.

---

**CERTIFICATIONS AND FELLOWSHIPS:**

Diplomat, National Board of Medical Examiners, ID #141770, 1975.

Board Certified in Psychiatry, American Board of Psychiatry and Neurology, ID #21208, 1980.

Distinguished Life Fellow, American Psychiatric Association, 2010.

Diplomat, The American Board of Forensic Examiners, ID #660, 1994.

Diplomat, The American Board of Sexology, ID #1760, 1995.

(have also provided questions for board certification examinations)

Board Certified in Forensic Psychiatry, American Board of Psychiatry and Neurology, ID #504, 1998 to 2008.

---

***PRIMARY SERVICE RESPONSIBILITIES:***

*Attending Physician, Psychiatry, Meyer-5 Inpatient Service, Currently 2 months per year (previously as much as 12 months per year) – includes periodic weekends on-call*

*Periodic on-call physician for the Hopkins Access Line (HAL).*

*Director, Sexual Behaviors Consultation Unit, involves teaching and supervision of Johns Hopkins staff, psychiatric residents and medical students during their outpatient training.*

---

***ORGANIZATIONAL ACTIVITIES:***

***THE JOHNS HOPKINS MEDICAL INSTITUTIONS:***

*Member, Medical School Counsel, The Johns Hopkins University, 1982 – 1984.*

*Member, Gender Identity Committee, The Johns Hopkins Hospital, 1980 – 1981.*

*Member, Utilization Review Committee, The Johns Hopkins Hospital, 1977 – 1978.*

*Member, Advisory Committee, House Staff Council, The Johns Hopkins Hospital, 1977 – 1978.*

*Member, House Staff Council, The Johns Hopkins Hospital, 1976 – 1978.*

---

***PROFESSIONAL SOCIETIES:***

***ELECTED POSITIONS:***

*President, Chesapeake Bay Chapter, American Academy of Psychiatry and the Law, 4/95 - 4/98.*

*Treasurer, Chesapeake Bay Chapter, American Academy of Psychiatry and the Law, 1993-1995.*

*Elected Member of Council, Maryland Psychiatric Society, 1993-1996.*

---

***APPOINTED POSITIONS:***

*Appointed Member, Technical Advisory Committee, The Spurwink Institute, 1996.*

*Appointed Member, Board of Directors, Maryland Foundation for Psychiatry, 1995.*

*Appointed Member, Task Force on Examinations, Section on Sexological Research, The American Board of Sexology, 8/31/92.*

*Appointed Member, Legislative Committee, Maryland Psychiatric Society, 1989 - Present.*

*Appointed Member, Legislative Network, Mental Health Association of Metropolitan Baltimore, 1985.*

*Appointed Member (by the Governor of Maryland), The Board of Patuxent Institution, 1984 – 1989.*

---

## MEMBERSHIPS:

*American Academy of Psychiatry and the Law*
*American Association for the Advancement of Science*
*American Board of Forensic Examiners*
*American College of Forensic Psychiatry*
*American Medical Association*
*American Professional Society on the Abuse of Children*
*American Psychiatric Association*
*Association for the Treatment of Sexual Abusers*
*Eastern Psychological Association*
*Greater Baltimore Task Force on Sexual Offenders*
*Maryland Psychiatric Society*
*Mental Health Association of Maryland*
*National Adolescent Perpetrator Network*
*Society for Scientific Study of Sex*
*Society of Biological Psychiatry*
*Southern Medical Association*

---

## CONFERENCES ORGANIZED:

*Course Co-Director, The Third Annual Symposium Child Sexual Abuse: A Public Health Perspective, Victim/Offender: A Case Report, The Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland 04/17/15.*

*Course Co-Director, The Second Annual Symposium Child Sexual Abuse: A Public Health Perspective, The Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, 04/11/14.*

*Course Co-Director, The First Annual Symposium Child Sexual Abuse: A Public Health Perspective, The Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, 04/27/12.*

*Course Director, The Cycle of Sexual Trauma: Treating the Victim and Treating the Offender, The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland, 2/10/94 - 2/12/94.*

*Course Director, Sex Offenders: Focus on Treatment, The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland, 1/19/88.*

*Course Director, Sex Offenders: Criminals or Patients? The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland, 1/19/87 - 2/21/87.*

*Course Director, The Sex Offender: Medical and Legal Issues, The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland, 2/20/86 - 2/22/86.*

*Course Director, Diagnosis and Treatment of Sex Offenders, The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland 2/21/85 - 2/22/85.*

*Course Director, Medical Assessment and Treatment of Sex Offenders, The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland, 2/20/84.*

*Course Director, Medical Assessment and Treatment of Sex Offenders, The Johns Hopkins University School of Medicine Continuing Medical Education Course, Baltimore, Maryland, 2/16/83.*

---

## *PEER REVIEW GROUPS:*

*Member, Peer Review Committee (PSAAD Panel), 2019 Psychological Health/Traumatic Brain Injury Research Programs, in Support of the Department of defense Congressionally Directed Medical Research Programs, Sheraton Reston hotel, Reston, VA. December 8-10, 2019.*

*Member, National Institute of Mental Health Special Emphasis Panel, ZMH1 ERB – 1(01), Adult and Adolescent Interventions, 10/29/04.*

*National Institute of Mental Health Grant Review Panel, Bethesda, Maryland, 03/04/00.*

*Ad Hoc Member, National Institute of Mental Health Review Group, Violence and Traumatic Stress Research Review Committee, 1997.*

*External Peer Reviewer of the Psychiatry Program at Shodair Hospital, Helena, Montana, 1996.*

*Grant Reviews performed for the Mental Health Foundation, Ottawa, Canada, 1984-85, 1996.*

---

## *CONSULTANTSHIPS:*

*Consultation provided to the Ministry of Justice, Republic of Korea, August 30, 2010.*

*Consultation provided to Gerry Sutcliffe, MP, Under Secretary of State for Criminal Justice and Offender Management, United Kingdom, July 21, 2006.*

*Consultant, Prison Service Division, Correction Bureau, Ministry of Justice, Japan, September 15, 2005.*

*First Draft Technical Advisory Research Person, Entertainment Industries Council, 2002*

*Member, Cardinal's Commission for the Protection of Children, Archdiocese of Boston, 2002*

*Standing Ethics Committee Member, Association for the Treatment of Sexual Abusers (ATSA), Beaverton, Oregon, 7/2001 – Present.*

*Standing Advisory Member, Advisory Board, Association for the Treatment of Sexual Abusers (ATSA), Beaverton, Oregon, 12/00 – 12/08.*

*Standing Advisory Member, Ad Hoc Committee on Sexual Abuse, National Conference of Catholic Bishops, Washington, D.C., 11/13/93 – Present.*

*Ad Hoc Commentator, The Forensic Psychiatry Echo, New York, NY, 1996 – Present.*

*Consultant, Wisconsin Department of Corrections regarding the use of antiandrogens. July 2001.*

*Psychiatric Consultant, State of Maryland Division of Corrections, 1980 – 1994.*

*Psychiatric Consultant, The Maryland Training School for Boys, 1980 – 1988.*

*Consultation provided to several state agencies regarding establishment of treatment programs for sex offenders (e.g., Pennsylvania, Tennessee, Virginia, Oregon) 1984 – 1994.*

*Consultation provided to European Parliament regarding rehabilitation of sex offenders, 1984.*

*Numerous court appearances as an expert witness on the diagnosis and treatment of paraphilic disorders ( and on the insanity defense), 1980 – Present.*

---

## RECOGNITION:

### AWARDS, HONORS:

*Dr. Paul McHugh Teaching Award, Department of Psychiatry and Behavioral Sciences, The Johns Hopkins Hospital, 2019.*

| | |
|---|---|
| *Distinguished Fellow, The American Psychiatric Association* | *May 2003* |
| *National Institute for the Study, Prevention and Treatment of Sexual Trauma designated as a National "Resource Site" by the United States Department of Justice* | *1997* |
| *Listed in "The Best 2000 Doctors"* | *1996 - Present* |
| *Listed in "Who's Who in Medicine and Healthcare"* | *1996 - Present* |
| *Presidential Citation, City of Baltimore* | *December 1996* |
| *Citation of Meritorious Achievement, Dictionary of International Biography, Cambridge, England* | *May 1995* |
| *Listed in "The Best Doctors in America"* | *1994 - Present* |

*Listed in "Who's Who in America"* *1990 – Present*

***INVITED TALKS:***

***GRAND ROUNDS (VISITING SPEAKER):***

*Invited Speaker, Sex and the Internet. Psychiatry Grand Rounds, The Johns Hopkins University School of Medicine, Baltimore, Maryland, 01/24/11*

*Invited Speaker, Sex Offenders: Criminals or Patients, Psychiatry Grand Rounds, George Washington University, Washington, DC, 03/11/10.*

*Invited Speaker, Sex Offenders: Criminals or Patients, Psychiatry Grand Rounds, Georgetown University Hospital, Washington, DC, 03/27/08.*

*Invited Speaker, Men Who Rape. Psychiatry Grand Rounds, The Johns Hopkins University School of Medicine, Baltimore, Maryland, 12/12/05.*

*Invited Speaker, Sex Offenders: Criminals or Patients?, Psychiatry Grand Rounds, University of Massachusetts, School of Medicine, Worcester, Massachusetts, 12/16/04.*

*Invited Presenter, The Paraphilias: Moral or Medical Problem?, Psychiatry Grand Rounds, Quillen College of Medicine, Johnson City, Tennessee, 08/27/04.*

*Invited Presenter, Clergy Sexual Abuse: The Crisis in the Catholic Church, Grand Rounds, St. Luke Institute, Silver Spring, Maryland, 11/21/02.*

*Invited Presenter, Evidence-based Treatment of Sex Offenders, Park Ridge Hospital, Rochester, New York, 10/2/03.*

*Invited Presenter, Psychiatry and the Law, Charles E. Steinberg Grand Rounds Lecture, University of Rochester Medical Center, Rochester, New York, 10/01/03.*

*Invited Presenter, Sex Offenders: Criminals or Patients? Grand Rounds, Springfield Hospital Center, Sykesville, Maryland, 04/15/12, 8/22/03.*

*Invited Presenter, The Crisis in the Catholic Church, Mendelsohn Lecture Series, The New England Medical Center, Boston, Massachusetts, 09/30/02.*

*Invited Presenter, Diagnosis and Treatment of Paraphilias, Correctional Mental Health Grand Round Series, Baltimore, Maryland, 11/17/00.*

*Invited Speaker, The Paraphilias, Grand Rounds, Columbia University College of Physicians and Surgeons, The Psychiatric Institute, New York, New York, 10/27/00.*

*Invited Speaker, Ethical Issues in the Care and Treatment of Sexual Predators, Grand Rounds, Bronx Psychiatric Center, Albert Einstein College of Medicine, Bronx, New York, 5/7/98.*

*Invited Speaker, Diagnosis and Treatment of Sexual Offenders, Grand Rounds, St. Luke Institute, Silver Spring, Maryland, 4/9/98.*

*Fifth Annual Speaker, Diagnosing and Treating Paraphilias, Paul Mendelsohn Memorial Grand Rounds on Psychiatry and the Law, New England Medical Center, Tufts University School of Medicine, Boston, Massachusetts, 4/28/95.*

*Invited Speaker, Psychiatric and Other Issues in Paraphilias, Grand Rounds, Springfield Hospital Center, Sykesville, Maryland, 2/18/94, 7/24/92, 4/26/91, 3/30/90.*

*Invited Speaker, The Insanity Plea and the Paraphilias, Grand Rounds, Sheppard Pratt Hospital, Baltimore, Maryland, 5/1/93.*

*Invited Speaker, The Paraphilias, Adolescent Psychiatry Grand Rounds, University of Maryland, Baltimore, Maryland, 2/23/93.*

*Invited Speaker, Treating Sexual Disorders, Grand Rounds, Crownsville Hospital Center, Baltimore, Maryland, 1/22/93.*

*Invited Speaker, Differential Diagnosis and Treatment Strategies in Sexual Perversions, Psychiatric Grand Rounds, West Virginia University School of Medicine, Morgantown, West Virginia, 4/1/92.*

*Invited Speaker, Interventions for the Paraphilic Patient, Psychiatric Grand Rounds, University of Maryland, Baltimore, Maryland, 3/26/92, 3/19/85.*

*Invited Speaker, The Paraphilias, Psychiatric Grand Rounds, Bethesda Naval Hospital, Bethesda, Maryland, 1/27/88, 5/20/87.*

*Invited Speaker, Treating the Paraphilias, Psychiatric Grand Rounds, University of Texas School of Medicine, Dallas, Texas, 10/27/87, 1/17/86.*

*Invited Speaker, Treating Sex Offenders, Psychiatric Grand Rounds, University of Virginia School of Medicine, Charlottesville, Virginia, 9/12/85.*

*Invited Speaker, Management of the Paraphilias, Psychiatric Grand Rounds, St. Elizabeth's Hospital, Washington, D.C., 5/23/84.*

---

**INVITED TALKS**
**AT GOVERNMENT SPONSORED ACTIVITIES:**

**(FEDERAL GOVERNMENT):**

*Invited Speaker, Viewers of Child Pornography: A Psychiatric Perspective, United States Sentencing Commission's Annual Seminar on Federal Sentencing Guidelines, New Orleans, Louisiana, 09/16/15 to 09/18/15.*

*Invited Participant, "Sexual Assault in the Military Part Three: Context and Causes," Subcommittee on National Security and Foreign Affairs, Committee on Oversight and*

*Government Reform, Congress of the United States, House of Representatives, Washington, DC, 06/25/09.*

*Invited Participant, Judicial Hearing Regarding Sex Offender Legislation, Subcommittee on Crime, Terrorism, and Homeland Security, United States Congress, Washington, DC, 6/9/05.*

*Invited Speaker, Sexual Addiction and the Fantasy Defense, International Online Child Sexual Victimization Symposium, United States Department of Justice, Federal Bureau of Investigation, Leesburg, Virginia, 06/06/04 – 06/11/04.*

*Invited Participant, Online Sexual Victimization of Children Working Group, Federal Bureau of Investigation, Quantico, Virginia, 02/04/04 – 02/05/04.*

*Invited Speaker, Understanding Sex Offenders, Annual In-service Training, Crimes Against Children Unit, Headquarters Federal Bureau of Investigation, Washington, DC, 03/20/2002.*

*Invited Participant, Second National Summit, Center for Sex Offender Management (CSOM), Office of Justice Programs, U. S. Department of Justice, Washington, D.C., 12/17/00 – 12/19/00.*

*Invited Member, Office of Justice Programs Planning Group Regarding Safe Management of Sex Offenders in the Community, Center for Effective Public Policy, Center for Sex Offender Management (CSOM), U. S. Department of Justice, Washington, D.C., 9/9/96 - 1998.*

*Invited Participant, National Resource Group Meeting, Center for Sex Offender Management (CSOM), Office of Justice Programs, U. S. Department of Justice, Washington, DC, 10/2/00 – 10/3/00.*

*Invited Participant, Third Meeting of the Center for Sex Offender Management's National Resource Sites, Boston, Massachusetts, 7/26/99 – 7/31/99.*

*Invited Participant, Mental Health and the Criminal Justice System Forum, U.S. Department of Justice, Office of Justice Programs and the Center for Mental Health Services, Washington, DC, 7/22/99 – 7/23/99.*

*Invited Speaker, Safe Management of Sex Offenders in the Community. Center for Effective Public Policy, Office of Justice Programs Symposium, U. S. Department of Justice, Washington, D.C., 11/24/96 - 11/26/96.*

*Invited Speaker, Treatment of Sex Offenders, United States Parole Commission (Northeastern Region), Baltimore, Maryland, 6/27/89.*

*Invited Testimony, presented to members of The Meese Commission on Pornography, Baltimore, Maryland, 5/16/85.*

*Invited Participant, NIMH Sponsored Conference, Allocation of Grant Funding to Support Training on Research Related to Sex Offenses and Sexual Disorders, St. Louis, Missouri, 3/2/85 - 3/8/85.*

*Invited Speaker, Subcommittee on Juvenile Justice Hearings, United States Senate, Washington, D.C., 9/18/84.*

*Invited Participant, White House Conference on Child Sexual Abuse, Washington, D.C., 4/1/83.*

---

***INVITED PRESENTATIONS:***

***(STATE GOVERNMENT and STATE BAR ASSOCIATIONS):***

*Keynote Speaker, Sex Offenders: Criminals or Patients? Clinical Evaluation of Sex Offenders, Treatment of Sex Offenders, Legislative Issues, Civil Commitments and "Cyber-Sex," Massachusetts District Attorneys Association, Boston, Massachusetts, October 25, 2007.*

*Invited Speaker, Watching and Restricting Dangerous Offenders, Annual Meeting, National Conference of State Legislatures, Nashville, Tennessee, 08/16/06.*

*Invited Speaker, Treatment of Sexual Offenders, State House Judiciary Committee, Annapolis, Maryland, 10/18/04.*

*Invited Speaker, Treatment of Sexual Offenders, Specialized Treatment Committee, New Jersey Study Commission on Parole, Trenton, New Jersey, 4/22/96; 10/23/96.*

*Invited Speaker, Megan's Law: Community Notification. Justice Committee, New Jersey State Legislature, Trenton, New Jersey, 2/22/95.*

*Invited Participant, Assessing Dangerousness and Treatment Potential, Conference of the Superior Court of California, San Diego, California, 1/15/95 - 1/17/95.*

*Invited Speaker, Designing a Model Sex Offender Treatment Program for the State of Texas, 2nd Round House Conference, Child Abuse and Texas Families, Austin, Texas, 9/24/93.*

*Invited Speaker, Cause and Elements of Pedophilic Behavior, Child Abuse Seminar, The New Jersey Institute for Continuing Legal Education, The New Jersey State Bar Association, Fairfield, New Jersey, 4/25/92.*

*Invited Speaker, Sentencing Alternatives and the Developmentally Handicapped Sex Offender, Wisconsin State Public Defender Service, Milwaukee, Wisconsin, 11/14/91.*

*Invited Speaker, Treatment of Sex Offenders with Depo-Provera, Seminar for South Carolina Judges and Penal Officers, Columbia, South Carolina, 4/17/90.*

*Invited Speaker, Rapist and Sex Offender Rehabilitation, Subcommittee on Crime and Corrections, New York State Senate, Albany, New York, 6/15/89.*

*Invited Speaker, Men Who Rape: Profiles of Rapists, Criminal Law and Sentencing Institute Conference, Supreme Court of Wisconsin, Oshkosh, Wisconsin, 5/17/89.*

*Invited Speaker, The Sex Offender and the Criminal Justice System, Cook County Circuit Court Judges Seminar, Chicago, Illinois, 9/24/88.*

*Invited Speaker, Sentencing Alternatives, Judicial Education Conference, District Court of Maryland, Baltimore, Maryland, 10/5/88.*

*Invited Speaker, Sex Offender Treatment, Annual Meeting, Pennsylvania State College of Judges, Hershey, Pennsylvania, 7/25/87.*

*Invited Speaker, Treating the Incarcerated Sex Offender, Special Conference, State of Maryland Division of Correction, Baltimore, Maryland, 11/16/87*

*Invited Speaker, Paraphilic Disorders and the Criminal Justice System, Annual Conference, Kansas State College of Judges, 10/14/86 - 10/16/86.*

*Invited Speaker, Treatment of Sex Offenders, Annual Conference, State of Utah Department of Corrections, Salt Lake City, Utah, 9/28/86 - 9/30/86.*

*Invited Speaker, Sex Offenders: Treatment and Sentencing Alternatives, Annual Meeting, Vermont Judicial College, Burlington, Vermont, 6/4/86 - 6/6/86.*

*Invited Speaker, Medical Assessment and Treatment of Sex Offenders, Annual Meeting, Maryland States Attorneys Association, Ocean City, Maryland 6/4/85.*

*Invited Speaker, Community Setting Programs for the Treatment of Sex Offenders, South Carolina Department of Parole and Community Corrections, Columbia, South Carolina, 5/10/85.*

*Invited Speaker, Issues in the Rehabilitation of Sex Offenders, Maryland State Parole Board, Baltimore, Maryland, 3/9/84.*

*Invited Speaker, Rape and Sexual Assault, Governor of Maryland's Task Force on Rape and Sexual Violence, Baltimore, Maryland, 10/4/83.*

*Invited Speaker, Rehabilitation of Sex Offenders, Somers Treatment Program, State of Connecticut Department of Corrections, Somers, Connecticut, 7/8/83.*

---

***INVITED PRESENTATIONS:***

***(LOCAL GOVERNMENTS and LOCAL BAR ASSOCIATIONS)***

*Invited Speaker, Sexual Abuse Allegations. Baltimore County Bar Association, Family Law Committee, March 21, 2019.*

*Invited Speaker, Mandatory Reporting of Child Sexual Abuse, Forum on Child Abuse and Confidentiality: Privacy Protection and Accountability, Association of the Bar of the City of New York, Committees on Family Court and Family Law and Children and the Law, New York, New York, 10/13/92.*

## ***INVITED PRESENTATIONS TO NATIONAL CONFERENCES OF JUDGES:***

*Invited Speaker, Sexual Offenders and the Criminal Justice System, National Conference of Juvenile Court Judges, Burlington, Vermont, 8/20/85 - 8/21/85.*

*Invited Speaker (as a National Leader in Law and Health), National Symposium on the Child Victim of Sexual Abuse, National Counsel of Juvenile and Family Court Judges, Burlington, Vermont, 2/24/85 - 2/27/85.*

## ***INVITED PRESENTATIONS TO LAW ENFORCEMENT AGENCIES:***

*Invited Speaker, Sex Offenders: Criminals or Patients? Academy Training, Delaware State Police Department, June 5, 2014, August 28, 2015.*

*Invited Speaker, Evaluation and Treatment of Sex Offenders, Annual Child Sexual Exploitation Seminar, Baltimore County Police Academy, Baltimore County, Maryland, 10/14/98; 10/15/97; 8/30/96; 7/20/95; 7/16/93; 6/14/91; 8/23/90; 9/15/89; 7/15/88; 6/15/87, 10/6/99, 10/13/00, 10/10/01, 10/11/02, 10/15/04, 10/25/05, 10/27/06. 10/23/07.*

*Invited Speaker, Profiling the Rapist, Violent Crimes Task Force, Baltimore City Police Department, Baltimore, Maryland, 9/22/97*

*Invited Speaker, The Mind of the Sex Offender, Violent Crimes Task Force, Baltimore City Police Department, Baltimore, Maryland, 12/6/96.*

*Invited Speaker, Clinical Perspectives and Profiles of Sexual Offenders, Colorado Association of Sex Crimes Investigators, Lakewood, Colorado, 9/8/94 - 9/10/94.*

*Production of a Training Film, Psychosexual Disorders as They Relate to Law Enforcement, Maryland State Police, Baltimore, Maryland, 3/25/86.*

*Invited Speaker, Sex Offenders and the Law, Educational Seminar, Baltimore City Police Department, Baltimore, Maryland, 12/17/85.*

## ***PRESENTATIONS AT NATIONAL TREATMENT CONFERENCES:***

*Keynote Speaker, Diagnosis and Treatment of Sex Offenders, 2014 SAPEN Conference, Community Reintegration and Emerging Trends: The Next Steps, State College, Pennsylvania, 07/30/14.*

*Invited Lecturer, Diagnosis and Treatment of Paraphilias/Pedophilia, Society for Sex Therapy and Research (SSTAR) 2011: 36th Annual Meeting, Palm Beach, Florida, 04/02/11.*

*Invited Speaker, Pre-Conference Seminar, Differential Diagnosis of Rapists, Plus a Conceptual overview of the Paraphilias, Association for the Treatment of Sexual Abusers (ATSA) 29th Annual Research and Treatment Conference, Phoenix, Arizona, 10/20/10 – 10/23/10.*

*Invited Panelist, Confrontation, Compassion, and Forgiveness: A Triangle for Transformation, Association for the Treatment of Sexual Abusers (ATSA) 29th Annual Research and Treatment Conference, Phoenix, Arizona, 10/20/10 – 10/23/10.*

*Invited Participant, A Case of Auto-eroticism, 34th Annual Meeting, Society for Sex Therapy and Research (SSTAR), Arlington, Virginia, 04/04/09.*

*Keynote Speaker, 2008 National Conference of The Society for the Advancement of Sexual Health (SASH), Cambridge, Massachusetts, 09/19/08.*

*Invited Participant, Child Pornography Roundtable: Toward a Shared Understanding of the Problem & Prevention Strategies, National Center for Missing and Exploited Children. Alexandria, Virginia, 02/07/08.*

*Invited Speaker, The Assessment and Etiology of Paraphilias & The Rationale for Treatment, and Treating Paraphilias, ValueOptions Postgraduate Institute for Medicine, Behavioral Health Update 2006, Phoenix Arizona, 03/04/06.*

*Invited Speaker, Sex and the Nursing Home Resident: Pharmacological Enhancement of Sexual Control, American Association for Geriatric Psychiatry, 17th Annual Meeting, Baltimore, Maryland, 02/21/04 – 02/24/04.*

*Invited Speaker, Sex Offenders: Criminals or Patients? National Defense Investigators Association, Federal Public Defenders Office, National Training Conference, Ft. Lauderdale, Florida, 4/23/03 – 4/25/03.*

*Keynote Speaker, Sex Offenders: Criminals or Patients? Annual Meeting of the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, Minnesota, 3/21/03.*

*Invited Participant, Law and Disorder: SVP, Mock Trial, American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, 10/24/02 – 10/27/02.*

*Keynote Speaker, Sex Offenders: Criminals or Patients? National Council on Sexual Addiction and Compulsivity (NCSAC) Conference, Nashville, Tennessee, 10/6/02 – 10/8/02.*

*Invited Speaker, The Diagnosis and Treatment of Sex Offenders, SAPEN Conference, Pittsburgh, Pennsylvania, 9/6/01.*

*Invited Keynote Speaker, Sex Offenders: Criminals or Patients (and also The Use of Actuarials at Civil Commitment Hearings), Association for the Treatment of Sexual Abusers (ATSA), San Diego, California, 11/1/00 – 11/4/00.*

*Invited Speaker, Diagnosis and Treatment of Sexual Disorders, Sexual Abuse Prevention and Education Network (S.A.P.E.N.) Annual Conference, Harrisburg, Pennsylvania, 10/10/00.*

*Invited Speaker, Diagnosis and Treatment of Sex Offenders, American Academy of Psychiatry and the Law (AAPL) Annual Meeting, Baltimore, Maryland, 10/15/99.*

*Invited Participant, Diagnosing and Treating Sexual Offenders From a Medical Perspective, Association for the Treatment of Sexual Abusers (ATSA) 18th Annual Research and Treatment Conference, Lake Buena Vista, Florida, 9/22/99 – 9/25/99.*

*Invited Speaker, Diagnosis and Treatment of Sex Offenders, Specialized Training Services – Assessing and Treating Sex Offenders, Chicago, Illinois, July 8, 1999.*

*Keynote Speaker, Sex Offenders: Criminal or Patient? The National Council on Sex Addiction and Compulsivity 1999 National Conference, St. Louis, Missouri, 4/9/99.*

*Invited Panelist, Toward a Whole Systems Approach to Sex Abuse, 22nd Annual Family Therapy Network Symposium, Washington, D.C., 3/20/99.*
*Invited Speaker, Sex Offender Evaluation and Treatment, Forensic Psychiatry Fellowship Lecture, Office of the Medical Examiner, Circuit Court for Baltimore City, Baltimore, MD; 4/01/16.*

*Invited Panelist, The Missing Face in Sex Abuse Prevention, The International Society for Traumatic Stress Studies and The Dartmouth-Hitchcock Medical Center XIV Annual Meeting, Washington, D.C., 11/22/98.*

*Invited Panelist, A Serial Murderer: From Competency to Sentencing, American Academy of Psychiatry and the Law, New Orleans, Louisiana, October 23, 1998.*

*Invited Speaker, Sex Offenders: Criminals or Patients? National Council on Sexual Addiction and Compulsivity, Louisville, Kentucky, 3/26/98 - 3/28/98.*

*Invited Panelist, Sex Offenders: Criminals or Patients? 150th Annual Meeting, American Psychiatric Association, San Diego, California, 5/20/97.*

*Invited Speaker, Forensic Evaluation of the Accused Sexual Offender: Can He Be Treated? 12th Annual Symposium, American College of Forensic Psychiatry, Montreal, Canada 5/8/94 - 5/15/94.*

*Invited Speaker, Jeffrey Dahmer: Was He Ill? Was He Impaired? 11th Annual Symposium, American College of Forensic Psychiatry, Santa Fe, New Mexico, 4/23/93.*

*Invited Panelist, Jeffrey Dahmer: A Case Study, Annual Meeting, American Academy of Psychiatry and the Law, San Antonio, Texas, 10/15/92 - 10/18/92.*

*Invited Panelist, Diagnosis and Treatment of Sex Offenders, Annual Meeting, American Academy of Psychiatry and the Law, Washington, D.C., 10/19/89 - 10/20/89.*

*Invited Speaker, Evaluating and Treating Sex Offenders, 3rd Annual Meeting, American College of Forensic Psychiatry, Newport Beach, California, 4/18/85 - 4/21/85.*

*Invited Speaker, Behavioral Medicine Seminar, Medical Evaluation and Treatment of the Paraphilias, 136th Annual Meeting, American Psychiatric Association, 5/18/83.*

---

## ADDITIONAL SIGNIFICANT LECTURES:

*Keynote Speaker, Psychiatric Sexual Disorders, Forensic Science Conference: The Brain, The Public Defender Service for the District of Columbia, Washington, DC, 06/13/15.*

*Invited Speaker, The Paraphilias; with an Emphasis on Pedophilia and Viewers of Child Pornography, Gilvary Symposium 2015, University of Dayton School of Law, Dayton, Ohio 03/20/15.*

*Invited Speaker, Psychological Consideration of Penile Transplantation, Intimacy After Injury Conference, Bob Woodruff Foundation, Helping Heroes on the Homefront, Johns Hopkins Military Veterans Health institute, Wake Forest School of Medicine, Washington, DC, 12/12/14.*

*Invited Speaker, Paraphilia, Brain, Mind, Behavior Series, The Johns Hopkins University, Department of Psychiatry, Baltimore, Maryland, April 15, 2014.*

*Invited Speaker, Mandatory Reporting, Second Annual Symposium Child Sexual Abuse: A Public Health Perspective, The Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland, April 11, 2014.*

*Invited Speaker, Understanding Pedophilia and Other Paraphilias from a Psychiatric Perspective, Sexual Citizenship and Human Rights Conference, The University of Texas at Austin, Austin, Texas, November 22, 2013 – November 24, 2013.*

*Invited Speaker, Evaluation and Treatment of Persons with Sexual Disorders, 31st Annual Medical Staff Education Day, Chambersburg Hospital, Chambersburg, Pennsylvania, October 11, 2013.*

*Invited Participant (via teleconference), "Chemical Castration" and its limits for crime recidivism prevention, International Conference on the Treatment of Sexual Offenders, International Academy of Forensic Sciences, Rome, Italy, October 1, 2009.*

*Invited Participant, Mentally Ill/Problematic Sexual Behavior Summit Conference, University of Massachusetts Medical School, Beechwood Hotel, Worcester, Massachusetts, November 17, 2006*

*Invited Speaker, Sexual Offense and Sexual Offenders: An Overview, Reading Specialists Offender Treatment Services, The Delaware County Association of Criminal Defense Lawyers, and The Criminal Legal Education Committee of the Delaware County Bar Association, Sexual Offenders & the Law: Issues and Process in Treatment, Defense & Prosecution of Sexual Offenders, Reading, Pennsylvania, October 4, 2006*

*Invited Speaker, Sexually Violent Predators: Medical Issues and Trends, National Association of State Mental Health Program Directors, Alexandria, Virginia, 08/07/06.*

*Invited Presenter, Understanding Paraphilias: The Place for Research Findings, Topics in Psychiatry, Sixth Annual Course, Johns Hopkins Continuing Medical Education, Department of Psychiatry and Behavioral Sciences, Baltimore, Maryland, November 18, 2005.*

*Invited Speaker, Sex Offender Treatment, Massachusetts Psychiatric Society, Third Annual Genetics Update and Fall Seminar, Newton, Massachusetts, October 29, 2005.*

*Invited Speaker, Sexually Dangerous Persons: Issues and Controversies, Forensic Health Services, Boston, Massachusetts, June 24, 2005.*

*Invited Speaker, Sex Offenders: Criminals or Patients?, Massachusetts Psychiatric Society, Worcester, Massachusetts, 12/16/04.*

*Panel Member, The Need for a New Sexual Disorders Diagnosis in DSM-V, Annual Conference, The Society for the Advancement of Sexual Health (NCSAC / SASH), Washington, DC, 10/07/04.*

*Invited Speaker, Sex: Victims and Victimizers, Tristate American Academy of Psychiatry and the Law, Annual Meeting, New York University School of Medicine, New York, New York, 01/24/04.*

*Invited Speaker, Rehabilitation of Sex Offenders, Maryland Mensa, Baltimore, Maryland, 10/17/03.*

*Invited Speaker, Evaluating and Treating Sexual Disorders, Judicial Process Commission, Rochester, New York, 02/17/03.*

*Invited Speaker, Sexual Disorders and The Catholic Church Crisis, Diocese of Rochester, Rochester, New York, 2/17/03.*

*Invited Speaker, Sex Offenders: Criminals or Patients, Criminal Justice Seminar, Rochester Institute of Technology, Rochester, New York, 2/17/03.*

*Invited Speaker (full day), Diagnosing and Treating Sexual Offenders, Colorado Association for the Treatment of Sexual Abusers, Denver, Colorado, 2/23/01.*

*Invited Presenter, Diagnosis and Treatment of Sex Offenders, Association of Paroling Authorities International, 15th Annual Training Conference, Biloxi, Mississippi, 4/19/99.*

*Invited Speaker, Diagnosis and Treatment of "Sexually Violent Predators", Atascadero State Hospital, Atascadero, California, 2/26/99.*

*Invited Speaker, Sex Offenders: Criminals or Patients?, Tristate AAPL Annual Conference, New York, NY, 1/23/99.*

*Invited Speaker, Treatment of Sex Offenders, Center for Sex Offender Management Conference, Washington, D.C., 12/8/98*

*Invited Speaker, The Diagnosis and Treatment of Sex Offenders, Arizona State Hospital, Arizona Community Protection and Treatment Center, Phoenix, Arizona, 11/17/98.*
*Invited Speaker, Understanding Deviant Sexual Behavior, Effective Sex Offender Management Conference, Sponsored by the Arizona Supreme Court and the Center for Sex Offender Management, Phoenix, Arizona, 11/16/98.*

*Invited Speaker, Assessing and Treating Sex Offenders, Specialized Training Services and The National Association for the Development of Work With Sex Offenders (NOTA), London, England, 7/3/98.*

*Invited Speaker, Sexual Aggression: Treatment or Punishment, 2nd Biennial Meeting, American Psychiatric Association - French Federation of Psychiatry, Carre′ des Sciences, Paris, France, 6/10/98.*

*Invited Speaker, Diagnosis and Treatment of Sex Offenders, First Annual Conference on Violence and Aggression, Centre de Richerche Phillippe Pinel de Montreal, Montreal, Canada, 11/1/96.*

*Distinguished Lecturer, The Evaluation and Treatment of Sex Offenders, Distinguished Lecturer Series, Poplar Springs Hospital, Petersburg, Virginia, 9/27/96.*

*Distinguished Lecturer, Differential Diagnosis and Treatment of Sexual Offenders, The Spurwink Foundation Distinguished Lecture Series, Nashua, New Hampshire, Portland, Maine, 3/15/95; 3/17/95.*

*Invited Panelist, Understanding Paraphilias and Sexual Offenders, 29th American Society of Hospital Pharmacists Annual Mid-year Meeting, Miami, Florida, 10/5/94.*

*Invited Lecturer, Understanding and Treating Sexual Trauma in Children and Adolescents, Devereux Glenholme Professional Resource Center, Windsor Locks, Connecticut, 10/31/94 - 11/2/94.*

*Visiting Professor, A Forensic Perspective on the Jeffrey Dahmer Case and Overview of the Paraphilias, Visiting Professor Seminar, Pennsylvania Hospital, Philadelphia, Pennsylvania, 7/29/93.*

*Invited Speaker, Reassignment of Priest Pedophiles, Cardinal's Commission on Sex Abuse, Archdiocese of Chicago, Chicago, Illinois, 4/30/93.*

*Invited Speaker, Theories on the Physical Causality of Homosexuality, Annual Meeting, Bishops of North America, Central America and the Caribbean, Dallas, Texas, 2/5/93.*

*Invited Speaker, Sexual Addiction, Research Seminar, National Institute on Alcohol and Drug Abuse, Rockville, Maryland 1/12/93.*

*Invited Lecturer, Treatment of the Paraphilias, 4th Annual Forensic Psychiatry Symposium on Sexual Misconduct in the Military, Walter Reed Army Hospital, Washington, D.C., 11/23/92.*

*Distinguished Lecturer, Jeffrey Dahmer and Other Sexual Offenders: Diagnosis and Treatment, Distinguished Lecturer Series, Poplar Springs Hospital, Petersburg, Virginia, 7/15/92.*

*Invited Speaker, Rehabilitation and Reassignment for the Errant in the Clergy, Annual Meeting, National Conference of Catholic Bishops, University of Notre Dame, West Bend, Indiana, 6/20/92.*

*Invited Speaker, How to Deal With Priest Pedophiles, Cardinal Bernardin's Commission on Sexual Misconduct, Archdiocese of Chicago, Chicago, Illinois, 3/19/92.*

*Invited Lecturer, Diagnosis and Treatment of the Paraphilias, Tenth Annual Columbia Hospital Psychiatry Conference, Medical College of Wisconsin, Milwaukee, Wisconsin, 3/10/92.*

*Invited Speaker, Paraphilia, Personality and Sex Offending Behavior, Annual Meeting, Society for Sex Therapy and Research, Baltimore, Maryland, 3/17/90.*

*Invited Panelist, Sexual Abuse: Research and Solutions, Child Help U.S.A. Forum, Capital Hill, Washington, D.C., 11/9/89.*

*Invited Panelist, Human Sexual Aggression and Dominance: Biological Clues, Differential Diagnosis and Pharmacological Treatment of Sex Offenders, Annual Meeting, American Association for the Advancement of Science, San Francisco, California, 1/14/89 - 1/19/89.*

*Invited Speaker, Diagnosis and Treatment of the Paraphilias, Northeast Ohio Psychiatric Association, Columbus, Ohio, 1/11/89.*

*Invited Lecturer, Diagnosis and Treatment of Paraphilic Disorders, Continuing Medical Education Program, Eastern State Hospital, Williamsburg, Virginia, 11/14/88.*

*Invited Speaker, Diagnosis and Treatment of Sex Offenders, Midwest Conference on Child Sexual Abuse and Incest, Madison, Wisconsin, 9/26/88 - 9/27/88.*

*Invited Lecturer, Diagnosing and Treating Sex Offenders, Education Program in Psychiatry, The Institute of Living, University of Connecticut Health Center Consortium, Hartford, Connecticut, 11/12/87 - 11/13/87.*

*Invited Panelist, Etiology and Treatment of Sexual Disorders, Conference on the Management of Sex Offenders, University of Illinois College of Medicine, Peoria, Illinois, 10/30/87.*

*Keynote Speaker, The Paraphilias, Annual Meeting, Scientific Society for the Study of Sex. Philadelphia, Pennsylvania, 4/3/87 - 4/5/87.*

*Invited Panelist, Evaluation and Treatment of Paraphilic Disorders, Annual Conference, National Association of Forensic Social Workers, Charleston, South Carolina, 3/26/87.*

*Invited Panelist, Issues in the Exploration of Biological Factors Contributing to the Etiology of the Sex Offender, Plus Some Ethical Considerations, Human Sexual Aggression Conference, New York Academy of Sciences, 1/7/87 -1/9/87.*

*Invited Speaker, Coordinating Treatment for Sex Offenders With Parole and Probation, Annual Conference, National Association of Parole and Probation, Baltimore, Maryland, 8/5/86.*

*Invited Speaker, Paraphilic Coercive Disorder, Board of Trustees, American Psychiatric Association, Washington, D.C., 6/24/86.*

*Invited Speaker, The Paraphilias: Forensic Issues, The Ohio Forensic Society, 6/7/86.*

*Invited Speaker, Inclusion of Paraphilic Coercive Disorder as a DSM-III-R Diagnosis, Hearing on Rapism, American Psychiatric Association, Washington, D.C., 10/4/85.*

*Invited NIMH Panelist, Rehabilitating Sex Offenders, 37th Annual Meeting, American Society of Criminology, San Diego, California, 11/13/85 - 11/17/85.*

*Invited Speaker, Assessment and Treatment of Incarcerated Sex Offenders, Annual Meeting, National Association of Prison Administrators, Philadelphia, Pennsylvania, 11/14/85.*

*Invited Speaker, The Paraphilic Disorders, Annual Meeting, Kansas Mental Health Association, Kansas City, Kansas, 8/17/85.*

*Invited Speaker, Changes to be Made in DSM-III-R Related to the Paraphilic Disorders, Educational Seminar, New York Division, American Academy of Psychiatry and the Law, New York, New York, 1/19/85.*

*Invited Speaker, Sex Offenders: Differential Diagnoses and Treatment, Centrocare Symposium, Sex Offender Treatment in Canada, St. John, New Brunswick, 10/17/84 - 10/18/84.*

*Invited Speaker, Treating Sex Offenders in the Community, Annual Meeting, National Association of Parole and Probation, Boston, Massachusetts, 8/24/84 - 8/27/84.*

*Invited Speaker, Treating Rapists, District of Columbia Conference on Rape and Sexual Violence, Washington, D.C., 5/8/84.*

*Invited Speaker, Diagnosing and Treating Incest, Third National Conference, Sexual Victimization of Children, Arlington, Virginia, 4/26/84.*

*Invited NIMH Panelist, Biological Factors Related to Rape, 35th Annual Meeting, American Society of Criminology, Denver, Colorado, 11/9/83 - 11/13/83.*

*Invited Speaker, Medical-Legal Issues in the Treatment of Sex Offenders, Georgetown University Law School Symposium, Washington, D.C., 1/20/83.*

*Invited Speaker, Pharmacological Treatment of Sexual Deviation, Psychiatric Symposia Series, Taylor Manor Hospital, Ellicott City, Maryland, 3/25/92, 3/21/86, 5/19/82.*

*Invited Speaker, Antiandrogenic Medication in the Treatment of Sex Offenders, Third National Conference, Evaluation and Treatment of Sexual Aggressives, Avila Beach, California, 3/15/81 - 3/18/81.*

*Invited Speaker, Victims Turned Victimizers, First World Congress of Victimology, Washington, D.C., 8/20/80 - 8/24/80.*

---

***OTHER TALKS AND PRESENTATIONS:***

*Invited Speaker, The Paraphilias, Child and Adolescent Psychiatry, The Johns Hopkins Hospital, March 13, 2019.*

*Invited Speaker, Pedophilia: Criminal Mindset or Mental Disorder, Creative Alternatives, Baltimore, Maryland, March 19, 2013.*

*Invited Speaker, Diagnosing Sexual Disorders and Pharmacological Treatment, Nevada Psychiatric Association 18th Annual Psychopharmacology Update, Las Vegas, Nevada, February 13 – 17, 2013.*

*Invited Speaker, Addressing Pedophilia and Other Sexual Disorders. Urology Nursing Society, Inc. Baltimore, Maryland, October 4, 2012.*

*Invited Speaker, Evaluating and Treating Sexually-Disordered Patients, St. Luke Institute, Washington, DC, July 26, 2012.*

*Invited Speaker, Sex Offenders: Evaluation and Treatment, Discover Hopkins class, National Institute for the Study, Prevention and Treatment of Sexual Trauma, Baltimore, Maryland, July 11, 2012, July 17, 2014, July 8, 2015.*

*Keynote Speaker, Understanding Pedophilia and Other Paraphilias from a Psychiatric Perspective, B4U-ACT Symposium, Pedophilia, Minor-Attracted Persons, and the DSM: Issues and Controversies, BWI Airport, Maryland, August 17, 2011.*

*Invited Speaker, Sex Offenders: Evaluation and Treatment. Abnormal Psychology and Forensic Cases, The Johns Hopkins University, Baltimore, Maryland, July 11, 2011.*

*Invited Speaker, Sex Offenders: Evaluation and Treatment, Forensic Fellowship Lecture, University of Maryland School of Medicine, Courthouse East, Baltimore, Maryland, March 19, 2010, June 3, 2011, June 1, 2012, June 14, 2013, April 18, 2014, February 13, 2015.*

*Keynote Speaker, Sex Offenders: Criminals or Patients? Undergraduate Research Symposium, The Johns Hopkins University, Baltimore, Maryland, April 5, 2010.*

*Invited Speaker, A Critical Appraisal of Proposed DSM-V Paraphilic Diagnoses (panel), 40th Annual Meeting, American Academy of Psychiatry and the Law, Baltimore, Maryland, October 29, 2009.*

*Invited Speaker, Provided Full-Day Statewide Training Session on Chronic Mentally Ill Patients with Comorbid Problematic Sexual Behaviors, University of Massachusetts Medical School, Worcester, Massachusetts, 06/20/08.*

*Invited Panelist, Contemporary Perspectives on Sexual Paraphilias, American Association of Sexuality Educators, Counselors and Therapists (AASECT), Baltimore, Maryland, 05/18/08.*

*Invited Speaker, Sex Offenders: Criminals or Patient? University of Maryland Baltimore, Department of Psychiatry, Series on Forensic Psychiatry, Baltimore, Maryland, 04/19/07, 02/14/08, 02/29/09, 02/04/10, 01/13/11, 01/19/12, 01/03/13, 02/27/14, 12/11/14, 10/08/15.*
*Invited Speaker, Sex Offenders: Criminals or Patients? Roland Park Place Men's Club, Baltimore, Maryland, 01/08/07.*

*Invited Speaker, Using Actuarial Tables, New Perspectives on Youth Sexual Behavior, Sponsored by the Maryland Association of Resources for Families and Youth, Linthicum Heights, Maryland, 05/05/06.*

*Invited Speaker, Evaluating and Treating Paraphilic Disorders, Baltimore/DC Cluster of the Fielding Graduate University, Baltimore, Maryland, 01/07/06.*

*Invited Speaker, Evaluating and Treating Paraphilic Disorders, Baltimore County Department of Social Services, Towson, Maryland, 06/07/05.*

*Invited Speaker, Diagnosis and Treatment of Sexual Disorders, Topics in Psychiatry, The Johns Hopkins University, Department of Psychiatry and Behavioral Sciences, Baltimore, Maryland 11/05/04 – 11/06/04.*

*Invited Speaker, Sexuality Facts vs. Religious Responses, United Religious Initiative, Episcopal Cathedral, Baltimore, Maryland, 02/17/04.*

*Invited Speaker, Sexual Relations Between Adults and Children, Social and Community Psychiatry Seminar, The Johns Hopkins Hospital, Baltimore, Maryland 09/24/03.*

*Invited Speaker, Evaluating and Treating Paraphilic Disorders, Baltimore County Department of Social Services, Baltimore, Maryland, 04/15/03.*

*Invited Speaker, Sex Offenders: Criminals or Patients, Third Annual Henry L. Hartman Forensic Psychiatry Conference, Medical College of Ohio, Toledo, Ohio, 11/8/02.*

*Invited Speaker, The Crisis in the Catholic Church, Adult Night at St. John the Evangelist Catholic Church, Phoenix, Maryland, June 2, 2002.*

*Invited Chair, Vanderbilt Symposium on "Sexual Addiction," American Foundation for Addiction Research, Vanderbilt University, Nashville, Tennessee, 3/22/01 – 3/23/01.*

*Invited Speaker, Treatment of Adolescent Sex Offenders, Reading Specialists, Reading, Pennsylvania, 05/05/00.*

*Invited Lecturer, Sexuality Issues/Disorders Training, Maryland Department of Health and Mental Hygiene – Sponsored by DDA Central Regional Office, The Community College of Baltimore County – Catonsville Campus, Catonsville, Maryland, 03/24/00.*

*Invited Participant, The Neurobiology of Compulsive Sexual Behavior and Sexual Addiction – A Planning Meeting, Sponsored by Vanderbilt Addiction Center and The American Foundation for Addiction Research, Vanderbilt University Medical Center, Nashville, Tennessee, 2/3/00 – 2/4/00*

*Invited Speaker, Diagnosis and Treatment of Sexual Disorders, Regional Training Seminar Worcester County Department of Social Services, Salisbury State College, Salisbury, Maryland, 1/28/00*

*Invited Lecturer, Sex Offenders and the Law, course on Law and Psychiatry, University of Baltimore School of Law, Baltimore, Maryland, 11/1/99, 10/23/00.*

Guest Lecturer, Diagnosis and Treatment of Sexual Disorders, Villa Julie College, Baltimore, Maryland, 7/14/99.

Invited Speaker, Evaluations and Etiology of Sex Offenders, Charter Psychosexual Rehabilitation and Education Program, Understanding, Assessing and Treating Male Adolescent Sex Offenders, Pittsburgh, Pennsylvania, 7/9/99.

Invited Speaker, Sex Offenders: Criminals or Patients, Chesapeake Bay Chapter of AAPL, Bethesda, Maryland, 6/30/99.

Invited Speaker, Diagnosis and Treatment of Sex Offenders, Allegany County Health Department, Cumberland, Maryland, 6/1/99.

Invited Lecturer, Sex Offenders: Criminals or Patients, Course on Psychiatry and the Law, University of Baltimore School of Law, Baltimore, Maryland, 3/17/99.

Invited Participant, The Use of Triptorelin in Paraphilia Management, DebioPharm S.A. Developpements Biologiques et Pharmaceutiques, Lausanne, Switzerland, 2/8/99.

Invited Speaker, Sexual Compulsivity, The National Catholic Bioethics Center, Dallas, Texas, 2/4/99.

Invited Participant, Mixing of Sex Offenders in Custodial Drug Treatment Therapeutic Community Units: Problems and Potential Solutions, A Gathering of Leading Experts, University of California, San Diego, School of Medicine, San Diego, California, 1/19/99 - 1/20/99.

Invited Presenter, Sexual Misconduct by Clergy, Case Conference at St. Luke Institute, Silver Spring, Maryland, 11/5/98.

Invited Speaker, Rape and Child Sexual Abuse, University of Baltimore, Baltimore, Maryland, 9/17/98.

Invited Speaker, Sexual Offenders: Criminal or Patients?, Loudon County Mental Health Center, Loudon County, Virginia, 9/15/98.

Invited Speaker, Sexual Offenders - Registration Statutes and Treatment Alternatives, Maryland Criminal Defense Attorney's Association Annual Meeting, Baltimore, Maryland, 6/6/98.

Invited Speaker, Treating the Paraphilias with Depo-Lupron, Maryland Health Administration, State-wide Pharmacy and Therapeutics Committee, Spring Grove Hospital, Baltimore, Maryland 5/29/98.

Invited Speaker, Diagnosis and Treatment of Sex Offenders, Utah Correctional Association Conference, St. George, Utah, 3/30/98 - 4/2/98.

Invited Speaker, Paraphilias in the Developmentally Disabled, The Kennedy-Krieger School, Baltimore, Maryland 12/10/97.
Invited Speaker, The Paraphilias, Sexual Offender Assessment, Risk Management and Treatment, Continuing Education Seminar, Psychiatry Department, The University of California School of Medicine, San Diego, California, 8/20/97 - 8/22/97.

*Invited Speaker, Diagnosis and Treatment of Sex Offenders, Conference, Sexual Abuse Prevention and Education Network, New Cumberland, Pennsylvania, 8/6/97 - 8/8/97.*

*Invited Speaker, Evaluation, Etiology and Treatment of the Sex Offender, Educational Seminar, Forensic Hospital, Trenton, New Jersey, 6/23/95.*

*Invited Speaker, Reporting Sexual Abuse of Adult Survivors, Educational Seminar, Central Maryland Sexual Abuse Treatment Task Force, Baltimore, Maryland, 11/18/94.*

*Invited Speaker, The Etiology of Sexual Disorders: The Damaged Child Grows Up, Clinical Seminar Series on Infancy, University of Maryland School of Medicine, Baltimore, Maryland, 11/16/94.*

*"Guest Professor", Rape and Pedophilia, Course on Psychology of Criminal Behavior, Georgetown University, 11/14/94, 10/25/93, 2/2/93, 11/12/90, 4/2/90, 4/24/89, 4/9/87, 3/24/87.*

*Invited Speaker, Child Sexual Abuse, Conference on Domestic Violence: Sexual Trauma, Elder Abuse, Child Abuse, Doyelstown, Pennsylvania, 10/14/94.*

*Invited Speaker, Rape and Pedophilia, Forensic Mental Health Associates, Salt Lake City, Utah, 8/24/94; St. Petersburg, Florida, 7/1/94; Denver, Colorado, 8/31/88 - 9/1/88; Chicago, Illinois, 5/11/88 - 5/12/88; Boston, Massachusetts, 10/1/87 - 10/2/87; Denver, Colorado, 8/31/87 - 9/1/87; Fargo, South Dakota, 7/16/87 - 7/17/97; Chicago, Illinois, 5/11/87 - 5/12/87; Orange County, California, 1/21/87 - 1/23/87; Phoenix, Arizona, 10/30/86 - 10/31/86; Detroit, Michigan, 9/11/86 - 9/12/86; Cleveland, Ohio, 7/31/86 - 8/1/86; Dallas, Texas, 3/27/86 - 3/28/86; Lake Buena Vista, Florida, 8/29/85 - 8/30/85; San Francisco, California, 3/21/85 - 3/22/85; Dallas, Texas, 10/11/84 - 10/12/84.*

*Invited Speaker, Sentencing Sex Offenders, Annual Meeting, National Association of Sentencing Advocates, Baltimore, Maryland, 6/9/94 - 6/11/94.*

*Invited Lecturer, The Paraphilias, Criminal Justice Class, The American University, The Johns Hopkins Center, Baltimore, Maryland, 4/22/94.*

*Invited Speaker, Paraphilic Development and Treatment, Educational Seminar, National Center on Institutions and Alternatives, Alexandria, Virginia, 10/15/93.*

*Invited Speaker, Treatment of Sexual Disorders and Sexual Trauma, Annual Symposium, Virginia Correctional Counseling Association, Charlottesville, Virginia, 6/2/93.*

*Invited Speaker, Rehabilitation and Reassignment for the Errant in the Clergy, Catholic Bishops of Indiana, Fort Wayne, Indiana, 9/3/92.*

*Invited Speaker, Treatment of Sex Offenders, Maryland Association of Private Practice Psychiatrists, Baltimore, Maryland, 4/23/92.*

*Invited Speaker, Issues of Pedophilia in the Developmentally Handicapped, Rosewood Hospital Center, Baltimore, Maryland, 12/18/91, 05/09/97.*

*Invited Speaker, Pharmacological Treatment of Juvenile Sex Offenders, Mathom House Residential Facility for Adolescents, Philadelphia, Pennsylvania, 9/20/91.*

*Invited Speaker, Diagnosis and Treatment of Sex Offenders, Community Mental Health Conference, Howard County Health Department, Columbia, Maryland, 9/17/91.*

*Invited Speaker, Paraphilias: Evaluation and Treatment, Psychiatric Staff Meeting, St. Joseph's Hospital, Towson, Maryland, 5/21/91.*

*Invited Speaker, Sexual Psychopath Laws, Medical Service, Circuit Court for Baltimore City, Baltimore, Maryland, 12/19/90.*

*Invited Speaker, Aspects of the Diagnosis and Treatment of Sexual Disorders, Educational Seminar, University of Maryland, College Park, Maryland, 11/16/90.*

*Invited Speaker, Diagnosis and Treatment of Paraphilias, Educational Meeting, Suburban Maryland Psychiatric Society, Greenbelt, Maryland, 10/11/90.*

*Invited Speaker, Working with Paraphilic Individuals, Educational Seminar, Counseling Associates, Hollywood, Florida, 10/5/90.*

*Invited Speaker, Forensic Issues of the Sex Offender, University of Maryland Forensic Fellowship Program, Baltimore, Maryland, 12/13/89.*

*Invited Speaker, Adolescent Sex Offenders, Conference on the Treatment of Adolescent Sex Offenders, Regional Institute for Children and Adolescents (RICA), Rockville, Maryland, 12/6/89.*

*Invited Speaker, Managing the Sex Offender on Probation, Annual Conference, Middle Atlantic States Correctional Association, Atlantic City, New Jersey, 5/22/88 - 5/25/88.*

*Invited Speaker, Treatment of the Sex Offender, Child Sexual Abuse - Adult Substance Abuse Connection Conference, St. Elizabeth's Hospital, Washington, D.C., (Rape Crises Center and Drug Abuse Center), 2/17/88.*

*Invited Speaker, Treating the Adolescent Sex Offender, State-wide Clinicians Network of Services for Adolescent Sex Offenders, Ellicott City, Maryland, 1/29/88.*

*Invited Speaker, Mandated Reporting of Child Sexual Abuse, People Against Child Abuse (PACA) Conference, Anne Arundel Community College, Anne Arundel, Maryland, 11/7/87.*

*Invited Speaker, Treating Sex Offenders in the Community, Annual Meeting, Allegheny County Health Department, Hagerstown, Maryland, 10/2/86.*

*Invited Speaker, Treating Incarcerated and Paroled Sex Offenders, Special Symposium, South Carolina Association for the Treatment of Sexual Aggressives, Columbia, South Carolina, 4/24/86 - 4/25/86.*

*Invited Speaker, The Paraphilias, Maryland Association of Private Practice Psychiatrists, Baltimore, Maryland, 1/23/86.*

*Invited Speaker, Victims and Victimizers, Maryland Conference on Child Victimization, Baltimore, Maryland, 1/6/86.*

*Invited Speaker, Sexual Offenders: Treatment Issues for the Social Worker, University of Maryland School of Social Work, Baltimore, Maryland, 9/17/85, 9/10/85.*

*Invited Speaker, Paraphilic Disorders and the Clergy, St. Luke's Institute, Suitland, Maryland, 8/23/85.*

*Invited Speaker, Protecting Children from Sexual Abuse, Annual Meeting, Montessori Society of Central Maryland, Baltimore, Maryland, 5/13/85.*

*Invited Speaker, Forensic Issues in Evaluation Sex Offenders, Clifton T. Perkins Hospital, Baltimore, Maryland, 1/14/85.*

*Invited Speaker, Differential Diagnosis of Sex Offenders, Annual Conference, Psychiatric Associates, Virginia Beach, Virginia, 11/9/84.*

*Invited Speaker, Use of Antiandrogenic Medications, Patuxent Institution, Baltimore, Maryland, 10/25/84, 5/29/84, 1/20/83.*

*Invited Speaker, Treating the Abuser, Community Seminar on Child Sexual Abuse, Carroll County, Maryland, 10/23/84.*

*Invited Speaker, Treatment of Sex Offenders, Symposium, Howard County General Hospital, Howard County, Maryland, 5/15/84.*

---

## *OTHER PROFESSIONAL ACCOMPLISHMENTS:*

*Appointed Member, Subcommittee on the Paraphilias, American Psychiatric Association Committee to Review the 3rd Edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-III-R), 1984-1989.*

*President, Board of Directors, National Institute for the Study, Prevention and Treatment of Sexual Trauma*

*Chairman, Board of Directors, Foundation for the Study, Prevention and Treatment of Sexual Trauma (a nonprofit foundation supporting clinical care, teaching and research)*

---

## *MAJOR NATIONAL MEDIA INTERVIEWS (PARTIAL LIST):*

*Face the Nation*

*Sixty Minutes*
*Nightline*
*Larry King Show*
*Anderson Cooper Show*
*Dianne Rehm Show (National Public Radio)*
*Emmy Winning Group W Documentary (Child Molesters: Please Make Them Stop)*
*Good Morning America*
*Today Show*
*20/20*
*48 Hours*
*NBC Dateline*
*Johnnie Cochran Show (Court TV)*
*Alan Dershowitz Show (Court TV)*