Christina Ziegler
Manchester, Maryland 21102
August 3, 2021

The Honorable Liam O'Grady
United States District Court
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge O'Grady,

My name is Christina Ziegler. I am Jason's sister, a former elementary school teacher who taught for nine years. I decided to leave teaching to be home with my daughter when she was born. I volunteer at school for teachers, a PTA committee and help backstage at performances at my daughter's dance studio.

Jason is two years older than me. Growing up, Jason was my buddy; he was my first friend. We fished in our neighbors' ponds, swam in our pool, watched Saturday morning cartoons and played outside a lot. As we grew up, we had different interests. He liked computers and I preferred the phone. He was smarter than me, but I was better in sports. It is no small feat to become an Eagle Scout. Many drop out because it's "not cool" or because merit badges take a lot of work, but Jason stuck with it to receive the honor of being named an Eagle Scout. Despite different interests, he contributed to many favorite memories of my childhood.

Jason is quiet, calm, and friendly. I respect the drive and ability to gain knowledge in science and technology that he then shares with us. If our grandparents need a printer hooked up, they know who wants to help. If he felt like they needed a better monitor, printer, modem, etc., Jason would just buy it and install it for them. Lightning destroyed our TV. Jason gave us his. I needed a printer for homeschooling. He researched one that fit my needs, bought it and installed it for me. Just in June, Father's Day, I told him my phone car charger wasn't working. Jason took a look at it then literally gave me his. My husband's family ask about him often because they care about him too. There has never been a time where I didn't feel like he didn't love me or wouldn't be there when family needs him. He has always been there when needed. He has attended every family birthday dinner and family function, unless he was out of town for work or with his football family at a game. This is the brother I know; he is kind and there for us.

I believe Jason should be granted bond to stay with my parents. He is not dangerous and not a flight risk. Jason has never given me a reason to doubt his trust and I believe he will follow the rules you put in place for him. We come from a loving family. I couldn't imagine Jason breaking your rules to make this any worse for our family because I know he loves us.

Very Truly Yours,

Christina Ziegler