David Ziegler
Manchester, MD 21101
August 3, 2021

The Honorable Liam O'Grady

United States District Court
For the Eastern District of Virginia
401 Court House Square
Alexandria Virginia

Dear Judge O'Grady:

My name is David Ziegler. I am the Managing Director for Northwestern Mutual in Hunt Valley Maryland and have been a financial advisor with Northwestern Mutual for the past twenty-three years.

Jason Hihn is my Brother in Law. I have known Jason for nearly thirty-five years. He and I played baseball together in elementary school. Jason's sister, Christina, and I have been a couple for the past thirty years and married for the past twenty years. I have been close to Jason this entire time.

Given that I have been with my wife Christina since we were in middle school, Jason, Christina and I essentially grew up together. I have been around for the vast majority of Jason's life. Jason is like a brother to me. I have always experienced him as a stand-up guy. From my perspective, Jason has always been very hard working and diligent in his career. I have always felt that Jason has a good head on his shoulders. He will always go out of his way to help his friends and family. In addition to being my Brother in Law, Jason is also the uncle of my ten year old daughter, Grace. As an uncle, Jason has always been there for our daughter Grace. She loves him and has always enjoyed her time with him. I am confident that if I ask fifty people what they think of Jason, they would all have similar things to say. He is a good guy, who works hard, is financially responsible, is fun to be around and would give you the shirt off his back.

While I have read the affidavit and I truly understand the gravity of the charges being brought against Jason, I sincerely ask that you take into serious consideration the granting of bond to Jason. I am beyond confident that if Jason is allowed to come home, that he would stringently abide by any bond conditions imposed by the court. Jason is a bright man and I am certain he understands the importance of abiding by such rules. To be honest, our family is floored. This situation is one that I would not have imagined happening in ten lifetimes. The last month or so has been incredibly hard on our family. There have been many disagreements, tearful conversations and sleepless nights since this ordeal began. I am worried about Jason. I pray each night that he be allowed to come home while he awaits his trial. The stress of needing to hold this secret from our ten year old daughter and stressing about Jason's future and what could happen to him while detained is simply too much for one family to bare.

Very Truly Yours,