Honorable Court;

The circumstances that gave rise to this case do not represent a normal pattern of thought for me, although I accept full responsibility and am sorry for my actions. I was only interested in chatting with the adult woman but things took an unusual & unfortuneate turn.

This case has already deeply affected me. I had a great childhood & love kids. My dad is my hero & I always thought that I would be a dad myself one day. But this case has added complexity to my life and I no longer think that is a good idea for multple reasons. First is the suspicion I would constantly be under, second is the ~~additional~~ increased risk of additional imprisonment from accidental non-compliance with the additional responsibilities, next is the increased difficulty in finding & maintaining employment. I will also live in constant fear of vigilante justice because my name, address, and offense will be public on the registry. It is not what I want to subject others to these additional difficulties in my life.

I am deeply sorry for, and regret my actions. I regret all the suffering I have caused, not just for me, but for my friends & especially my family. They did nothing wrong but have suffered because

of my actions. My father should have retired by now but he continues to work because he is covering my bills. He also uses his time at work as a diversion from having to deal with the mental anguish this case has caused for him. My mother, who is retired, has no such opportunity for distraction, and her health has deteriorated since this case began, which my family attributes to me. My sister is moved to tears when she thinks about me. I am the cause of all that suffering. I have done damage that I can never make up for. I have also disgraced the family name. I am also aware of future suffering that is yet to come. My grandparents are elderly and will likely pass on before I get released. I ~~won't~~ will not be able to be there for my family for those times.

This case has already had a substantial impact on me that I will never be able to forget or even put behind me. I am so very sorry for all of it.

- Jason [signature]

Deborah Ann Hihn
Hampstead, Maryland 21074
March 22, 2022

The Honorable Liam O'Grady
United States District Court
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314
Dear Judge O'Grady:

I speak to you from my heart and plead with you hear me. I am heartbroken. I have never encountered so much pain. This is not who Jason is. He has been a lover of nature and animals his whole life. He loves his family and never misses a chance to come together with us. He is an Eagle Scout and his father was the troop leader for many years. Scouting was an affirmation of his love for the outdoors and he spent some time working at Scout summer camp. He is a loyal friend. He has never given us any real problems. He has a great relationship with his younger sister to this day.

He is a great "dad" to his dog Cash, of eight years. He would come home from work every day and take him for a run on the NCR trail. He rescued him from an abusive owner and now he is a happy dog. The night he got arrested the first thing he asked for was for us to get Cash from his house so he wouldn't spend the night alone. My husband practically had to drag him out of the house. He knew him but wanted to wait for Jason. It broke our hearts.

Jason is a smart man. He's always challenging himself to be better.

Please don't put him away for this terrible mistake. He should not waste away in jail. He has too much to offer society. I pray this hasn't ruined his chance to continue with his life and will have plenty of chance to enjoy what life has to offer. We will support him in any way he needs. If you are a parent, you will know how his loved ones feel about "losing" him. Please your Honor, give him a chance to be with his loving family again. I haven't hugged him in 10 months. Covid has made it impossible to visit him. His grandparents are in their nineties. Please give him back to us as soon as possible. Thank you

Respectfully

Deborah A. Hihn

Deborah A, Hihn (Jason's Mom)

Christina Ziegler
Manchester, Maryland 21102
443-845-8281
March 6, 2022

The Honorable Liam O'Grady
United States District Court
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge O'Grady:

I am Jason's younger sister, Christina. I am a former Baltimore County Public Schools elementary classroom teacher and currently a stay at home mom.

Being his younger sister, I have known Jason for my entire life. We grew up together with our parents until he decided to live on campus at University of Maryland, Baltimore County. We both have remained local since leaving home; he moved just thirty minutes away from our childhood home and my family currently lives just five from where we grew up. Our family is small, consisting of nine of us: our parents, two grandparents, an uncle, my husband, our daughter, and Jason. Our celebrations are small, but it's built from love and support.

My brother Jason is a good person who has many contributions still waiting for him. He is easy going and was always known to get along with people and never ruffled any feathers with anyone. He was well liked by his teachers and they would tell me so when I would enter their classroom a few years following him. I literally can only recall him getting into trouble one time growing up when he accidentally ruined a surprise for my mom by showing her the sleeping bag that my dad had bought her for her birthday. He announced during dinner that he found one, and my dad just hadn't wrapped it yet. That is a story that we laugh about sometimes, because my dad rarely ever lost his cool, but he did that evening! Lucky for us, we used that sleeping bag on many camping trips following that birthday. I pray we can go together again sometime.

There were the usual reminders and sometimes nagging by my mom to get him to finish his homework, do chores and feed his pet turtle, so it was pleasant to grow up with him. He was my born in playmate who swung with me on the tire swing, took me fishing, and rode bikes with me to see how much of a splash we could make in the puddles. We watched Ghostbusters over and over and over again. He was my pal for many years as our relationship evolved and he continued to be there as a caring big brother when Dave, my middle school boyfriend, who actually became my husband many years later, started hanging around our home.

Right now, he is being missed deeply. It is significantly straining for me. Jason is a participant in family celebrations for birthdays, Mother's Day, Father's Day, vacations and performances in which my daughter participates. His seat has been empty for almost a year now. Since June, our house seems still and less energetic. These are the opportunities when we would all take time to catch up, and we miss him being there.

Jason is a thinker and would often use family dinner table talk as platform to announce a career idea or share a new invention idea. His prototype of the All-spoon sits in my kitchen drawer as I type. It's a spoon with a flat side that is perfect for scraping the last of the yogurt container or to scoop out a kiwi. Often people talk about useful ideas, but Jason puts it into effect.

Another idea that he introduced us to at the dinner table was a service that he used with our grandfather following the passing of our grandmother, before there were apps to do the job. It was called Telephone Angels and it would allow my grandfather to call in and report that he was doing okay each day. It allowed us to know he was safe while giving him privacy. If he didn't call in, he would get a call to remind him and if that didn't occur, it would notify us. I'm not sure how often, but I know that when my grandmother passed away, Jason would take my grandfather out to dinner to give him some companionship.

As someone willing to do the work when a problem seeks a solution, Jason will take on the task. In recent summers, we (my husband, Jason and I) would shark fish at night from the beach. Dave used to paddle the baits out using a kayak far from the shore to drop baits to the big sharks. It was a lot of work and pretty scary at night, so Dave started just casting out as far as he could. We still caught sharks, but much smaller. As a way to get our baits back out as far as the kayaks, Jason started working on a remote control boat to deploy baits for us. As far as we know, he got pretty close to the point of testing this prototype with us last summer.

One of my favorite things about my brother is that he is there to help when needed. When covid hit, we decided to try to raise chicks into chickens and we needed help rebuilding an old playhouse to turn into the coop. There was a part of the door that was rotten and needed replacing. Jason knew how to reconfigure the door and used the woodworking tools to help fix it to keep the coop secure from foxes and racoons. This story reminds me of a time when I wanted to save some money and try to make make DIY, 3-D, self standing plywood reindeer for holiday decorations for my front yard. The project required me to use a miter saw for the first time. It turns out that I didn't have the patience and nerves for the shaking/vibrating of the plywood once I reached the curvy antlers, so Jason took over for me, finishing my first deer and then taking over for the second deer in the set.

Jason is generous with his money, time, and knowledge. I decided to homeschool during Covid and I had not needed a printer at our home until then. I was overwhelmed by the choices and not sure if it was worth the expense. A few days after discussing pros and cons and how I was uncertain if it was necessary since my husband could print things at work, Jason let me know that he had ordered an inkjet for my house and wanted to come to install it. He was right. We use it more often than I had anticipated and I appreciate Jason for his generosity. I also know that he has gone to Pennsylvania on several occasions to make sure that our elderly and independent living grandparents have Wi-Fi and good working equipment to help them order groceries online, make appointments, and do necessary research. Jason often helped my grandfather trouble shoot issues

when they arose. In fact, when I visited our grandparents last week, Jason called and they talked tech trying to trouble shoot an issue regarding my grandfathers software.

Whereas Jason hasn't given me the shirt off of his back, he literally will give me what he believes to be helpful. On the last time I saw Jason, Mother's Day 2021, I was asking him why my brand new cell phone charger for my car wasn't working. He discovered it was a simple fix, but also told me that he felt that I should return new charger that I was sold, because I overpaid, and my old one would work (which is not what the sales person told me). He literally went over to his car, opened his door, took his charger out of the plug and told me to have his. He told me to keep it. I was appreciative for his willingness to give me something he used practically every day.

Jason is extremely easy going. Since he was single, he would take the couch when friends other people would vacation with us. He didn't mind, if he knew someone would be more comfortable that way.

Jason's mood lights up when he talks about his dog that he rescued. Cash, as the dog was named prior to Jason owning him, was shy and nervous. Over time, through a process, Cash learned to enjoy experiences that has made both of their lives richer. Cash became loyal to Jason and stays by his side on evening walks after work, bike rides down the trail, and when playing fetch with his dog toy into the ocean when they go to the beach. It's vague to me, but I seem to remember Jason taking him on a dog sled trip once as well. Cash is around nine years old and I hold onto hope that they will be reunited some day.

Judge O'Grady, this letter was the hardest letter that I've ever had to write. I'm sorry that it is so lengthy, but I can't help it. This is a living nightmare for all of us. I can't believe that I am writing a letter like this for my own brother. It is extremely painful, confusing, numbing, and upsetting to me that my brother pled guilty to these charges. This situation does not make sense to any of us, yet we regretfully find ourselves here.

Waking up every day, finding himself in a detention center has undoubtedly shaken him to his core. I need to see Jason receive therapy to explore what led to the situation that put him here. I have faith in our judiciary system and the power of a good therapist. I know personally that meeting the right therapist can change someone's life. I believe in my heart- that this process will allow Jason to accept accountability, deal with his regret, and make a plan to recover from this set back. I expect that given a professional resource, Jason will exceed your expectations. He can use the time in prison effectively so that he can prepare for the time when he can become a member of society. Jason does not have experience with trouble with the law and will use this one tremendous, life changing lesson, to understand the power of one's actions.

There must always be room for hope that one can move past periods of limbo. I'm trying to ask for therapy and as lenient of a sentence as possible for Jason. There truly is so much more to him than what we are discussing in court; I wish you could spend time with him to understand what I'm trying to explain. A sentence that is more lenient will provide hope and space to grow. The sooner he is able go home, the sooner he will be back to being a contributing member and self-sufficient, hard working person again. Jason does not have to become a long term burden, reliant on the system. He has skills to put to good use. He has told me in notes about how there are many people there with him at the detention center who have already been there. Although Jason will carry this label forever, he won't be back.

This situation is effecting our parents financially and emotionally and the longer his sentence, the more strain will be felt. My parents have taken over Jason's mortgage, taxes, loans insurance payments and kept up with yard and house upkeep. They've taken Jason's dog, along with the cost of thyroid medication, expensive dog food, and vet care. My dad had given notice to his employer to retire last year, but with these added household expenses, he can't retire yet. It would be a shame to have to let go of Jason's house, because he bought it from our grandparents which is the house where my mom grew up. My parents and I are trying to keep our spirits in check. A lenient sentence will help my parents get back on track. We are experiencing grief, but I see the grief my parents are facing and its hard. In addition to Jason going away, my daughter is getting older now, (she's eleven) and spends less time than ever before with my parents. My parents are sad yet understanding about this, but it tugs at their hearts, I know. My mom is also facing the natural fact that her parents are elderly (91 and 93) and it's hard to imagine watching my mom loose so many people who are part of her heart- at once. My dad is angry and stressed, my mom is sad. This isn't good for their "wonder years" and I can't do anything to help but write this to you. They need a light. They need hope to hold their focus for their future too.

I need a support system there to help me with our parents as they age. I need Jason to come home because my heart feels like it stops when I think about his future if he is there too long. The sooner he can go home, the more motivation and hope he will have. Please allow space for hope. The regret is already there for now and always. Jason is not hopeless, nor helpless and he currently has a support system. I fear that any unnecessary length of time that he is away from his family, friends, community, and career, the more difficult his return to society could be. Right now, his support system is alive and can help Jason reacclimate as seamlessly as possible.

I feel like Jason is zooming out and able to see the larger picture of his life. This experience will shift his vision for his future and have profound impact on himself and on others. Every now and then, out of no where, Grace will ask when Jason is coming home and tells us she misses him. We are doing our best to explain the situation to her. Jason thanks my parents often and calls them almost every other day if they aren't in lockdowns. One night in February we were having a birthday dinner for my uncle and he called so my mom put Jason on speaker. My grandmother yelled out to him that she loves him and he replied, "I love you too," with his voice cracking at the end, like he was holding back from crying. I could hear the regret in that one sound. It would be encouraging to know that he may come home soon enough for my grandparents to see him again.

Jason had a good career, a home, and friends. I believe Jason will respond to therapy, keep up with his work skills, and to aim his choices towards outcomes that have only positive trajectories. I want his current support system of family and friends to be in-tact when he comes home. Please give us all hope. Thank you for your time and consideration.

Sincerely,
Christina Ziegler

Christina Ziegler

David Ziegler Jr

Manchester, MD 21030

3/17/2022

The Honorable Liam O'Grady

United States District Court

For the Eastern District of Virginia

401 Courthouse Square

Alexandria, Virginia 22314

Dear Judge O'Grady:

My name is David Ziegler. I am a Managing Director with Northwestern Mutual in Hunt Valley Maryland.

Jason Hihn is my brother-In-Law. I have known Jason since I was in fourth grade and he was in fifth grade. I have been with Jason's sister Christina since I was in eight grade and she was in seventh grade. Christina and I have been married for twenty-one years. Jason has been in my life this entire time as my friend, my client and my brother-in-law.

For the entirety of the time that I have know Jason, I have known him to be a fine and upstanding person. I have witnessed on many, many occasions how Jason showed up as a supportive brother, a loving son and grandson and most importantly, a loving and thoughtful uncle to my daughter who loves him very much. I have always viewed Jason as a smart, educated and hard-working person. In my eyes, Jason has been successful in his career and financially. He has always been a responsible person in my view who benefited those around him, has been willing to help in any way he could and would give the shirt off his back. I have never experienced Jason as a selfish person in any way. I have only experienced Jason as caring and thoughtful. For many years, Jason has been my fishing partner when our family goes to the beach in the summer. I have spent many hours in conversation with Jason while sitting on the beach at night waiting for a fish to bite. I have always enjoyed my conversations with Jason. I have always felt comfortable with him and with him in my family. I have always valued Jason as my brother, not just my brother-in-law.

To say that this process has been shocking, stressful and heartbreaking for our family would be an understatement to say the least. There are so many emotions I feel, from anger to disbelief to fear and anxiety. I am angry with Jason, but I forgive him for the error in his ways and I love him. I read the affidavit for his case and I know that he will pay a price for the words he wrote. He has made a terrible mistake. With that said, while I know that Jason will pay for his wrong-doing, I feel that this should not be the only reflection of who he is. Jason is a good, hard working, successful person who is valuable in many ways to his family and his community. He made a mistake for sure. I feel strongly that this mistake should not ruin the rest of his life. I pray that Jason's sentencing will take into consideration all

the good things I know of him. I pray that while he is paying for his wrong doings that he can also receive the help and support that he needs. I am confident that Jason can and will be a productive and successful member of his community again.

Judge O'Grady, I ask of you from my heart that you consider granting a minimum sentence to my brother in-law. For this, I promise to do all I can to help him integrate back into society in as productive and healthy a way as I can.

Very Truly Yours,

David Ziegler Jr.

Barbara Miller
Gregg Miller
Phoenix, MD 21131

March 21, 2022

The Honorable Liam O'Grady
United States District Court
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge O'Grady,

I am currently employed, part time, in insurance sales and service. My husband is retired. We are Jason's aunt and uncle. We have watched Jason grow up in a very loving family. Our family is very fortunate as we all get along very well and support each other in good times and in not so good times. I was particularly proud when he received his Eagle Scout Award. He loves(d) his grandparents. When my Dad was widowed, Jason would make time to take him out to dinner and they would share what was going on in their lives.

I hope that the court would consider a lenient sentence, so Jason can be reunited with his family and friends. He has missed birthdays, holidays and celebrations where we all get together and share what has been happening and what is happening next. We would like the opportunity to help him heal from this unfortunate situation.

Very Truly Yours,

Barbara Miller

Barbara Miller

Gregg Miller

Gregg Miller

The Honorable Liam O'Grady
United States District Court
For the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314
Dear Judge O'Grady:

You might expect, that with my son here before the court, that I would be ashamed of him. You would be wrong. He has always found ways to help those that need help. In Scouting he coached the younger scouts. In his professional career as a software developer he has taken lesser paying positions such as Eyemaginations where he helped people understand their eye issues. At Tissue Analytics he worked developing software that helped diabetics and others that suffer from wounds that refuse to heal and need constant care and management. Jason worked in emerging technology startup companies Emocha Mobile Health and then most recently at Novel Microdevices that utilize a single drop of blood to diagnose multiple diseases, pathogens and viruses like Corona the world is still dealing with. Telephone Angels is a senior citizen wellness monitoring system " Giving American seniors and their families peace of mind." A low cost notification service for the senior citizen and other singles living independently. He and I even explored the possibility of creating a monitoring system for those in pre-release and halfway houses that would detect improper uses. The Maryland State Police expressed interest as did retired Judge John C. Byrnes. Alas the technology was not mature enough and the cost was too great. Jason just wants to help. He only wanted to help but didn't know how this time. He realizes now that he was applying a tourniquet for a broken leg. His intention, I believe, was honorable but incorrectly executed. For that he accepts responsibility, regrets and apologizes. He now knows he should have contacted law enforcement and not tried to go it alone. He doesn't have any animosity towards the agent and fully appreciates the role of the citizens and law enforcement in protecting children from any form of child abuse. Please don't punish him for attempting to help two girls that could not help themselves.

We judge ourselves by our good intentions but are judged by our last act."

All the greatest things are simple, and many can be expressed in a single word: freedom; justice; honor; duty; mercy; hope. —Winston Churchill

V/R,

--
Charles S. Hihn III 18426 Gunpowder Rd Hampstead, MD 21074 C 410-218-7112 chihn@hiventures.com Information Technologist Server, Cisco, Application and Database Administration Security + Certified