# SEALED
# BERLIN REPORT