21-CR-167

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FILED
JUN 12 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Jason Steuart Hihn,

Petitioner, ProSe,

v. No. 1:21-CR-176

United States,

Defendant.
______________________________/

**MOTION FOR EXTENSION OF TIME**
(Fed R. Civ. P. 6(b)(1))

**Relief Sought**

Jason Steuart Hihn, petitioner, moves for an order extending time for filing an amended §2255 petitioner, and for it to be considered timely.

**Grounds for Relief**

1. Hihn was sentenced April 8, 2022, the judgement was entered April 11, 2022.
2. Hihn was transferred from the detention facility on April 12, 2022, and arrived at Northern Neck Regional Jail that day.
3. Hihn was denied writing supplies. The law library was a Kiosk in the common area. Based on threats of violence towards suspected sex offenders (which Hihn witnessed) he judged it unsafe to conduct research in that environment.
4. Approximately 10 days later HIhn entered into the custody of the U.S. Marshals and was transferred to a Core Civic private prison in Tallahachie, MS.
5. Hihn was subject to quarantine at this facility and a law library was not made available to him.

6. Hihn was then transferred to a Core Civic private prison in Cimmaron, OK, and a law library was not made available to him.

7. Hihn was then transferred to Tallahasse Federal Prison where he was subject to quarantine and the law library was not made available to him. Approximately 8 days later Hihn was transferred to Coleman-Low.

8. Hihn arrived at Coleman-Low June 13,2022.

9. While Hihn was in transit he was denied any personal property.

10. Upon arriving at Coleman-Low, he found the compound to be in various states of lockdown from the COVID-19 pandemic.

11. Supply chain issues have affected supplies of copy cards, typewriter wheels and ribbons.

12. From April 17, 2023 to June 7, 2023 Coleman Low was on additional lockdown due to construction on the housing unit. This has resulted in additional hardship in accessing mailing supplies, as the compound is closed during the day, and mail supplies are only available Wednesday and Friday at noon, when the compound is closed.

13. No previous extensions of time have been requested or granted in this matter.

14. This motion is not made for the purposes of delay, but to allow Hihn the full year contemplated in the law in the face of an unprecedented global pandemic and due to spending two months in transit. In the interest in justice this motion by a ProSe petitioner should be granted.

**Supporting Pages**

This motion is based on the pleadings and papers on file in this action and this motion.

Jason Steuart Hihn, ProSe
Reg.No. 52188-509
Federal Correctional Complex
P.O. Box 1031 (Low Custody)
Coleman, Florida 33521-1031