21cr167

FILED
MAILROOM
JUN 12 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Packing List Case 1:21-CR-176 (HIHN)

Certificate of Service 1pg.
Motion for extension of time 2pg
Motion for Leave to Amend 2pg
Pages 14 and 15 to be Amended 2pg

Certified mail # 7022 2410 0002 7640 4999