FILED
JUN 12 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Jason Steuart Hihn,

Petitioner, ProSe,

v. No. 1:21-CR-167

United States,

Defendant.

______________________________/

# MOTION FOR LEAVE TO AMEND §2255 PLEADING

## Relief Sought

Jason Steuart Hihn, petitioner in this matter, moves the court for leave to amend his §2255 pleading that was filed on April 7, 2023. Petitioner requests the amended filing be considered timely.

The Amended filing will have the following particulars:

1) Add a claim of ineffective counsel with respect to the statutory construction of 18 U.S.C. 2422(b).

2) Add a ground of actual innocence for 18 U.S.C. 2422(b).

## Grounds for Relief

Petitioner makes this motion at this time because petitioner has just learned of the proper statutory construction of 18 U.S.C. 2422(b) which merits the assertion of additional theories of justice and justice requires that the petitioner be given an opportunity to correct the defects in his original complaint.

The additions to the pleading are justified by realizations of proper statutory construction as per 1 U.S.C. 8 and Mohamad v. Palestinian Authority

et. al. 566 US 449 132 S.Ct. 170218 L.Ed 2d 720 (2012).

The actual innocence ground should be allowed by McQuiggin v. Perkins, 133 S.Ct. 1924, 185 L.Ed 2d 1019 (2013) holding "actual innocence, if proved serves as a gateway through which a petitioner may pass whether the impediment is a procedural bar ... or ... expiratory of the statute of limitations."

## Supporting Papers

This motion is based on the pleadings and papers on file in this action and this motion. Attached is/are the supplemental page(s) [14, 15] to be filed.

Jason Steuart Hihn, ProSe
Reg.No. 52188-509
Federal Correctional Complex
P.O. Box 1031 (Low Custody)
Coleman, Florida 33521-1031

**CERTIFICATE OF SERVICE**

This document was delivered in a properly addressed envelope, in which postage is being prepaid, to the prison mail authorities on June 8, 2023. The following tracking number was used: Certified Mail 7022 2410 0002 7640 4999.

Jason Steuart Hihn
Reg. No. 52188-509
Federal Correctional Complex
P.O. Box 1031 (Low Custody)
Coleman, Florida 33521-1031

**VERIFICATION**

Under penalty of perjury as authorized by 28 U.S.C. §1746, I declare that the factual allegations and factual statements contained in this document are true and correct to the best of my knowledge.

Jason Steuart Hihn