Ground 6 - Hihn's counsel provided ineffective assistance of counsel when he failed to advise Hihn of the proper statutory construction.

Ground 6.1 - Hihn's counsel provided ineffective assistance of counsel when he failed to advise Hihn of the proper statutory construction.

Facts:

1) Hihn was shown 18 U.S.C. 2422(b) which speicfies, "any individual who has not attained the age of 18 years."

2) "Individual" as used is defined in 1 U.S.C. 8(a) and (b). "In determining the meaning of any act of Congress or of any ruling ... the word[s] "individual" shall include every infant member of the species homo sapiens who is "born alive" at any stage of development." "..."born alive" ... means the complete expulsion or extraction from his or her mother...".

3) No 1 U.S.C. 8 "individuals" are in this case for the purposes of 18 U.S.C. 2422(b).

4) Hihn cannot be guilty of 18 U.S.C. 2422(b).

Prejudice:

Hihn was not properly advised leading to his plea of guilty. If Hihn had known the proper statutory construction he would not have pled guilty to a crime he did not commit.

Ground 7 - Hihn is actually innocent of his 18 U.S.C. 2422(b) conviction.

Facts:

1) 1 U.S.C. 8 defines "individual" as any infant member of the species homo

sapiens who is "born alive." "Born alive" requires "complete expulsion or extraction from his or her mother."

2) 18 U.S.C. 2422(b) uses the definition of "individual" found in 1 U.S.C. 8 and requires one who has not attained 18 years of age.

3) There is no such individual in this case.

4) Hihn cannot be guilty of 18 U.S.C. 2422(b).

Prejudice:

Hihn is not guilty of any 18 U.S.C. 2422(b) violation and is currently serving a sentence for a crime he did not commit.