1:21-cr-167

FILED
MAILROOM
OCT 16 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Jason Steuart Hihn,

Petitioner, Pro Se,

v. No. 1:21-CR-176

United States,

Defendant.

______________________/

## MOTION FOR LEAVE TO AMEND §2255 PLEADING

### Relief Sought

Jason Steuart Hihn, petitioner in this matter, moves the court for leave to amend this §2255 pleading that was filed on April 7, 2023. Petitioner requests the amended filing be considered timely.

The Amended filing will have the following particulars:

1) Add claim 7.2, a claim of actual innocence as was implied by claim 2.3, hereby made explicit.

2) Add a Ground 8 and Claim 8.1 for Ineffective Assistance of Counsel with respect to the defense of entrapment.

### Grounds for Relief

Petitioner makes this motion at this time because petitioner has just learned of the proper entrapment jurisprudence which merits the assertion of the proper theories of justice and justice requires that the petitioner be given an opportunity to correct the defects in his original and amended complaint

Jurisprudence research, unlike statutory construction, takes more time and is more complicated. Petitioner is a pro se layman who has been diligently researching the evolving jurisprudence through case law. The citations will be provided in the amendments.

The court has not yet ruled on the previous motion to amend, nor has the court ordered the government to respond. As a result the government will not be additionally inconvenienced by this additional motion.

**Supporting Papers**

This motion is based on the pleadings and papers on file in this action. Attached are the supplemental pages to be filed (Pages: 16, 17, 18, 19 )

By: [signature]

Jason Steuart Hihn, Pro Se
Reg. No. 52188-509
Federal Correctional Complex - LOW
P.O. Box 1031
Coleman, Florida 33521-1031

CERTIFICATE OF SERVICE

I, Jason Steuart Hihn, sui juris, proceeding pro se, certify that the foregging is true and correct, and made with my firsthand knowledge pursuant to the penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that on the date affixed below I did forward to the prison authorities for mailing,[1] my Section 2255 Petition for forwarding to the Albert V. Bryan U.S. Courthouse 401 Courthouse Square, 2nd Floor in Alexandria, VA 22314-5704. Said mailing was properly addressed and did contain the proper amount of pre-paid first class postage affixed thereto.

It appears that the parties to this action are registered with the CM/ECF Electronic Docketing System, therefore, as I am proceeding Pro Se, I ask for service by that means also.

Respectfully submitted this 5 day of October, 2023.

7022 2410 0002 7640 5811

By: [signature]

Jason Steuart Hihn, Pro Se
Fed. Reg. No. 52188-509
Federal Correctional Complex-LOW
P.O. Box 1031 Unit C-1
Coleman, Florida 33521-1031

1 Under the Prison Mailbox Rule, a pro se peritioner's pro se [Habeas] filing is deemed filed when it is delivered to the prison authorities for forwarding to the Clerk of the Court. Huston v. Lack, 487 U.S. 266, 268, 101 S. Ct. 2379, 101 L.Ed.2d 245 (1988)