IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| JASON STEUART HIHN, Petitioner/Defendant, | ) | No. 1:21-cr-167 |
| v. | ) | |
| UNITED STATES OF AMERICA, Respondent. | ) | The Honorable Rossie D. Alston, Jr. |

**ORDER**

Upon the motion of the United States and for good cause shown, it is hereby

ORDERED that Petitioner Jason Steuart Hihn file a supplemental motion clarifying whether he filed an original Section 2255 motion in April 2023 or whether he is seeking to apply equitable tolling to his circumstances due to his inability to timely file an original Section 2255 motion.

It is further ORDERED that Petitioner refile any original Section 2255 motion that he claims was filed in April 2023, setting forth any original claims in that previous motion.

It is further ORDERED that the United States file a response to any original Section 2255 motion and other pending motions within 30 days of the Petitioner refiling said motion or file a responsive motion within 30 days of Petitioners assertion that equitable tolling should apply.

The Clerk is directed to forward copies of this Order to counsel of record and all parties.

November 14, 2023
Alexandria, Virginia

Hon. Rossie D. Alston, Jr.
United States District Judge