Jason Hilin 52188-509
Coleman FCC Low
BOX 1031
Coleman FL 33521-1031

CERTIFIED MAIL

9589 0710 5270 0476 7241 48

U.S. MARSHALS

RECEIVED
MAILROOM
DEC 2 7 2023

Honorable Judge Rossie D Alston Jr
401 Court House Square
Alexandria VA ~~22314~~
22314

22314357