From: Jason Steuart Hihn
52188-509
Coleman FCC Low
POBOX 3031
Coleman, FL 33521-1031

To: Honorable Rossie D. Alston, Jr
401 Court House Sq.
Alexandria VA 22314

Cc: Jessica D. Aber US Atty
USAO - E. Dist VA
2100 Jamieson Ave
Alexandria VA 22314

FILED
MAILROOM
DEC 27 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

December 13, 2023

Honorable Judge Alston,

I am writing to directly to relate my problems with getting my §2255 pleading on the docket. **Twice** now I have sent itand twice now it has failed to be docketed. I sent it back in April (April 3 to be exact) so that it would be timely. I sent it again on November 22 as part of my Response for Clarification. This most recent mailing I sent certified, return receipt requested. I have received the receipt hack, but it was not dated. (Provided below) I also sent a self-addressed stamped envelope for the "filed" stamped documents to be returned. Nor have I received any response as to why it could not be docketed.

Also, alarmingly, I have not received any Order from the court, I do not know if it was ever ordered or mailed. I anticipated that it would be ordered so my November 22 mailing included a copy of my orginal §2255 pleading.

I do not know enough about the operations of the Clerk's Office to speculate on why the clerk is 0 for 2 in docketing my §2255. But I do know that I have complied with my obligations to file a §2255 under the law.

In anticipation of the clerk failing to docket my §2255 filing a second time (and the Response to Request for Clarification), I sent a copy of both to a trusted person on the outside. I have ordered that person to make copies and mail them to you, Judge Alston, and the prosecutor. Being imprisoned, I don't have many funds and it costs me $15 to mail a single copy.

I EAGERLY AWAIT INSTRUCTIONS FROM THE COURT ON HOW TO FILE MY §2255 SO THAT IT WILL BE DOCKETED PROPERLY. I now fear that I am experiencing an incompetent or activist clerk who is subverting my efforts to have my pleading heard on its merits, If I had not attempted to amend my §2255 I would not have had any idea that it has not been docketed. It is a widely held belief in prison that things like this happen if there is a good case in the §2255. I do not believe that that is how our justice system works. But 0 for 2 is the beginning of a trend. I hope there is an innocent explanation why my §2255 has not made it onto the docket. Perhaps I have some error, but if so I have not been informed. I am experiencing high anxiety as a result of this issue. I pray that I get heard on the merits.

Enclosed you will find a copy of my reply. You will also find a copy of two envolopes that show sometimes my mail can be held for over a month. I request that all mailings to me come as certified or labeled with "LEGAL MAIL - OPEN IN PRESENCE OF INMATE" . I have taken the issue of mail delays up with the warden but it persists. Per policy all mail is supposed to be delivered withing 24 hours.

I am also filing a Memorandum in Support in the next few days. Its tracking number will be 9589 0710 5270 0476 7241 31 by Certified Mail.

I thank you for your assistance in this matter.

Sincerely,

[signature]

Jason Steuart Hihn 52188-509
Petitioner, Pro Se
No. 1:21-CR-167

Reply to Req for Clarification, Extension, 2255 Form & Enclosed 13 pages

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
Albert V Bryan U.S. Ct. Hse
401 Courthouse Sq. 2nd Floor
Alexandria VA 22314-5704

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) Russell E. Roy Jr.

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 9589 0710 5270 0443 1489 15

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540