# Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody

## (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. There is no fee for filing this case. If you cannot pay costs that may be associated with this motion (such as costs for an attorney or transcripts), you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the enclosed in forma pauperis forms. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original (keep the copy for your own records) to the Clerk of the United States District Court at this address:

Clerk, United States District Court<br>for the Western District of Missouri<br>400 E. Ninth St<br>Kansas City, Missouri 64106

9. **CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) ~~HHS~~ Mail Room | DATE: 11/3/2023 |
| FROM: Jason Hihn | REGISTER NO.: 52188-509 |
| WORK ASSIGNMENT: CMPD DW | UNIT: C1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have been working with Warden Gunther and before that, AW Waycaster ~~previously~~ on why my mail often comes over a month after the postmark date. On 7/22/2023 I sent an electronic COP-OUT to the mail room on this Matter. Attached are two recent examples of this problem.
I am not trying to cause any trouble. I just want my mail in a timely manner.

Thank You,

(Do not write below this line)

DISPOSITION: we the mailroom always get the mailroom the same day we get from the POST office I can guarantee that. However be advise not all mail is forwarded to inmates some mail get forwarded to SIS for Mail monitoring not saying you are in mail monitoring but just an example on some mail that might have delays. Have a good day hope this answers your question. You can write back on Inmate to ISM to mailroom.

| | |
|---|---|
| Signature Staff Member CSO J. Cuevas | Date 11/06/2023. |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

20 East Clearview Drive
Shrewsbury, PA 17361

HARRISBURG PA 171
15 SEP 2023 PM 4 L

Rx'd 10/16 JSH

C1

Jason Hihn 52188509
Coleman FCC-Low
PO Box 1031
Coleman, FL 33521

RECEIVED

Sept 18 2023

33521-103131

Della D'Amore
20 East Clearview Drive
Shrewsbury, PA 17361

HARRISBURG PA 171
8 SEP 2023 PM 1 L

C1

Rx'd 10/16 JSH

Jason Hihn 52188509
Coleman FCC-Low
PO Box 1031
Coleman, FL 33521

33521-103131