J. Hihn and C. Hihn
18426 Gunpowder Rd.
Hampstead, MD 21074

7022 1670 0001 8068 6972

Retail

UNITED STATES POSTAL SERVICE

22314

U.S. POSTAGE PAID
FCM LG ENV
GLYNDON, MD 21071
DEC 27, 2023

$10.93

RDC 99

R2305K134438-1

RECEIVED
MAILROOM
DEC 29 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Clerk of the Court, 2nd Floor
Honorable Rossie D. Alston, Jr.
401 Court House Square
Alexandria, VA 22314

Retail

UNITED STATES POSTAL SERVICE

22314

U.S. POSTAGE PAID
FCM LG ENV
GLYNDON, MD 21071
DEC 27, 2023

$3.55

RDC 99

R2305K134438-1

USMARSHALSSERVICE