Exhibit 2

BDSLMR_Terms_of_Use.txt

To contact us please click here
Terms of Service for Bdsmlr.com

In order to use the site, you HAVE to be 18 years or older

Attention!
DO NOT OFFER ANY KIND OF ESCORT, MASSAGE OR ANY OTHER KIND OF PAID SERVICES. THIS WILL GET YOU BANNED IMMEDIATELY!

Content we DO NOT allow

While our site is meant for BDSM, NSFW material and porn, we do not allow the following content in any circumstances:

Gore ("graphic violence") Our site is not a gore gallery, injuries, dead people etc DO NOT BELONG here. We have zero tolerance for such material
Zoophilia, necrophilia, pedophilia and / or ANY illegal material. We will immediately report these to authorities
"Revenge Porn". You MUST have permission from individuals shown in material you share.
Content containing real racism, nazi symbols or references to them. (It is illegal in countries where we have our servers)
Content containing minors. This is an adult site.
Do not post identification documents or bank details of any kind (passport, ID, Driver's License, Credit Card or Bank Account Information)
You agree that you will not (nor others using your account) post, upload, publish, transmit or make available in any way on Bdsmlr.com content which is illegal, unlawful, harassing, harmful, threatening, tortuous, abusive, defamatory, obscene, libelous or invasive of one's privacy, including but not limited to, personal information or hateful or racial speech. You also agree that you shall not post, upload, publish, transmit or make available in any way on Bdsmlr.com software containing viruses or any other computer code, files, or programs designed to destroy, interrupt, limit the functionality of, monitor, or persistently reside in or on any computer software or hardware or telecommunications equipment. You agree that you shall not (nor others using your account) post, upload, publish, transmit or make available in any way on Bdsmlr.com content which is intentionally or unintentionally violating any applicable local, state, national, or international law, or any regulations or laws having the force of law where you reside and elsewhere, including but not limited to any laws or regulations relating to securities, privacy, and export control. You agree that you shall not (nor others using your account) post, upload, publish, transmit or make available in any way on Bdsmlr.com content depicting illegal activities, promote or depict physical harm or injury against any group or individual, or promote or depict any act of cruelty to animals; You agree not to use Bdsmlr.com in any way that exposes Bdsmlr.com to criminal or civil liability.
Bdsmlr.com abides by a ZERO TOLERANCE policy relating to any illegal content. Child pornography, bestiality, rape, torture, snuff, death and/or any other type of obscene and/or illegal material will not be tolerated by Bdsmlr.com. Bdsmlr.com will report and cooperate with all governmental agencies that seek those who produce child pornography.
Blogs posting exposure content of any kind including ID's bank statements or any other similar content which they can be identified from (emails, phone numbers, addresses etc) have been popping up in numbers in the recent week. This is a reminder that content including any kind of identification or personal details about the person(s) in images are NOT ALLOWED.

We get it exposure is a kink and fetish for many and that's perfectly fine, but in case you're going for it the permission in such image has to be clearly written for the person publishing it and it cannot include any personal details.

In short for exposure based blogs:
- You must have the permission from the people in the content
- They must give the permission holding handwritten note where it clearly states that they give you the permission to publish the

content with your blog name mentioned in it
- No ID's of any kind. No contact details included

Failure to follow these rule will result to a ban. Like said, you are putting the whole site at risk so this is extremely important

We have also gotten plenty of questions do every post posted now have to follow these rules. The answer is absolutely not!

This will only concern exposure blogs stated above. Reason for this is that we need to be able to know blog posting the content is going to have consent of the person in the content.

Tagging system:

Post only relevant tags which your post is about, adding unrelated tags will be considered as spam and may lead all your posts to get removed from search or your account banned.

If you require any more information or have any questions about our Terms of Service, please feel free to contact us Here.

Introduction
These terms and conditions govern your use of this website; by using this website, you accept these terms and conditions in full and without reservation. If you disagree with these terms and conditions or any part of these terms and conditions, you must not use this website.

You must be at least 18 [eighteen] years of age to use this website. By using this website and by agreeing to these terms and conditions, you warrant and represent that you are at least 18 years of age.

License to use website
Unless otherwise stated, https://bdsmlr.com and/or its licensors own the intellectual property rights published on this website and materials used on https://bdsmlr.com. Subject to the license below, all these intellectual property rights are reserved.

You may view, download for caching purposes only, and print pages, files or other content from the website for your own personal use, subject to the restrictions set out below and elsewhere in these terms and conditions.

Your rights to content you have shared
Users will retain ownership and/or other applicable ownership and rights in content user has shared and bdsmlr will retain ownership to any content other than shared user content

You must not:

republish material from this website in neither print nor digital media or documents (including republication on another website);
sell, rent or sub-license material from the website;
show any material from the website in public;
reproduce, duplicate, copy or otherwise exploit material on this website for a commercial purpose;
add affiliate links into your content;
use link shorteners / similar services which pay from the traffic you send to them;
spam;
edit or otherwise modify any material on the website;
redistribute material from this website - except for content specifically and expressly made available for redistribution; or
republish or reproduce any part of this website through the use of iframes or screenscrapers.
Where content is specifically made available for redistribution, it may only be redistributed within your organisation.

Acceptable use
You must not use this website in any way that causes, or may cause, damage to the website or impairment of the availability or accessibility of https://bdsmlr.com or in any way which is unlawful, illegal, fraudulent or harmful, or in connection with any unlawful, illegal, fraudulent or harmful purpose or activity.

You must not use this website to copy, store, host, transmit, send, use, publish or distribute any material which consists of (or is

linked to) any spyware, computer virus, Trojan horse, worm, keystroke logger, rootkit or other malicious computer software.

You must not conduct any systematic or automated data collection activities on or in relation to this website without https://bdsmlr.com's express written consent.
This includes:

scraping
data mining
data extraction
data harvesting
'framing' (iframes)
Article 'Spinning'
You must not use this website or any part of it to transmit or send unsolicited commercial communications.

You must not use this website for any purposes related to marketing without the express written consent of https://bdsmlr.com.

Restricted access
Access to certain areas of this website is restricted. https://bdsmlr.com reserves the right to restrict access to certain areas of this website, or at our discretion, this entire website. https://bdsmlr.com may change or modify this policy without notice.

If https://bdsmlr.com provides you with a user ID and password to enable you to access restricted areas of this website or other content or services, you must ensure that the user ID and password are kept confidential. You alone are responsible for your password and user ID security..

https://bdsmlr.com may disable your user ID and password at https://bdsmlr.com's sole discretion without notice or explanation.

User content
In these terms and conditions, "your user content" means material (including without limitation text, images, audio material, video material and audio-visual material) that you submit to this website, for whatever purpose.

You retain all of Your ownership rights in Your submissions.

Your user content must not be illegal or unlawful, must not infringe any third party's legal rights, and must not be capable of giving rise to legal action whether against you or https://bdsmlr.com or a third party (in each case under any applicable law).

You must not submit any user content to the website that is or has ever been the subject of any threatened or actual legal proceedings or other similar complaint.

https://bdsmlr.com reserves the right to edit or remove any material submitted to this website, or stored on the servers of https://bdsmlr.com, or hosted or published upon this website.

https://bdsmlr.com's rights under these terms and conditions in relation to user content, https://bdsmlr.com does not undertake to monitor the submission of such content to, or the publication of such content on, this website.

No warranties
This website is provided "as is" without any representations or warranties, express or implied. https://bdsmlr.com makes no representations or warranties in relation to this website or the information and materials provided on this website.

Without prejudice to the generality of the foregoing paragraph, https://bdsmlr.com does not warrant that:

this website will be constantly available, or available at all; or
the information on this website is complete, true, accurate or non-misleading.
Nothing on this website constitutes, or is meant to constitute, advice of any kind. If you require advice in relation to any legal, financial or medical matter you should consult an appropriate professional.

Limitations of liability

https://bdsmlr.com will not be liable to you (whether under the law of contact, the law of torts or otherwise) in relation to the contents of, or use of, or otherwise in connection with, this website:

to the extent that the website is provided free-of-charge, for any direct loss;
for any indirect, special or consequential loss; or
for any business losses, loss of revenue, income, profits or anticipated savings, loss of contracts or business relationships, loss of reputation or goodwill, or loss or corruption of information or data.
These limitations of liability apply even if https://bdsmlr.com has been expressly advised of the potential loss.

Exceptions
Nothing in this website disclaimer will exclude or limit any warranty implied by law that it would be unlawful to exclude or limit; and nothing in this website disclaimer will exclude or limit the liability of bdsmlr in respect of any:

death or personal injury caused by the negligence of https://bdsmlr.com or its agents, employees or shareholders/owners;
fraud or fraudulent misrepresentation on the part of https://bdsmlr.com; or
matter which it would be illegal or unlawful for https://bdsmlr.com to exclude or limit, or to attempt or purport to exclude or limit, its liability.
Reasonableness
By using this website, you agree that the exclusions and limitations of liability set out in this website disclaimer are reasonable.

If you do not think they are reasonable, you must not use this website.

Other parties
You accept that, as a limited liability entity, https://bdsmlr.com has an interest in limiting the personal liability of its officers and employees. You agree that you will not bring any claim personally against https://bdsmlr.com's officers or employees in respect of any losses you suffer in connection with the website.

Without prejudice to the foregoing paragraph, you agree that the limitations of warranties and liability set out in this website disclaimer will protect https://bdsmlr.com's officers, employees, agents, subsidiaries, successors, assigns and sub-contractors as well as https://bdsmlr.com.

Unenforceable provisions
If any provision of this website disclaimer is, or is found to be, unenforceable under applicable law, that will not affect the enforceability of the other provisions of this website disclaimer.

Indemnity
You hereby indemnify https://bdsmlr.com and undertake to keep https://bdsmlr.com indemnified against any losses, damages, costs, liabilities and expenses (including without limitation legal expenses and any amounts paid by https://bdsmlr.com to a third party in settlement of a claim or dispute on the advice of https://bdsmlr.com's legal advisers) incurred or suffered by https://bdsmlr.com arising out of any breach by you of any provision of these terms and conditions, or arising out of any claim that you have breached any provision of these terms and conditions.

Breaches of these terms and conditions
Without prejudice to https://bdsmlr.com's other rights under these terms and conditions, if you breach these terms and conditions in any way, https://bdsmlr.com may take such action as https://bdsmlr.com deems appropriate to deal with the breach, including suspending your access to the website, prohibiting you from accessing the website, blocking computers using your IP address from accessing the website, contacting your internet service provider to request that they block your access to the website and/or bringing court proceedings against you.

Variation
https://bdsmlr.com may revise these terms and conditions from time-to-time. Revised terms and conditions will apply to the use of this website from the date of the publication of the revised terms and conditions on this website. Please check this page regularly to ensure you are familiar with the current version.

Assignment
https://bdsmlr.com may transfer, sub-contract or otherwise deal with https://bdsmlr.com's rights and/or obligations under these

terms and conditions without notifying you or obtaining your consent.

You may not transfer, sub-contract or otherwise deal with your rights and/or obligations under these terms and conditions.

Severability
If a provision of these terms and conditions is determined by any court or other competent authority to be unlawful and/or unenforceable, the other provisions will continue in effect. If any unlawful and/or unenforceable provision would be lawful or enforceable if part of it were deleted, that part will be deemed to be deleted, and the rest of the provision will continue in effect.

Entire agreement
These terms and conditions, together with https://bdsmlr.com's Privacy Policy constitute the entire agreement between you and https://bdsmlr.com in relation to your use of this website, and supersede all previous agreements in respect of your use of this website.

https://bdsmlr.com's details
The full name of https://bdsmlr.com is bdsmlr.

DMCA Notifications
DIGITAL MILLENNIUM COPYRIGHT ACT (DMCA) NOTICE AND POLICY

Notifications

If you believe that content available on or through our Website infringes one or more of your copyrights, please immediately notify us by mail providing the information described below, which Notification is pursuant to DMCA 17 U.S.C. § 512(c)(3). A copy of your Notification will be sent to the person who posted or stored the material addressed in the Notification. Please be advised that pursuant to federal law you may be held liable for damages if you make material misrepresentations in a Notification. Thus, if you are not sure that content located on or linked to by our Website infringes your copyright, you should consider first contacting an attorney. We have a policy to terminate repeat infringers in appropriate circumstances.

All Notifications should include the following:

A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online website are covered by a single notification, a representative list of such works at that website.

Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material. Information reasonably sufficient to permit us to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Notifications should be sent to our support: here

Counter Notification

If you believe your own copyrighted material has been removed from our Website and/or our service as a result of mistake or misidentification, you may submit a written counter notification ("Counter Notification") to us according to DMCA 17 U.S.C. § 512(g)(2) and (3). To be an effective Counter Notification under the DMCA, your Counter Notification must include substantially the following:

Identification of the material that has been removed or disabled and the location at which the material appeared before it was

removed or disabled.

A statement that you consent to the jurisdiction of the Federal District Court in which your address is located, or if your address is outside the United States, for any judicial district in which our Company is located. A statement that you will accept service of process from the party that filed the Notification or the party's agent. Your name, address and telephone number.

A statement under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. Your physical or electronic signature.

You may submit your Counter Notification to us by mail.

If you send us a valid, written Counter Notification meeting the requirements described above, we will try to restore your removed or disabled material after 10 business days from the date we receive your Counter Notification, unless we receive notice from the party filing the original Notification informing us that such party has filed a court action to restrain you from engaging in infringing activity related to the material in question. Please note that if you materially misrepresent that the disabled or removed content was removed by mistake or misidentification, you may be liable for damages, including costs and attorney's fees. Filing a false Counter Notification constitutes perjury.

Feedback
We welcome and encourage you to provide feedback, comments and suggestions for improvements to the Site and Services ("Feedback"). You may submit Feedback by emailing us.

You can contact https://bdsmlr.com here.

Modified 10th September 2019



42

## CERTIFICATE OF SERVICE

I, Jason Steuart Hihn, sui juris, proceding pro se, certify that the foregoing is true and correct, and made with my firsthand knowledge pursuant to the penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that on the date affixed below I did forward to the prison authorities for mailing, [1] my Section 2255 Petition for forwarding to the Albert V. Bryan U.S. Courthouse 401 Courthouse Square, 2nd Floor in Alexandria, VA 22314-5704. Said mailing was properly addressed and did contain the proper amount of pre-paid first class postage affixed thereto.

It appears that the parties to this action are registered with the CM/ECF Electronic Docketing System, therefore, as I am proceeding Pro Se, I ask for service of process by that means also.

Respectfully submitted this 3 day of April, 2023.

By: [signature]

Jason Stewart Hihn, Proceeding Pro Se
Fed. Reg. No.52188-509
Federal Correctional Complex - LOW
P.O. Box 1031 Unit C-1
Coleman, Florida 33521-1031

1 Under the Prison Mailbox Rule, a pro se petitioner's pro se [Habeas] filing is deemed filed when is is delivered to the prison authorities for forwarding to the Clerk of the Court. Houston v. Lack, 487 U.S. 266, 268, 101 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

EH

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

**9114902200789824822240**

Original Filing Tracking Number

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

## Label Created, not yet in system

A status update is not yet available on your package. It will be available when the shipper provides an update or the package is given to USPS. Check back soon.

Sign up for Informed Delivery® (https://informeddelivery.usps.com/box/pages/intro/start.action) to receive notifications for packages addressed to you.

If you'd like to see the tracking information for an item sent in the past, go to USPS Tracking Plus® Archives. .

Feedback

### USPS Tracking Plus™ Archives

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

hh