Jason Steuart Hihn #52188-509
Coleman FCC LOW
POBOX 3031
Coleman, FL 33521

Clerk of the Court
401 Courthouse Sq, 2nd Fl
Alexandria, VA 22314

January 21, 2024

Dear Clerk of the Court,

Please find enclosed my exhibits 4, 5, and 6 for my case 1:21-CR-167.

Please, if possible attach exhibits 4 and 5 to my Memorandum in Support of 28 USC §2255: Entrapment and Ineffective Assistance of Counsel dated ______________ ______________, #__________.

Please, if possible attach exhibit 6 to my original 28 USC §2255 filing dated ____________________________, #_____________.

Thank you.

Jason Steuart Hihn #52188-509
Coleman FCC LOW
POBOX 1031
Coleman, FL 33521

FILED
MAILROOM
FEB - 5 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE: 1:21-CR-167

EXHIBIT 4 COVER SHEET

Exhibit 4 is the set of pages containing the chat messages that are referenced in petitioner's Memorandum in Support of Petitioner's 28 USC §2255 Claims: Entrapment and Ineffective Assistance of Counsel, dated December 31, 2023. Docket date: ______________________ #: ______________. These pages are as they were supplied to petitioner by the government. The redactions are the government's. No additional alteration has been done. To that extent they are true and correct to the best of petitioner's knowledge and belief, and are supplied under the penalty of perjury. Attested to this January 21, 2024.

Jason Steuart Hihn, pro se

INDEX

| DATE | PAGES | ORIGINAL PAGES |
|---|---|---|
| 4/24 | 2-5 | 22,23,45,46 |
| 4/25 | 6-12 | 58,59,60,63,88,95,99 |
| 4/29 | 13-17 | 117,121,132,133,145 |
| 5/ 2 | 18-21 | 147,159,172,173 |
| 5/ 9 | 22 | 176 |
| 5/11 | 23 | 178 |
| 5/12 | 24-31 | 180,213,214,215,221,227,228,230 |
| 5/16 | 32-36 | 268,269,272,273,274 |
| 5/19* | 35-38 | 276,277,285,289 |
| 5/27 | 39-43 | 327,328,329,332,333 |
| 5/29 | 44 | 334 |
| 6/ 2 | 45 | 338 |
| 6/ 6 | 46-52 | 346,347,361,388,389,390,401 |
| 6/15** | 53 | 427 |
| 6/19 | 54-56 | 442,457,459 |
| 6/20 | 57-58 | 466,469 |
| 6/21 | 59-60 | 498,499 |
| 6/22 | 61-62 | 528,529 |
| 6/23 | 63 | 553 |
| 6/24 | 64-65 | 567,568 |

----

* A typo originally stated 5/19 10:03a, corrected to 5/29 10:03a.
** A typo originally stated 6/25 7:51a, corrected to 6/15 7:51a.



FILED
MAILROOM
FEB - 5 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE: 1:21-CR-167

EXHIBIT 5 COVER SHEET

Exhibit 5 is the vehicle inventory as provided by the government as referenced in petitioner's Memorandum in Support of Petitioner's 28 USC §2255 Claim: Entrapment and Ineffective Assistance of Counsel, dated December 31,2023. Docket Date: ____________________ #: ________. These pages are as they were supplied to petitioner by the government. To that extent it is true and correct to the best of petitioner's knowledge and belief, and is supplied under the penalty of perjury. Attested to this January 21, 2024.

Jason Steuart Hihn, pro se

FILED
MAILROOM
FEB - 5 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE: 1:21-CR-167

EXHIBIT 6 COVER SHEET

Exhibit 6 is the set of pages containing the errors and redactions that are referenced in petitioner's original 28 USC §2255 filing, claim 2.2.* These pages are as they were supplied to the petitioner by the government. The redactions are the government's. The errors are the government's. No additional alteration has been done. To the extent that they were supplied this way by the government is true and correct to the best of petitioner's knowledge and belief, and are supplied under the penalty of perjury. Attested to this January 21, 2024.

Jason Steuart Hihn, pro se

INDEX

Redacted pages:

| PAGES | ORIGINAL PAGES |
|---|---|
| 2-13 | 27,28,240,241,266,286,287,288,420,421,422,423 |

Repeated Pages:

| PAGE | ORIGINAL PAGES |
|---|---|
| 14 | 32 as 101 |
| 15 | 28 as 102 |
| 16 | 28 as 103 |
| 17 | 32 as 104 |
| 18 | 269 as 271 |

(The duplicated page is supplied. E.g. exhibit page 14 is page 101, which originally appeared as page 32.)

----

* Docket date: ____________________ No:________

**CERTIFICATE OF SERVICE**

I, Jason Steuart Hihn, sui juris, proceeding pro se, certify that the foregoing is true and correct, and made with my firsthand knowledge pursuant to the penalty of perjury, pursuant to 28 U.S.C. §1746(1), that on the date affixed below, I did forward to the prison authorities for mailing,[1] my

Exhibits 4(Chats), 5 (Vehicle Inventory), 6 (Redacted/Duplicated pages)

for forwarding to the Albert V. Bryan U.S. Courthouse 401 Courthouse Square, 2nd Floor, in Alexandria, VA 22314-5704. Said mailing was properly addressed and did contain the proper amount of pre-paid postage affixed thereto.

It appears that the parties to this action are registered with the CM/ECF Electronic Docketing System, therefore as I am proceeding Pro Se, I ask for service by that means also.

Respectfully submitted this _______ day of January, 2024.

By: [signature]

Certified Mail Receipt

Jason Steuart Hihn, Pro Se
Fed. Reg. No. 52188-509
Federal Correctional Complex - LOW
P.O. Box 1031
Coleman, Florida 33521-1031