FILED
MAILROOM
FEB 12 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Jason Steuart Hihn<br>Petitioner, pro se<br>v.<br>United States<br>Respondent | No. 1:21-CR-167<br><br>Honorable Rossie D. Alston, Jr. |

**NOTICE**

On January 26, 2024, petitioner received the November 14, 2023 order of the court. This is seventy-three (73) days since the order was issued and seventy-one (71) days since the postmark. Petitioner has experienced multiple, consistent mail delivery problems - in excess of one month at times. The petitioner has taken the matter up with the prison authorities (example enclosed) but has not seen improvement. The petitioner wishes to inform the court of these issues so that he will not be harmed by additional delays with mail delivery.

REQUEST

The petitioner asks the court and the prosecutor to please send all court mailings by USPS Certified Mail in the hope that any delays will be documented and/or avoided since certified mail is handled differently from regular mail.

ASSERVATION

I Jason Steuart Hihn, attest that the above is true and correct under the penalty of perjury persuant to 28 U.S.C. §1746(1), this 5 of February, 2024

Jason Steuart Hihn #52188-509
Coleman FCC LOW
POBox 1031
Coleman, FL 33521