Case 1:21-cr-00067-RDA Document 56 Filed 11/14/23 Page 1 of 1 PageID# 367

Attachment 1

IN THE UNITED STATES D
EASTERN DISTRI

Alexandri

JASON STEUART HIHN, )
Petitioner/Defendant, )
)
v. )
)
UNITED STATES OF AMERICA, )
Respondent. )

**ORI**

Upon the motion of the United States and

ORDERED that Petitioner Jason Steuart F

whether he filed an original Section 2255 motion

equitable tolling to his circumstances due to his in

motion.

It is further ORDERED that Petitioner ref

claims was filed in April 2023, setting forth any c

It is further ORDERED that the United St

motion and other pending motions within 30 days

responsive motion within 30 days of Petitioners as

The Clerk is directed to forward copies of t

November 14, 2023
Alexandria, Virginia

Hon.
Unitec

Received 1/26/2024

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.63
11/16/2023 ZIP 22314
043M31244640

NOVA 220
16 NOV 2023PM

OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

OFFICIAL BUSINESS

33521-103131

Received 1/26/2024

TRULINCS 52188509 - HIHN, JASON STEUART - Unit: COL-C-A

---

FROM: 52188509
TO: Warden LOW
SUBJECT: ***Request to Staff*** HIHN, JASON, Reg# 52188509, COL-C-A
DATE: 11/13/2023 01:15:37 PM

To: Warden Gunther
Inmate Work Assignment: CMPD DW

Warden Gunther,

You have been earnestly working with me regarding the incredible delay I am having in my mail delivery and I sincerely appreciate that. At our last encounter you directed me to R&D to obtain an answer. When I arrived at R&D I was told to submit a paper COP-OUT. I initially pushed back as you had directed me to get an answer, not a COP-OUT. The man working then told me to return on Wednesday and he would have an answer for me. When I returned on Wednesday, he directed me to file a COP-OUT, which I then did and submitted that Friday (dated 11/3/2023). I have received a response to my COP-OUT dated 11/6. The COP-OUT states:

"We the mailroom always get the mailroom the same day we get from the POST office. I can guarantee that. However be advise not all mail is forwarded to inmates some mail get forwarded to SIS for mail monitoring not saying you are in mail monitoring but just an example on some mail that might have delays. Have a good day hope this answers your question. You can write back on Inmate to ISM to mailroom."

Since both you and the mail room have implicated SIS mail monitoring for the delay. However, I now refer us to PS5800.16 Mail Management Manual, section 3.14 Unauthorized Material and Contraband, states in pertinent part:
"Ordinarily, mail will not be delayed because of investigatory processes. During an investigation of incoming mail, the investigating office will perform reviews in a manner that will not delay delivery. The CMC will establish a procedure that mutually meets the needs of the investigators and the requirement to generally deliver mail within 24 hours and packages within 48 hours."

So even if the delay is for investigatory purposes, the delays I have documented and shown you (in some cases delays in excess of 30 days -- 720 hours) are gross violations of the policy statement.

I hope this information is useful to you in promptly resolving the matter. I thank you for your attention and timely resolution on this matter.

**CERTIFICATE OF SERVICE**

I, Jason Steuart Hihn, sui juris, proceeding pro se, certify that the foregoing is true and correct, and made with my firsthand knowledge pursuant to the penalty of perjury, pursuant to 28 U.S.C. §1746(1), that on the date affixed below, I did forward to the prison authorities for mailing,[1] my

Notice (of Mail delay) and 2 attachments

for forwarding to the Albert V. Bryan U.S. Courthouse 401 Courthouse Square, 2nd Floor, in Alexandria, VA 22314-5704. Said mailing was properly addressed and did contain the proper amount of pre-paid postage affixed thereto.

It appears that the parties to this action are registered with the CM/ECF Electronic Docketing System, therefore as I am proceeding Pro Se, I ask for service by that means also.

Respectfully submitted this 5 day of February, 2024.

9589 0710 5270 0130 2338 70
Certified Mail Receipt

By: [signature]
Jason Steuart Hihn, Pro Se
Fed. Reg. No. 52188-509
Federal Correctional Complex - LOW
P.O. Box 1031
Coleman, Florida 33521-1031

1 Under the Prison Mailbox Rule, a pro se petitioner's pro se filing is deemed filed when it is delivered to the prison authorities for forwarding to the Clerk of the Court. Huston v. Lack, 487 U.S. 266, 268 101 S. Ct. 2379, 101 L.Ed.2d 245 (1988).