FILED
MAILROOM
APR 15 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Jason Steuart Hihn
Petitioner,
v.
United States
Respondent
/

Case: 1:21-CR-167

The Honorable Rossie D. Alston Jr

MOTION TO COMPEL
SENSEI ENTERPRISES TO PRODUCE DOCUMENTS

Petitioner, Jason Steuart Hihn, sui juris, pro se, moves the court to compel Sensei Enterprises to produce documents of probative value to his 28 USC §2255 motion currently before the court and represents:

1. Petitioner through his prior counsel, Plesant Brodnax, entered into a contract with Sensei Enterprises of Fairfax, Virginia. This contract was for a forensic investigation in conjunction with his criminal case, captioned above, and a written report was to be provided.

2. The written report was never provided.

3. There exists a material controversey as to the facts of the location of the files (i.e. in a cache) with criminal consequences.

4. There exists a material controversey as to the amount of work done and when it was done by Sensei Enterprises. (See declaration of Plesant Brodnax ¶ 69, 82)

5. The peitioner has sent multiple letters to the CEO of Sensei Enterprises requesting the report be completed and the data collected in Phases 1 and 2 be provided even if they are unwilling to complete the report, as there is no dispute that those phases were completed.

6. The petitioner has not yet received any response to his letters.

7. The data being sought at this time includes:

a. All of the data collected. This includes full filepaths for the files, checksums, file modes, user and group ownership permissions.
b. All of the timesheets and other billing documentation that establishes exactly when and for how long Sensei Enterprises was working on the contract.
c. All written (including electronic) communications with Mr. Brodnax done under this contract.

8. The documents provided should be in a readible font, especially the filenames which need to be in a fixed-width font which makes the characters 1, i, I, l, L, distingushable, and O from 0 (zero) distinguishable.

9. The documents are to be mailed to petitioner postage-pre-paid, certified, in a timely manner.

10. This doument request is the most efficient and cost effective solution for both the petitioner and the government and is of the utmost probative value to resolve the dispute at hand. If the documents are not provided, they will be requested in discovery.

Wherefore the reasons contained herein, petitioner, pro se, respectfully requests this court to grant the instant motion and compel production of the requested materials.

Respectfully submitted this 10 of April, 2024.

Attachment: Letter to Sensei Enterprises

Notice to:
Sensei Enterprises, Inc.
3975 University Dr.
Suite 225
Fairfax, VA 22030

Jason Steuart Hihn #52188-509
Coleman FCI LOW
PoBox 1031
Coleman, FL 33521