Jason Hihn 52188-509
Coleman FCI Low
PO Box 1031
Coleman FL 33521

CERTIFIED MAIL®

9589 0710 5270 0130 2355 53

Clerk of the Court
Albert Bryan Courthouse
401 Courthouse Sq. 2nd fl
Alexandria, VA 22314-5704

RECEIVED
MAILROOM
APR 15 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

APR 11 2024

22314$5704 C031