UNITED STATES DISTRICT COURT
EASTERN DISTRICT of VIRGINIA
Alexandria Division

| | |
|---|---|
| Jason Steuart Hahn<br>Petitioner<br>v.<br>United States<br>Respondent. | Case: 1:21-CR-167<br><br>The Honorable Rossie D. Alston, Jr |

FILED
MAILROOM
APR 25 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# MOTION FOR ORDER TO COMPEL WARDEN OF COLEMAN LOW TO RESTORE NORMAL ACCESS TO LEGAL LOCKERS AND TYPEWRITER

## Statement of Facts

1. THE Legal locker room in Petitioner's housing unit (C-1) houses the legal lockers and the inmate typewriter. The room is identified as 1-1139.
2. On Thursday March 21, 2024 the government filed its response in the §2255 Motion before the court.
3. On Friday Petitioner returned to the unit finding that the legal locker room was locked for the weekend as punishment for the unit. It reopened Monday. Friday March 29 - Sunday March 31.
4. On Friday April 5, a "Shakedown" of the legal locker room was started and was not reopened until 4:00 pm Tuesday the 9th. Petitioner was allowed to retreive materials on Monday the 8th.
5. Petitioner on that Monday requested access to the typewriter ~~by~~ and was denied by Ms. Juarbe, the unit manager. Petitioner showed Ms Juarbe the government's Response so she knows he is "on the clock" to reply.

6. On Tuesday April 9 at 4:00pm Petitioner returned materials to his legal locker.
7. On Friday April 12, Petitioner was required to go to the Recreation Yard for the day because contractors were doing work in his unit. Upon his return at 3:00pm he found the Unit team gone for the weekend and a sign on the door to the legal locker room "LOCKED UNTIL FURTHER NOTICE". The room remained locked until Tuesday April 16, 4:00pm. This closure was punishment of the Unit for "hooch" that was found.
8. On April 19 (Friday) the Legal Locker room was locked at 4:00 pm as Unit punishment for an Unit inspection that did not go well. Petitioner is still locked down, confined to the unit with ~~the~~ the legal room locked.

The above statement of facts is attested to under penalty of perjury this April 20, 2024. [signature]
Jason Stewart Hahn, petitioner pro se

MOTION FOR ORDER

Petitioner moves the Honorable court to recognize these interruptions in access to his legal materials and typewriter to be impeding his access to the courts. The legal work held in the legal locker room cannot be witheld as punishment. The typewriter shall not be witheld as

punishment.

It has been suggested that as long as petitioner has access to the typewriter in Education (one typewriter for over 1500 inmates) the prison is complying with their obligations. See CFR 543.11. However these regulations also specify there to be in-unit legal lockers and typewriters. Petitioner contends and asserts that these resources are not to be used as ~~punishment~~ punishment. The typewriter in Education is a different model and does not use the same ribbons or wheels as the in-unit typewriter. As the current inspection failure punishment the Unit is on Commissary restriction and ~~can~~ can only by stamps, hygene and medication. He cannot by ribbons or wheels, copy cards, envelopes.

Petitioner seeks only normal access (5:45am - 9:59pm, 7 days a week) to his legal locker and in-unit typewriter. The computers are also off in his unit so he is unable to print additional evidence, but provides two attachments - Emails to Staff that document he has tried to avoid the current situation. Petitioner skips administrative remedies because this is an URGENT matter and the administrative remedy process would take too long.

Prayer for Relief.

Petitioner prays that the court enter an order to compel the Warden to re-establish normal legal room and typewriter access, and forbidding the use of these resources as punishment.

Petitioner also prays that the court received his earlier Motion for Extension of time to Reply, and if not grants an extension of time to reply. If the Motion for 120 days was granted, then Petitioner does not request any additional time conditioned on normal access being restored.

Attachments:

1. Message to staff 4/12/2024 - Unit Manager C1/C2
2. Message to Staff 4/12/2024 - Warden Mendoza

Notice to:

Warden Mendoza / Coleman FCI LOW
PO Box 1021
Coleman, FL 33521
or
Warden Mendoza (Low)
846 North East 54th Terrace
Coleman, FL 33521

Respectfully Submitted April 20, 2024 by [signature]

Jason Stewart Hilton 52188-509
Coleman FCI Low
PO Box 1031
Coleman FL, 33521

# Certificate of Service

I Jason Stewart Hilin, pro se, certify that the foregoing is true and correct, made with firsthand knowledge pursuant to the penalty of perjury, persuant to 28 USC § 1746(1), that on the date affixed below I did forward for mailing my Motion for Order to Compel Warden of Coleman Low to Restore Normal Access to Legal Lockers and Typewriters to prison authorities for forwarding to 401 Courthouse Sq, 2nd Fl, Alexandria VA 22314-5704. The mailing was properly addressed and had postage pre-paid.[1]

It appears that the parties to this action are registered in the CM/ECF Electronic Docketing System, and as I am proceeding pro se, I ask for service by that means also.

Respectfully submitted this April 20, 2024 by [signature]

Jason Stewart Hilin 52188-509
Coleman FCI Low
PO Box 1031
Coleman FL

9589 0710 5270 1605 2141 58
Certified Mail Receipt

---

[1] Under the Prison mailbox rule, a pro se petitioner's filing is deemed filed when it is delivered to prison authorities for forwarding to the clerk of the Court. Huston v. Lack 487 US 266, 268 101 S.Ct 2379, 101 LEd 2d 245 (1988)

TRULINCS 52188509 - HIHN, JASON STEUART - Unit: COL-C-A

---

FROM: 52188509
TO: COL- Units C1/C2
SUBJECT: ***Request to Staff*** HIHN, JASON, Reg# 52188509, COL-C-A
DATE: 04/12/2024 03:17:00 PM

To:
Inmate Work Assignment: CMPD DW

This now makes three weekends that I have been denied access to the legal locker room. Earlier this week I was allowed to get my legal work out of my legal locker (thank you, Ms. J.) but after Bethea reopened the legal locker room on Tuesday, I replaced my legal work into my legal locker.

Today (Friday) C-1 was sent to the rec yard for the contractors. When I returned to the unit I found all of the unit team gone and the legal locker room locked again with a sign 'LOCKED UNTIL FURTHER NOTICE". Ms. J. knows that I am "on the clock" to reply to the government's response in my 2255 case because I showed the reply to her.

I need access to the legal locker room including my legal work and the typewriter as my chicken scratch handwriting is not readible by others.

Thank you.

---

FROM: 52188509
TO: Warden LOW
SUBJECT: ***Request to Staff*** HIHN, JASON, Reg# 52188509, COL-C-A
DATE: 04/12/2024 03:24:59 PM

To: Warden Mendoza
Inmate Work Assignment: CMPD DW

For three weekends now I have been denied access to my legal locker on the weekend. I wrote to you about the first two times last week. Today C-1 was kicked out of the unit to the rec yard for the contractors. When I returned at recall I found a sign on the legal locker room "LOCKED UNTIL FURTHER NOTICE". On Monday I showed Ms. J. that I am "on the clock" to reply to the government's response in my 2255 motion as of March 21. She allowed me to get my legal materials from my locker. Counselor Bethea then reopened the legal locker room on Tuesday, and I replaced my legal work and started using the room normally. So now my legal work is locked up for yet another weekend, and I am also denied accesss to the typewriter. I had planned to type about 20 pages of my reply. Importantly, when I got back from the rec yard, NONE of the unit team was here to get me access to my legal work for the weekend so that I could at least work in my cell.

The legal locker room is too important to people with active cases to be used as punishment in such a way. It is interfering with my access to the courts.