UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Jason Steuart Hihn
Petitioner
v.
United States
Respondent

Case: 1:21-CR-167

The Honorable Rossie D. Alston, Jr.

EXHIBIT 10

Email Thread Between Sensei Enterprises, Inc and Counsel Pleasant Broadnax and Charles Hihn

June 23,2022 - August 11, 2022

5 pages

**Subject:** Fwd: [EXTERNAL]Fwd: Hihn Invoice
**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Date:** 8/11/2022, 3:25 PM
**To:** Charles Hihn III <chihn@hiventures.com>, Debbie <debbie@hiventures.com>

Charles,

The work was justified. Please see the explanation and pay this bill. Thank you.

Pleasant

*Pleasant S. Brodnax, III*
*Attorney at Law*
*202-462-1100*
*pleasant.brodnax@gmail.com*
*www.pleasantbrodnax.com*

*Sent from mobile device*

Begin forwarded message:

> **From:** Philip DePue <pdepue@senseient.com>
> **Date:** August 11, 2022 at 3:23:33 PM EDT
> **To:** Pleasant Brodnax <pleasant.brodnax@gmail.com>, "Michael C. Maschke" <mmaschke@senseient.com>
> **Subject: RE: [EXTERNAL]Fwd: Hihn Invoice**

> Pleasant,
>
> The scope of work in this matter did not include an expert report. The requirements included travel to the FBI office in Manassas, VA and a review of the mobile phone. These requirements encompassed phases one and two of our standard services as the client will see on page two in the attached agreement and estimate from this matter.
>
> The results were communicated to you and the client primarily in phone calls. I have doubts that an expert report of our findings will be helpful to the client due to the nature of the materials located. Drafting an expert report will incur additional costs and we can not get started on additional work before the outstanding balance is taken care of.
>
> Best Regards,
> Phil DePue

—image001.png————————————————

---

**Philip DePue**
Director of Digital Forensics – GCFA, CCPA

**Sensei Enterprises, Inc.**
**Digital Forensics| Information Technology |Cybersecurity**
3975 University Drive, Suite 225 |Fairfax, VA 22030
P: 703.359.0700 | F: 703.359.8434
pdepue@senseient.com | http://www.senseient.com
http://ridethelightning.senseient.com (digital forensics/security blog)
http://youritconsultant.senseient.com (information technology blog)

---

This message contains information that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received the message in error, please notify the sender by replying to this message and then delete it from your system. Your attention and courtesy in this would be most appreciated

---

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Friday, July 22, 2022 1:11 AM
**To:** Michael C. Maschke <mmaschke@senseient.com>; Philip DePue <pdepue@senseient.com>
**Subject:** [EXTERNAL]Fwd: Hihn Invoice

Gentlemen,

Is there anything you can do to assist me with this?

*Pleasant S. Brodnax, III*
*Attorney at Law*
*202-462-1100*
*pleasant.brodnax@gmail.com*
*www.pleasantbrodnax.com*

*Sent from mobile device*

Begin forwarded message:

> **From:** Charles Hihn III <chihn@hiventures.com>
> **Date:** July 21, 2022 at 9:45:07 PM EDT

**To:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Cc:** Debbie <debbie@hiventures.com>
**Subject: Re: Hihn Invoice**
**Reply-To:** chihn@hiventures.com

Mr. Brodnax,

In the attached agreement the specified report has not been delivered. Once delivered to me, the additional amount will be considered and likely paid.

The report must be detailed, comprehensive, complete and appropriate for submitting as evidence in Federal Court.

The report shall contain file names and sizes and locations and hash values for all files of relevance. The findings should be repeatable.

At a later date, a another forensic examination may be performed by a different firm. The two examination should not have any discrepancies.

V/R

BuddyH

On 7/21/2022 10:00 AM, Pleasant Brodnax wrote:

> Also, included is the contract, the terms of which we can discuss at your convenience.
>
> > On Jul 21, 2022, at 9:53 AM, Pleasant Brodnax <pleasant.brodnax@gmail.com> wrote:
> >
> > Hi Buddy,
> >
> > Hope you and the family are well. Please let Jason know I asked about him.
> >
> > I have been in trial from April through the beginning of this month. As a result, I am late in forwarding this explanation of the Sensei bill to you. The original estimate was exceeded primarily because of the time the expert consulted with me and Jason. They were responsive and answered all the questions posed by me and Jason. I have used them before and they spent much more time explaining the process/results to us than in the past, probably because of Jason's proficiency in data analytics.

I believe their work was helpful and they should be paid. Please let me know whether you will pay them directly of send me a check.

Thanks,
Pleasant

**Law Office of Pleasant S. Brodnax, III**
**1701 Pennsylvania Avenue, N.W.**
**Suite 200**
**Washington, D.C. 20006**
**p: 202.462.1100 | f: 202.204.5165**
**www.pleasantbrodnax.com**

Begin forwarded message:

**From:** "Philip DePue" <pdepue@senseient.com>
**Subject: Hihn Invoice**
**Date:** June 23, 2022 at 9:02:03 AM EDT
**To:** "pleasant.brodnax@gmail.com" <pleasant.brodnax@gmail.com>

Pleasant,

Mike let me know you had questions regarding the bill in the Hihn matter.
The estimate was exceeded by a few hours because of a combination of extra time needed for the analysis of the materials and phone calls to discuss the findings with you and the client.

Feel free to reach out with any questions.

Best Regards,
Phil

<image003.png>

**Philip DePue**
Director of Digital Forensics – GCFA, CCPA

**Sensei Enterprises, Inc.**

**Digital Forensics| Information Technology |Cybersecurity**
3975 University Drive, Suite 225 |Fairfax, VA 22030
P: 703.359.0700 | F: 703.359.8434
pdepue@senseient.com | https://senseient.com
https://senseient.com/ride-the-lightning (cybersecurity blog)
https://senseient.com/your-it-consultant (information technology blog)
https://senseient.com/digital-forensics-dispatch (digital forensics blog)

---

This message contains information that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received the message in error, please notify the sender by replying to this message and then delete it from your system. Your attention and courtesy in this would be most appreciated

--

Charles S. Hihn III 18426 Gunpowder Rd Hampstead, MD 21074 C 410-218-7112 chihn@hiventures.com Information Technologist Server, Cisco, Application and Database Administration Security + Certified

---

Attachments:

| | |
|---|---|
| image001.png | 187 bytes |
| Hihn_4543_Estimate_Agreement-c.pdf | 371 KB |

# CERTIFICATE OF SERVICE

I, Jason Steuart Hihn, sui juris, proceeding pro se, certify that the foregoing is true and correct, and made with my firsthand knowledge pursuant to the penalty of perjury, pursuant to 28 U.S.C. §1746(1), that on the date affixed below, I did forward to the prison authorities for mailing,[1] my

Reply to Gov't Response; Exhibit 10; Memorandum: Analysis of Ex. 9&10

for forwarding to the Albert V. Bryan U.S. Courthouse 401 Courthouse Square, 2nd Floor, in Alexandria, VA 22314-5704. Said mailing was properly addressed and did contain the proper amount of pre-paid postage affixed thereto.

It appears that the parties to this action are registered with the CM/ECF Electronic Docketing System, therefore as I am proceeding Pro Se, I ask for service by that means also.

Respectfully submitted this 30 day of April, 2024.

9589 0710 5270 2056 5985 69
Certified Mail Receipt

By: [signature]
Jason Steuart Hihn, Pro Se
Fed. Reg. No. 52188-509
Federal Correctional Complex - LOW
P.O. Box 1031
Coleman, Florida 33521-1031

Return Receipt

1 Under the Prison Mailbox Rule, a pro se petitioner's pro se filing is deemed filed when it is delivered to the prison authorities for forwarding to the Clerk of the Court. Huston v. Lack, 487 U.S. 266, 268 101 S. Ct. 2379, 101 L.Ed.2d 245 (1988).