FILED
MAILROOM
MAY - 7 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Jason Steuart Hihn
Petitioner,
v.
United Sates
Respondent
______________________________/

Case: 1:21-CR-167-RDA

The Honorable Rossie D. Alston, Jr.

EXHIBIT 9

Selected columns from the file named:
US_V_Hihn_CAT1_Report-c.xlsx
Generated by Sensei Enterjprises, Inc.
Forensic Examination

# CERTIFICATE OF SERVICE

I, Jason Steuart Hihn, sui juris, proceeding pro se, certify that the foregoing is true and correct, and made with my firsthand knowledge pursuant to the penalty of perjury, pursuant to 28 U.S.C. §1746(1), that on the date affixed below, I did forward to the prison authorities for mailing,[1] my

Exhibit 9

for forwarding to the Albert V. Bryan U.S. Courthouse 401 Courthouse Square, 2nd Floor, in Alexandria, VA 22314-5704. Said mailing was properly addressed and did contain the proper amount of pre-paid postage affixed thereto.

It appears that the parties to this action are registered with the CM/ECF Electronic Docketing System, therefore as I am proceeding Pro Se, I ask for service by that means also.

Respectfully submitted this _______ day of _____________, _______.

9589 0710 5270 2056 5985 52
Certified Mail Receipt

By: [signature]
Jason Steuart Hihn, Pro Se
Fed. Reg. No. 52188-509
Federal Correctional Complex - LOW
P.O. Box 1031
Coleman, Florida 33521-1031

______________________
Return Receipt

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 1 | .thumbdata4-1763508120_embedded_368.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4-1763508120/.thumbdata4-1763508120_embedded_368.jpg | c84dfbe0e91adb786daa564839a05529 |
| 2 | .thumbdata4-1763508120_embedded_369.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4-1763508120/.thumbdata4-1763508120_embedded_369.jpg | 38549ac20af42653e4e7ff5fc9f936cf |
| 3 | .thumbdata4-1763508120_embedded_370.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4-1763508120/.thumbdata4-1763508120_embedded_370.jpg | 79c9ebf3df4ef28bec188f169be0a122 |
| 4 | .thumbdata4--1967290299_embedded_1979.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_1979.jpg | 64ae54a6d1d598ca7d4b4ce53e12bbba |
| 5 | .thumbdata4--1967290299_embedded_3358.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_3358.jpg | 784bf3589b765aec89fdd9f93f45e832 |
| 6 | .thumbdata4--1967290299_embedded_3359.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_3359.jpg | 6434f3b37250f63ce0bdf380d633a686 |
| 7 | .thumbdata4--1967290299_embedded_3363.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_3363.jpg | 2db3e31db5a39c32556f3aada3a91ee8 |
| 8 | .thumbdata4--1967290299_embedded_3736.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_3736.jpg | 3a21082657cc56f437707e2410a2484f |
| 9 | .thumbdata4--1967290299_embedded_4060.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4060.jpg | f830b5c672e67feda4cb760338874f90 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 10 | .thumbdata4--1967290299_embedded_4171.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4171.jpg | 1fec3064647fb9e231030911bdec3e2e |
| 11 | .thumbdata4--1967290299_embedded_4217.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4217.jpg | 239725dcedfe5bef9984c4a64842069c |
| 12 | .thumbdata4--1967290299_embedded_4218.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4218.jpg | 2c74279eaab2203856cf64d55630b65a |
| 13 | .thumbdata4--1967290299_embedded_4220.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4220.jpg | a812d0cefb0f0173e066a48e173dc9e4 |
| 14 | .thumbdata4--1967290299_embedded_4221.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4221.jpg | 8c486040484dc84c7cf9f5d8d52abe94 |
| 15 | .thumbdata4--1967290299_embedded_4362.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4362.jpg | adfbdeb29f11eac5777601dfc16100d5 |
| 16 | .thumbdata4--1967290299_embedded_4363.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4363.jpg | 6b07baf2e8054757a168ba2354d266a8 |
| 17 | .thumbdata4--1967290299_embedded_4364.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4364.jpg | 196b7dd307d8708e0e07b3cd5beb4d5e |
| 18 | .thumbdata4--1967290299_embedded_4371.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4371.jpg | 0a22e73bbc09dd40dce194f4074aad5a |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 19 | .thumbdata4--1967290299_embedded_4374.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4374.jpg | 906370df7a97a17c460fd41edb4c87a5 |
| 20 | .thumbdata4--1967290299_embedded_4375.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4375.jpg | e94a155a41b9898c76f4a362a7536548 |
| 21 | .thumbdata4--1967290299_embedded_4475.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4475.jpg | fa9ee8cf424e6cb7ab9a5e7aaada366d |
| 22 | .thumbdata4--1967290299_embedded_4479.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4479.jpg | 886a348cb144823501bd8faceda57a8b |
| 23 | .thumbdata4--1967290299_embedded_4480.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4480.jpg | 795520a2fcb6f3d9457bf9fcba798446 |
| 24 | .thumbdata4--1967290299_embedded_4491.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4491.jpg | 36f6ba9bda7174bb45d75b229ee8f4a4 |
| 25 | .thumbdata4--1967290299_embedded_4509.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4509.jpg | 39ee03a92f02355c1e3e7eada69d8c77 |
| 26 | .thumbdata4--1967290299_embedded_4638.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4638.jpg | 7d487e29759e019495429682d59348c1 |
| 27 | .thumbdata4--1967290299_embedded_4724.jpg | data/Root/media/0/DCIM/.thumbnails/.thumbdata4--1967290299/.thumbdata4--1967290299_embedded_4724.jpg | ef2ed3b8f4cabf371ebe58576ed31ec9 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 28 | 100086200555_31564.webp | data/Root/media/0/Android/data/org.telegram.messenger/cache/100086200555_31564.webp | f14a330a0a2d58871b87732780bdccda |
| 29 | -1023357298629052904.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-1023357298629052904.0 | 47c1642e6a83876477346f35b07ad866 |
| 30 | 1294509117986110310 | data/Root/data/com.sec.android.gallery3d/cache/0/1294509117986110310 | 00d9faa641c51caa8be93d94e5974ee0 |
| 31 | -1318202374346197342.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-1318202374346197342.0 | e527d3b8666c603d62d8b502f9f8c97e |
| 32 | 141a2a9f-d197-4234-be10-e86d9cd139c7.jpg | data/Root/data/com.wickr.pro/cache/dec/141a2a9f-d197-4234-be10-e86d9cd139c7.jpg | 306c47655e310ec5dddb528ea7ff571b |
| 33 | 1496715265875.jpg | data/Root/media/0/DCIM/X/1496715265875.jpg | cb71dcc735781208a3d48d296e68e898 |
| 34 | 1527062020971842252.0 | data/Root/data/com.sec.android.gallery3d/cache/0/1527062020971842252.0 | 921e2d4f4629258555f1cedbfcb744dd |
| 35 | 1590293715045.jpg | data/Root/media/0/DCIM/.thumbnails/1590293715045.jpg | 8a226feefab0179a37a326b6dfa48ed3 |
| 36 | 1591357434921.jpg | data/Root/media/0/DCIM/.thumbnails/1591357434921.jpg | 80826d5d3e42b4bc83f58994d8f78200 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 37 | 1592788963122.jpg | data/Root/media/0/DCIM/.thumbnails/1592788963122.jpg | 096eaa46223208bca6324bb7e830ec60 |
| 38 | 1599527798193.jpg | data/Root/media/0/DCIM/.thumbnails/1599527798193.jpg | 6309356d5430ad8ea548ce23aff92b0e |
| 39 | 1603621332149.jpg | data/Root/media/0/DCIM/.thumbnails/1603621332149.jpg | 95955dd7cfd028ca643177a26c59eaa2 |
| 40 | 1603757675295.jpg | data/Root/media/0/DCIM/.thumbnails/1603757675295.jpg | e82545ce371879705846dd9ef827280b |
| 41 | 1604629318604.jpg | data/Root/media/0/DCIM/.thumbnails/1604629318604.jpg | c219c33d6ba255892bfc2393bbd2773f |
| 42 | 1606227712765.jpg | data/Root/media/0/DCIM/.thumbnails/1606227712765.jpg | 5c30b7f3d0527d9b0d0e1fc9fbf18e45 |
| 43 | 1606837291736.jpg | data/Root/media/0/DCIM/.thumbnails/1606837291736.jpg | 0dc98a30ca2f5bc328a468a5965d6316 |
| 44 | 1607397539613.jpg | data/Root/media/0/DCIM/.thumbnails/1607397539613.jpg | 066d04104adbe01c7b418d964c48ecbf |
| 45 | 1608653442620.jpg | data/Root/media/0/DCIM/.thumbnails/1608653442620.jpg | c0108dfb79881626de18e5240f7c976f |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 46 | 1610200543632.jpg | data/Root/media/0/DCIM/.thumbnails/1610200543632.jpg | bc20642397e1052b2bed314c99e80e5d |
| 47 | 1612419226678.jpg | data/Root/media/0/DCIM/.thumbnails/1612419226678.jpg | 38d846a33122387b702f458989b9b459 |
| 48 | 1612467804973.jpg | data/Root/media/0/DCIM/.thumbnails/1612467804973.jpg | 0efdf2f7257d963488f6d1e34e389895 |
| 49 | 1612506227880.jpg | data/Root/media/0/DCIM/.thumbnails/1612506227880.jpg | c33945464197df9274edd292a093d254 |
| 50 | 1612506235120.jpg | data/Root/media/0/DCIM/.thumbnails/1612506235120.jpg | 25d8154c896e4572939aeae877b2a04e |
| 51 | 1612506240323.jpg | data/Root/media/0/DCIM/.thumbnails/1612506240323.jpg | dc99b82f7287fc7b5a886dd671179aea |
| 52 | 1612758381971.jpg | data/Root/media/0/DCIM/.thumbnails/1612758381971.jpg | c921a50b4f259fcf5ee73e689c29f220 |
| 53 | 1612810343552.jpg | data/Root/media/0/DCIM/.thumbnails/1612810343552.jpg | 16ecc9176caddc9453a6e7480f3ee453 |
| 54 | 1613956456170.jpg | data/Root/media/0/DCIM/.thumbnails/1613956456170.jpg | cf28bbdd77a94e06f4703eb7ee06be4d |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 55 | 1615648178674.jpg | data/Root/media/0/DCIM/.thumbnails/1615648178674.jpg | 0081843ffa1b2202bffbc9f75b06ac99 |
| 56 | 1623032017633.jpg | data/Root/media/0/DCIM/.thumbnails/1623032017633.jpg | 5057a67038322246babbcf656c4ca9cb |
| 57 | 1623041022676.jpg | data/Root/media/0/DCIM/.thumbnails/1623041022676.jpg | 3c14f4c03d4a27032ebcd5d572359347 |
| 58 | 1623041023858.jpg | data/Root/media/0/DCIM/.thumbnails/1623041023858.jpg | f0285b8eea67d533844270095417314f |
| 59 | 1798483098077896800.0 | data/Root/data/com.sec.android.gallery3d/cache/0/1798483098077896800.0 | 5e05c0c1f9b59c64cbe6bc7b3efd67e6 |
| 60 | -1955741788471601455.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-1955741788471601455.0 | 18b967838b83a123ef4034c6de4e3cc3 |
| 61 | -1962166973789464606.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-1962166973789464606.0 | 10fb4485d1fc17b90e97ff7bc9542cc7 |
| 62 | 20210204_121847.DELETED.jpg | data/Root/media/0/DCIM/Camera/20210204_121847.jpg | N/A |
| 63 | 20210204_121847.jpg | data/Root/media/0/DCIM/SHC/20210204_121847.jpg | ebac30696a1886e49bded22cecaff458 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 64 | 20210204_122229.jpg | data/Root/media/0/DCIM/SHC/20210204_122229.jpg | 7183c2644e1322d84c8f7ecbfc542309 |
| 65 | 2106552986185842038.0 | data/Root/data/com.sec.android.gallery3d/cache/0/2106552986185842038.0 | ffe785387506e48ec77d6fca412d781c |
| 66 | 2223407860599893781.0 | data/Root/data/com.sec.android.gallery3d/cache/0/2223407860599893781.0 | ab8d03da45ea674b73bbd52dbbd92d56 |
| 67 | -2740090810704009022.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-2740090810704009022.0 | d66610f82fc1791bc7b1634ada387064 |
| 68 | 2828107174291226174.0 | data/Root/data/com.sec.android.gallery3d/cache/0/2828107174291226174.0 | a55f42226939e3b226fae8f394c57863 |
| 69 | -2867203321856451061.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-2867203321856451061.0 | 853982a0901d57efc2e081f96bfe1092 |
| 70 | -3076931947807317599.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-3076931947807317599.0 | e290f8e57400c108c21ed0293ac7af70 |
| 71 | 3098578472855620830.0 | data/Root/data/com.sec.android.gallery3d/cache/0/3098578472855620830.0 | a05ab3c20db384c147d9a6256ba7abd9 |
| 72 | 3172216267168207180.0 | data/Root/data/com.sec.android.gallery3d/cache/0/3172216267168207180.0 | ded8cf02f3babcb89dee59bf5d670a3e |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 73 | 322498724567847854.0 | data/Root/data/com.sec.android.gallery3d/cache/0/322498724567847854.0 | 59989de951fde4191669c906b2656af8 |
| 74 | 3249205243072800293.0 | data/Root/data/com.sec.android.gallery3d/cache/0/3249205243072800293.0 | dba0c82bd156b5063eb7bf9534dd91f5 |
| 75 | -3264460958748395659.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-3264460958748395659.0 | fa783b7f500e27ff2c12975760fcc475 |
| 76 | -3412130444965926586.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-3412130444965926586.0 | e6f69718397b11438979fcb26c4cad91 |
| 77 | 3434338180410746050.0 | data/Root/data/com.sec.android.gallery3d/cache/0/3434338180410746050.0 | c7ab4df07d436b256940bcc07078da6b |
| 78 | 3628037326352889932.0 | data/Root/data/com.sec.android.gallery3d/cache/0/3628037326352889932.0 | 8d891d23c36b3ce15beb21a0241163ea |
| 79 | -3686151030645984552.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-3686151030645984552.0 | b692140b99ff3e8cd5703d226e90c289 |
| 80 | 3758386368968000265.0 | data/Root/data/com.sec.android.gallery3d/cache/0/3758386368968000265.0 | e93091781ee0ac4d7ea13604682327b2 |
| 81 | -4143255137447177832.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-4143255137447177832.0 | ee1694b660bde8570357622e348690d6 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 82 | 4337373980474418459.0 | data/Root/data/com.sec.android.gallery3d/cache/0/4337373980474418459.0 | e7310d9ba1cffefbbcee610cf9135dc1 |
| 83 | -4701414030454568281.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-4701414030454568281.0 | 12532bddae89a04ce3b4864608f4cab7 |
| 84 | 4779164422793889265.0 | data/Root/data/com.sec.android.gallery3d/cache/0/4779164422793889265.0 | 09cbc82a7569d4abc431e68166234ba8 |
| 85 | 5108951896809808139.0 | data/Root/data/com.sec.android.gallery3d/cache/0/5108951896809808139.0 | 9aa0e6518c4169ea3aadf2ac21a3cec6 |
| 86 | -5230611792613981036.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-5230611792613981036.0 | 932082db3c512e7eecc861b995c6e4e0 |
| 87 | -5246220481644091613.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-5246220481644091613.0 | c4187c873a42dbb9f7ed8222ec1a1966 |
| 88 | -527711017270587092.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-527711017270587092.0 | 7724d083678475bfe97a026075d7c9fd |
| 89 | -5367125681107235664.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-5367125681107235664.0 | 6bf13167c46301a9129c9537b1841ebf |
| 90 | 5579503738896724888.0 | data/Root/data/com.sec.android.gallery3d/cache/0/5579503738896724888.0 | 93e920bf115581985c35e2693c6f3fe7 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 91 | 5587840409222292482.0 | data/Root/media/0/Android/data/com.sec.android.gallery3d/cache/0/5587840409222292482.0 | c314fa7d99d7f3ae4cb453a0fbd03d30 |
| 92 | 5874924665848395899.0 | data/Root/data/com.sec.android.gallery3d/cache/0/5874924665848395899.0 | 1b8cc03f7ea54d27cf88aca56643efcb |
| 93 | 5924459297098489325.0 | data/Root/data/com.sec.android.gallery3d/cache/0/5924459297098489325.0 | 17242c4111842dab856681c0c713c50f |
| 94 | -596917700227922211.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-596917700227922211.0 | b1fd615a9b24030e797440d1b09641a0 |
| 95 | -6008491171071189744.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-6008491171071189744.0 | 863e1f26a204c6b430f6bdf29fbb8e5d |
| 96 | -6187309829376938198.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-6187309829376938198.0 | a1997a929d66ac74090bbd77d41de255 |
| 97 | 6349452156923301648.0 | data/Root/data/com.sec.android.gallery3d/cache/0/6349452156923301648.0 | 06a369dfb1e0a1c4f7a0ac62745bb3c8 |
| 98 | 6385858326697966996.0 | data/Root/data/com.sec.android.gallery3d/cache/0/6385858326697966996.0 | 0dcd18f03ee1ef33ac6027dbdf6c63b5 |
| 99 | -6596883762700387818.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-6596883762700387818.0 | 54d179c2782633bf4fd658f43818d629 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 100 | 6633888825635412957.0 | data/Root/data/com.sec.android.gallery3d/cache/0/6633888825635412957.0 | 5964ee9ea48f77df4e0dc6e0566b085b |
| 101 | -6811464993671571848.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-6811464993671571848.0 | bb80fa039dee1379a595a131151a6ab5 |
| 102 | -7242191420288273453.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-7242191420288273453.0 | f5442bb19941385b8e1cc0a19864bc2a |
| 103 | -7245745606373689241.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-7245745606373689241.0 | dbed725af8f3fc9bcfe2e62488e9da87 |
| 104 | 7348407983336365558.0 | data/Root/data/com.sec.android.gallery3d/cache/0/7348407983336365558.0 | bcaae015da723f658d29ed7016f645d7 |
| 105 | -7609328305434042.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-7609328305434042.0 | eedcd8f9b9a108da3d23a7501d40dc4b |
| 106 | 7728FE3.jpg | data/Root/media/0/Download/7728FE3.jpg | 907923a189ab907d148746718ac1659c |
| 107 | -7863311596692855596.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-7863311596692855596.0 | 4ee23202dde6a0417e587947c518c7d2 |
| 108 | 7988255799492974066.0 | data/Root/data/com.sec.android.gallery3d/cache/0/7988255799492974066.0 | 8d040f502d54b21c7bda1f279c65364c |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 109 | 811.jpg | data/Root/data/com.sec.android.app.myfiles/cache/811.jpg | fbe01fa6abfba974c104f3bda1abeaa9 |
| 110 | -8127783559769648483.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-8127783559769648483.0 | 4495cc4c027e5d93cd6cc1aefc169c8b |
| 111 | 8150826404497793223.0 | data/Root/data/com.sec.android.gallery3d/cache/0/8150826404497793223.0 | c7e7079b78ca4fc059222fa53fc1594d |
| 112 | 8223671720042962253.0 | data/Root/data/com.sec.android.gallery3d/cache/0/8223671720042962253.0 | 6573e3983427dd6aa1a9087b645a3ee8 |
| 113 | 8322518209555887268.0 | data/Root/data/com.sec.android.gallery3d/cache/0/8322518209555887268.0 | ecd32a6756008cb9a67e2b6028f81d4a |
| 114 | -8377925908798076460.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-8377925908798076460.0 | 6a034e6f32ab599a4c4088d5a463d929 |
| 115 | -8391040460852688119.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-8391040460852688119.0 | 93d4ac063d2b379a1c1282acccd9ff73 |
| 116 | 852.jpg | data/Root/data/com.sec.android.app.myfiles/cache/852.jpg | 97d92846b09d7b88213058f3191c47d8 |
| 117 | 856.jpg | data/Root/data/com.sec.android.app.myfiles/cache/856.jpg | 5193558c44a097d81c0ec264961581c9 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 118 | -8597330499984121033.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-8597330499984121033.0 | b4c54282e083a16e61fd1208c85123b8 |
| 119 | -8610717652763895458.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-8610717652763895458.0 | f3f49fdfe054bb928b2b5cc563e6b86f |
| 120 | -8731387173278179215.0 | data/Root/data/com.sec.android.gallery3d/cache/0/-8731387173278179215.0 | 829c8e82979b3acf50496f2c377e5f92 |
| 121 | 880574426783959683.0 | data/Root/data/com.sec.android.gallery3d/cache/0/880574426783959683.0 | ee9b210ec29fc0379cc2fead7c60c016 |
| 122 | 8806501.jpg | data/Root/media/0/DCIM/Y/8806501.jpg | f3000bd81bbeed8a6a465d2d561f779a |
| 123 | 90.jpg | data/Root/data/com.sec.android.app.myfiles/cache/90.jpg | c40b0227fd27a80fb0b2b6199adca6b5 |
| 124 | 903fda96-bc07-4473-9daf-f8bd7f4938c8.jpg | data/Root/data/com.wickr.pro/cache/dec/903fda96-bc07-4473-9daf-f8bd7f4938c8.jpg | 4c2c90513315807feca12a11d07c43cc |
| 125 | 9087495768543783640.0 | data/Root/data/com.sec.android.gallery3d/cache/0/9087495768543783640.0 | 9fbc500572eb7a4d5f724b8f2858e4b5 |
| 126 | b9e83b28-411d-4de6-b225-6ea7cbcf72ac.webp | data/Root/data/com.wickr.pro/cache/dec/b9e83b28-411d-4de6-b225-6ea7cbcf72ac.webp | 517d67e6239dcc7acca92ed2b677e762 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 127 | bdsmlr-10077284-m0i0og8fa6.jpg | data/Root/media/0/Download/bdsmlr-10077284-m0i0og8fa6.jpg | fe248663ee35b3b5d58be0a764054c28 |
| 128 | bdsmlr-10205176-MdRSDtUWKy.gif | data/Root/media/0/Download/bdsmlr-10205176-MdRSDtUWKy.gif | 47c201aec4d8c7f888933c404205568b |
| 129 | bdsmlr-121179-3CSEsOyAk8.webp | data/Root/media/0/Download/bdsmlr-121179-3CSEsOyAk8.webp | e5f0d453adf5f861016f7282e7a40f6a |
| 130 | bdsmlr-129417-g6xhYTeE4l.jpg | data/Root/media/0/Download/bdsmlr-129417-g6xhYTeE4l.jpg | 13d48668c575c77251f5e98c3d14c8c5 |
| 131 | bdsmlr-179542-OKhmatnlOy.jpg | data/Root/media/0/Download/bdsmlr-179542-OKhmatnlOy.jpg | cbde1d536110a911ab8c323c289d1786 |
| 132 | bdsmlr-179890-3Qwhg83PtW.webp | data/Root/media/0/Download/bdsmlr-179890-3Qwhg83PtW.webp | 70c452f6d2f8e716c7bcaa87417dbb77 |
| 133 | bdsmlr-179890-nmLC7bedYV.jpg | data/Root/media/0/Download/bdsmlr-179890-nmLC7bedYV.jpg | 4ab3afb3844d70752178b46c1d543533 |
| 134 | bdsmlr-20873-hYyuqPkX4x.jpg | data/Root/media/0/Download/bdsmlr-20873-hYyuqPkX4x.jpg | 648c6f2b22b52ab8e6e6cad485c9e4b7 |
| 135 | bdsmlr-20873-poD8gDZXR4.jpg | data/Root/media/0/Download/bdsmlr-20873-poD8gDZXR4.jpg | d963db94556820090cb201f2698f7c10 |

US_V._Hihn_CAT1_Path_and_File_Report-c.xlsx - Images
143 Images
Exhibit 9

| # | Name | Path | MD5 |
|---|---|---|---|
| 136 | bdsmlr-353875-6W0OaYkqU5.webp | data/Root/media/0/Download/bdsmlr-353875-6W0OaYkqU5.webp | 9c66015bd5a65441bc7cfb1afdf7bb83 |
| 137 | bdsmlr-353875-Jz9IsAkdDm.jpg | data/Root/media/0/Download/bdsmlr-353875-Jz9IsAkdDm.jpg | 189e625e8a90f1dc7c8ee6a7a468f473 |
| 138 | bdsmlr-769899-ASLfBmxKGi.webp | data/Root/media/0/Download/bdsmlr-769899-ASLfBmxKGi.webp | 8db5e7b9287670282f7afc540d087297 |
| 139 | bdsmlr-957098-LLPiljQK8N.jpg | data/Root/media/0/Download/bdsmlr-957098-LLPiljQK8N.jpg | a13a6caf08de8c3d96ec84ff3bf4a0d3 |
| 140 | bdsmlr-96404-1dIQxmSlu5.jpg | data/Root/media/0/DCIM/X/bdsmlr-96404-1dIQxmSlu5.jpg | 2413c7ce83ff841c647c9727ca884315 |
| 141 | bdsmlr-96404-XuXMsJB1NE.jpg | data/Root/media/0/Download/bdsmlr-96404-XuXMsJB1NE.jpg | 799fd820745f3322ba9fe587fd2a6c84 |
| 142 | bdsmlr-9685044-26iZQLlrtt.jpg | data/Root/media/0/Download/bdsmlr-9685044-26iZQLlrtt.jpg | 0afcc082867c5152a39fc8cfdb3eef11 |
| 143 | bdsmlr-9734116-fj63OATZ0w.jpg | data/Root/media/0/Download/bdsmlr-9734116-fj63OATZ0w.jpg | cd0493801b5db1985fe39fc6bd7d2f48 |