UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Jason Steuart Hihn
Petitioner
v.
United States
Respondent

Case: 1:21-CR-167-RDA

The Honorable Rossie D. Alston Jr.

NOTICE: RIPE FOR REVIEW

Petitioner Jason Steuart Hihn, pro se, gives kindly notice to the court that with his filing of his Exhibit 11: Affidavit of Charles S. Hihn III, Petitioner has no more filings queued for the court. This may change if and when Discovery is granted on one or both of his outstanding Discovery motions, or new information becomes available. Petitioner would also like to kindly notice the court that it has now been over 14 months since he replied to the Government's response back in April of 2024. Petitioner is unaware of any action since his reply. Petitioner belives that this case is now ripe for review.

Petitioner would also like to apologize to the court for the quality of this typewriter, but it is the only one he has access to at this time.

Respectfully submitted this 25 of June 2025.

Jason Hihn 52188-509
Coleman FCC Low
P.O. Box 1031
Coleman FL, 33521-1031

**CERTIFICATE OF SERVICE**

I, Jason Steuart Hihn, sui juris, proceeding pro se, certify that the foregoing is true and correct, and made with my firsthand knowledge pursuant to the penalty of perjury, pursuant to 28 U.S.C. §1746(1), that on the date affixed below, I did forward to the prison authorities for mailing,[1] my

Affidavit of Charles S. Hihn III; Notice: Ripe for Review

for forwarding to the Albert V. Bryan U.S. Courthouse 401 Courthouse Square, 2nd Floor, in Alexandria, VA 22314-5704. Said mailing was properly addressed and did contain the proper amount of pre-paid postage affixed thereto.

It appears that the parties to this action are registered with the CM/ECF Electronic Docketing System, therefore as I am proceeding Pro Se, I ask for service by that means also.

Respectfully submitted this 25 day of June, 2025.

9589 0710 5270 1605 2067 19
Certified Mail Receipt

9590 9402 4742 8344 7815 05
Return Receipt

By: [signature]
Jason Steuart Hihn, Pro Se
Fed. Reg. No. 52188-509
Federal Correctional Complex - LOW
P.O. Box 1031
Coleman, Florida 33521-1031

1 Under the Prison Mailbox Rule, a pro se petitioner's pro se filing is deemed filed when it is delivered to the prison authorities for forwarding to the Clerk of the Court. Huston v. Lack, 487 U.S. 266, 268 101 S. Ct. 2379, 101 L.Ed.2d 245 (1988).