# Exhibit AA

# Bonnie G. Burkhardt

8402 Gambrill Lane, Springfield, VA 22153
Bonnie.burkhardt@blueridge-sw.com
(703)505-2793 (cell)


## Education

MS Computer Science and Engineering, University of Santa Clara, 1988.
BS Applied Mathematics, University of Colorado, 1984.

**Certifications:**

| | |
|---|---|
| 1985-present | Top Secret clearance, current SSBI and polygraph. |
| 2014-present | Other classified certificates for targeting. |
| 2000-present | Certified system administrator for classified government computers. |
| 1990-1994 | Certified operator of a classified interception system. |

**Specialized Training:**

Annual DoD training and re-certification (about 30 per year)
on Privacy Law, Signals Intelligence Authorities and Intelligence Oversight.

## Professional Experience

Ms. Burkhardt has over 40 years of software engineering and network protocol experience, building software tools to intercept communications and to analyze intercepted communications. She trains analysts from the U.S. and our allies on new tools and techniques she develops. Ms. Burkhardt has also done targeting. Since the DoD was interested in foreign targets and not U.S. Persons protected by Fourth Amendment rights, no warrants were required by the Electronic Communications and Privacy Act of 1986 (ECPA) or Executive Order 12333.

Ms. Burkhardt provides expert witness support to attorneys on how Fourth Amendment ECPA laws apply to cases having electronic communications as evidence. This includes texts, emails, recorded phone calls, and electronic file transfers. She wrote two books explaining how law enforcement and prosecutors violate ECPA law. She trains defense attorneys on this topic.

**Expert Witness / Senior Software Engineer / President** **1/2007 - present**
Blue Ridge Software Consulting, Inc.

- Provides expert witness support to attorneys.
- Faculty member of the National Association of Criminal Defense Lawyers, NACDL.
- Guest lecturer at the Louisiana Association of Criminal Defense Lawyers, LACDL.
- Provided software development and maintenance for her tool, Bit Buster Graphics. Bit Buster provides interactive forensic analysis for digitized communication signals.
- Worked as a signals analyst to developed new techniques using these tools.
- Developed curriculum and taught signal analysis classes to the military and others.
- Founded her own consulting company.

**Intelligence Analyst and Software Engineer** **1/2020 – present**
Verite / GRVTY
- Did targeting and contributed to reports on potential targets of interest.
- Analyzed intercepted electronic communications.
- Supported development of client-server software tools to analyze metadata.
- Developed new software tools to track missiles. Trained analysts on new tactics.

**Senior Software Engineer** **4/2002 – 1/2007**
BIT Systems
- Software development of Bit Buster Graphics adding pattern match to find syncs, headers, text, or data in files of 100 Gigabytes.
- Led a team of 4 other software engineers.

**Senior Software Engineer** **1/1995 - 3/2002**
Coleman Research Corporation/ AEGIS Engineering
- Created the interactive digital signal forensic tool, Bit Buster Graphics, delivered to 40 locations worldwide.

**Senior Software Engineer** **10/1994 - 1/1995**
SAMCO (Subcontracting to Hughes)
- Performed software maintenance on a secure electronic mail and data transfer system.

**Software Engineer** **7/1984 - 8/1994**
GTE Government Systems (General Telephone and Electronics)
- Developed software for a real-time signal processing and interception system.
- Certified as an operator for that interception system.
- Wrote network protocol including a hash code calculator.
- Became the technical manager of approximately 10 people.
- Developed a SQL database for tracking parts.

## Expert Witness Experience:

**2024** – *New Mexico v. Telfah,* Case No: 2024-013394, NMDOJ# 202410-00186
Hired by the defense attorney to provide technical support in applying ECPA law to officers impersonating a female online on a dating site without a warrant.
Defense attorney: Jack Mkhitarian. Second Judicial District, Albuquerque, New Mexico

**2024** – *Florida v. Tidwell,* Case No: 2021 CF 1831
Hired by the defendant to provide technical support and assistance applying ECPA law to officers monitoring Freenet communications without a warrant. Subpoenaed and testified in a deposition, April 11, 2024. Testified at a Motions Hearing on July 11, 2024. Testified at trial, February 19, 2025.
Defense attorney: Randy Etheridge. Escambia County Court, Florida

**2024** – *Louisiana v. Koury*, Case No: 240,564
Hired by the defendant to provide technical support and assistance applying ECPA law to Yahoo monitoring content of emails it services without a warrant. Analyzed hash codes, file sizes, file timestamps, and timing of the electronic evidence.
Certified by the Bossier Parish Court as an expert witness in the area of software engineering and computer programming on May 21, 2024. Testify at a Motions Hearing on that day.
Defendant was *pro se* with attorney Mark Rogers advising. Bossier Parish Court, Louisiana.

**2024** – *U.S. v. Williams*, Case No: 21-mj-2035 (AMD)
Hired by the defendant and public defender with the approval of the Court to provide technical support and assistance applying ECPA law to officers impersonating other people online without a warrant to intercept their private communications.
Defense attorney: Mark Catanzaro. U.S. District Court, District of New Jersey

**2023 - 2024** - *U.S. v. Looney*, Case No: 220CR06009 (CJS)(MJP)
Hired by the defendant to provide technical support and assistance applying ECPA law to officers monitoring Freenet communications and network traffic without a warrant.
Defense attorney: Jim Napier. U.S. District Court, Western District of New York

**2023** – *Virginia v. Rehm,* Case No: FE-2020-000365 and FE-2020-0000466
Provided technical support applying ECPA law to an officer impersonating someone else online without a warrant to intercept their private communications. Certified by the Fairfax County Circuit Court to testify regarding how and when email evidence was obtained.
Defense attorney: Toni Fay. Fairfax County Circuit Court, Virginia.

**2018 - 2020** - *Virginia v. Pick,* Case No. CR18001018-00 thru -04
Hired by the defendant to provide technical support and assistance interpreting ECPA law as applied to officers animating a realistic female online without a warrant to intercept private communications. Defense Attorneys: Vaughan Jones and Paul Galanides
Hanover County Circuit Court, Appellate Court and Supreme Court of Virginia.

**2018 - 2020** - *Virginia v. Achin,* Case No: FE2018-1497
Hired by the defendant to provide technical support and assistance interpreting ECPA law as applied to officers impersonating other people online without a warrant to intercept their private communications. Defense Attorneys: Stephen Sheehy, III (since deceased) and Paul Galanides
Fairfax County Circuit Court, Appellate Court and Supreme Court of Virginia.

## Publications and Briefs:

April 2024: *Manufacturing Criminals, 2nd Edition - Wiretapping and Planting Evidence*
December 2020: *Manufacturing Criminals, Fourth Amendment Decay in the Electronic Age*
Amicus Brief filed *pro se* with permission of the court: Appellate Court of Virginia Criminal, *Virginia v. Achin,* CAV Record No: 1950-19-4
Amicus Brief filed *pro se* with permission of the court: Appellate Court of Virginia Criminal, *Virginia v. Pick,* CAV Record No: 1945-19-2

**Presentations:**

September 2025: Featured Speaker
Michigan Council of Professional Investigators, Annual Conference
*How Fourth Amendment Rights are Eroding in the Electronic Age*

December 2024: Guest Lecturer
Louisiana Association of Criminal Defense Lawyers, LACDL, Conference
*Fourth Amendment Rights in the Electronic Era and the Intersection with Individuals Charged with Sex Crimes*

November 2024: Faculty Speaker
National Association of Criminal Defense Lawyers, NACDL, National Conference
*Fourth Amendment Rights in the Electronic Era and the Intersection with Individuals Charged with Sex Crimes*

April 2023: Faculty Speaker
National Association of Criminal Defense Lawyers, NACDL, National Conference
*Fourth Amendment Rights in the Electronic Era and the Intersection with Individuals Charged with Sex Crimes*

2015-2023: Speaker
Telemetry, Ephemeris, Beacon, and Analysis Community
*Digital Signal Forensic Techniques using Bit Buster Graphics*
International Bi-annual Conference (classified)