# Exhibit

# GG

**U.S. Department of Justice**

Office of Justice Programs

Office of the General Counsel

*Washington, D.C. 20531*

April 21, 2023

**VIA Electronic Mail**
bonnie.burkhardt@blueridge-sw.com

Bonnie Burkhardt
Blue Ridge Software Consulting
8402 Gambrill Lane
Springfield, VA 22153

Re: OJP FOIA No. 22-FOIA-00183

Dear Ms. Burkhardt:

This letter responds to your May 8, 2022, Freedom of Information Act/Privacy Act (FOIA/PA) request, which was received in the Office of Justice Programs (OJP), Office of the General Counsel (OGC), on May 9, 2022. A copy of your request is attached for your convenience.

Please be advised that a search has been conducted in the OJP, and three documents, consisting of 49 pages were located which are responsive to your request. After carefully reviewing the attached documents, OGC has determined that these documents are appropriate for release with some excisions made pursuant to Exemption (b)(7)(E) of the FOIA, 5 U.S.C. § 552. Exemption (b)(7)(E) provides protection to all law enforcement information that "would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law." Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions. This completes the processing of your request by OJP.

You may contact a member of our FOIA staff at (202) 307-6235, via e-mail at FOIAOJP@usdoj.gov, as well as our FOIA Public Liaison for any further assistance and to discuss any aspect of your request at:

US DOJ, Office of Justice Programs
Office of the General Counsel
810 7th Street, NW, Room 5400
Washington, D.C. 20531
Attn: FOIA

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information

Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with OJP's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 calendar days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Chandria Slaughter

Chandria L. Slaughter
Assistant General Counsel

Attachments