# Exhibit

# HH

ICAC Internet Crimes Against Children
Training & Technical Assistance Program

# Undercover Concepts and Techniques



## Bellevue, WA
## June 15-19, 2015

Fox Valley Technical College

OJJDP Office of Juvenile Justice and Delinquency Prevention

*This training is designed to provide you with information, tools, and skills that you can apply in your work. Not all of the material presented in this class may be applicable in your particular jurisdiction. Laws vary from one jurisdiction to another and both technology and laws are dynamic and ever-changing. Before implementing any aspect of this training, consult with your supervisor and local prosecutor. Always follow your agency's policy and guidance.*

*Printed and electronic material provided to you is intended to help you learn and apply the information presented. These materials are not intended to be all-inclusive or exhaustive. The use of specific investigative methodologies, hardware devices and software tools demonstrated in the training is not an endorsement by Fox Valley Technical College, OJJDP, OJP, or the USDOJ, nor a guarantee that their use is appropriate in all circumstances. Before using these tools, check with your supervisors and prosecutor's office, if applicable, to be sure they are valid and appropriate in your jurisdiction. Software and other material may be subject to copyright protection and may require licensing or permission before use.*

*The opinions expressed by presenters in their oral or written material are theirs alone, and do not necessarily represent those of Fox Valley Technical College, OJJDP, OJP, or the USDOJ.*

OJJDP

*This project is supported by Grant #2013-MC-FX-K104 awarded by the OJJDP, OJP, US DOJ.*

Fox Valley TECHNICAL COLLEGE

iCAC
Internet Crimes Against Children
Training & Technical Assistance Program

# ICAC Undercover Concepts and Techniques Training Program
## Bellevue, WA
## June 15-19, 2015


Table of Contents ........ 1
Class Agenda ........ 3
Instructor Biographies ........ 11

**Notes**

Lined paper ........ 15

**Handouts**

Backpage LE Guide ........ 21
Case Example ........ 23
Consent for Named LEO to Use Picture ........ 35
Consent to Search ........ 37
Helpful Communication Excerpts ........ 39
Hobbyist Boards ........ 41
Motherless MIRC Server – How to Connect ........ 43
MIRC 7.22 Setup and Tips ........ 45
Online Consent Adult ........ 49
Sample Subpoenas – Craigslist ........ 51
Sample Interrogation Questions ........ 55
Social Networking Searches – Quick Reference ........ 65
UC Operation Start Up Guide ........ 67
Undercover Evidence Documentation Checklist ........ 69
Undercover Persona – Sizing Chart ........ 71
Undercover Identity Worksheet ........ 73
Web Evidence Gathering – Quick Reference Sheet ........ 75

**General Handouts**

ICAC Operational and Investigative Standards ........ 79
Helpful Commands & Websites ........ 97
Free & Helpful Resources ........ 99

iCAC
Internet Crimes Against Children
Training & Technical Assistance Program

# ICAC Online Undercover Concepts and Techniques Training Program

Bellevue, WA
June 15-19, 2015

Day 1

| | |
|---|---|
| 8:00 am – 8:30 am | **Welcome & Overview** – *Mike Sullivan*<br>• Housekeeping items<br>• Websites (ICAC Task Force, ICACCOPS and NCJTC) Additionally, students will create an ICACCOPS account. Upon creation of the ICACCOPS user account students will be shown how to use ICACCOPS to deconflict IP addresses, screen names, email and the different type of investigative information available on ICACCOPS.<br>• Introductions |
| 8:30 am – 9:30 am | **ICAC Investigative Standards** – *Mike Sullivan*<br><br>During this module students will review the Internet Crimes Against Children (ICAC) Task Force Undercover Standards and Guidelines relevant to undercover investigations and digital evidence. Included in the review are issues surrounding entrapment statutes and transfer of evidence between law enforcement officials. |
| 9:30 am – 11:00 pm | **Online Tools in Online Ads Investigations** – *Tony Leonard*<br><br>Successful investigation and prosecution of ICAC investigations requires proper documentation of online investigative activities. In this module the student will learn principles, tools and techniques to document their online investigations and to organize the evidence they collect. In a hands-on environment, students will learn to use several tools and capture on-line information. These tools will be used throughout the course to build student proficiency in their use. |
| 11:00 am – 12:00 pm | **Callyo** – *Mike Sullivan*<br><br>During this block students will familiarize themselves with the use of the Callyo undercover recorded telephone calls. Students will utilize a training account to place, receive, monitor and record telephone conversations. |
| 12:00 pm- 1:00 pm | **Lunch (on own)** |

1:00 pm – 2:00 pm **Establishing an Undercover Identity - Child Personas** – *Robert Leazenby*

During this module, the focus will be establishing a child's undercover persona for proactive investigations. Select chat clients will be used to practice basic functions common to most chat programs. The discussion will include the issues involved with what evidence can be captured and produced as a result of their online activities and how to properly collect and store that evidence.

2:00 pm – 5:00 pm **Establishing an Undercover Identity - Adult Personas** – *Robert Leazenby*

During this module, the focus will be establishing an adult undercover persona for proactive investigations. Select chat clients will be used to practice basic functions common to most chat programs. The discussion will include the issues involved with what evidence can be captured and produced as a result of their online activities and how to properly collect and store that evidence.

**Day 2**

8:00 am – 8:30 am **Review** – *Robert Leazenby, Chris Meehan Tony Leonard and Mike Sullivan*

8:30 am – 9:30 am **Reading Email Headers and IP Look-up** – *Tony Leonard*

The investigation of on-line ads requires an understanding of email and how to trace email. This module will explain how email operates and how to read email headers so they can be traced to their source.

9:30 am – 10:30 pm **Online Resources for ICAC Investigations** – *Chris Meehan*
In this module, students will learn about and use various sites where "free" digital intelligence can be gathered on the web. Students will be provided with a listing of websites to utilize in their quest to uncover and identify their suspect.

10:30 pm – 12:00 pm **Investigating Online Ads** – *Robert Leazenby*

During this module students will learn about online ads using Craigslist to illustrate the principle. They will learn how Craigslist works and about different types of proactive investigations that can be initiated. The instruction will include methods of responding to suspicious ads and proactively placing ads. They will receive information about the utilities and forms needed to begin an investigation. students will see examples of actual Craigslist ads that have resulted in successful operations. The instruction will focus on what is a good, bad, or ambiguous ad. More importantly, students will see the importance not to miss out on initiating an investigation from an ambiguous ad. Students will also see a case study that shows how information from previous postings can strengthen their case. The module will also showcase advanced methods for identifying a suspect. Proactively placed ads by the investigator will also be discussed, along with ideas to evolve the undercover method of initiating exploitation investigations on Craigslist.

12:00 pm – 1:00 pm **Lunch (on own)**

1:00 pm – 3:00 pm **Investigating Online Ads (*continued*)**

3:00 pm – 4:00 pm **Undercover Investigations Lab** – *Mike Sullivan*

This module will allow the students to use the techniques learned in the class to locate a suspect and within a very short period of time elicit the suspect's personally identifying information. The students will participate in an exercise to get an online suspect to give them the suspect's true name, address, employment and phone number through online interaction.

4:00 pm – 5:00 pm **Overcoming Undercover Requests** – *Tony Leonard*

During the module investigative challenges and strategies will be discussed including:

- UC Voice Conversation – Parent, Child, Adult Persona
- UC Social Media – Issues & Comments
- UC Photographs – Issues & Comments

## Day 3

8:00 am – 8:30 am **Review** – *Robert Leazenby, Tony Leonard, Chris Meehan and Mike Sullivan*

8:30 am – 10:30 am **Overcoming Undercover Requests** ***(continued)***

10:30 am – 12:00 pm **Interview Strategies in Undercover Investigations** – *Robert Leazenby*

This module is designed to show students what evidence to look for and what questions to ask during an interview and/or interrogation following the analysis of evidence gathered during and after an investigation. We will discuss interview techniques and considerations, technology based interview questions and questions based on information gathered during an investigation. Technology facilitated crime scene issues will also be discussed, such as where the crime scene is, whether a warrant is needed or whether it is incidental to the arrest, and what items to take from the crime scene.

12:00 pm – 1:00 pm ***Lunch (on own)***

1:00 pm – 2:00 pm **Considerations for Scaleable UC Operations** – *Mike Sullivan*

During this module, students will learn how to coordinate, set-up, organize and successfully conduct an undercover operation. Considerations for large scale online undercover sting operations will also be discussed. These operations have many moving parts, but are scalable to fit each agency's size and needs. Discussions will also include selecting the undercover location, personnel, cost and partner agencies.

2:00 pm – 4:00 pm **Practical Exercise** – *Robert Leazenby, Tony Leonard, Chris Meehan*

4:00 pm – 5:00 pm **Video Audio Screen Capture Software** – *Chris Meehan*

During this block students will learn to use the software suite of Camtasia to conduct video captures of online sessions.

## Day 4

8:00 am – 8:30 am **Review** – *Tony Leonard, Chris Meehan and Mike Sullivan*

8:30 am – 9:00 am **ICACCOPS Gridcop/CPS** – *Mike Sullivan*

Participants will use the websites of ICACCOPS and Gridcop/CPS to deconflict investigations on a national level. The students will also learn how to use these databases to localize their investigations to their home jurisdiction by city, county or state.

9:00 am – 10:00 am **Takeover Account Issues** – *Chris Meehan*

During this module, students will be exposed to common issues encountered when taking over accounts.

10:00 am – 11:00 am **Android Emulator** – *Chris Meehan*

During this module students will install the Android emulator, Blue Stacks on their computer and then install the app KIK. Students will then chat and exchange files via the KIK app to learn how the app communicates and stores data.

11:00 am – 12:00 pm **Tor Browser and Tor Chat Client** – *Mike Sullivan*

Students will install the TOR browser to gain an understanding of how TOR browsing obfuscates the IP Address in use. The students will then install TOR Chat and use the program to chat and exchange files to understand where items of evidentiary value can be found.

12:00 pm – 1:00 pm Lunch (on own)

1:00 pm – 2:00 pm **EXIF Data** – *Tony Leonard*

During this module, students will learn how to check the exchange information (EXIF) data embedded in digital images. They will use the software program Irfanview to locate and display the EXIF associated to images they brought with them to the class. This block will also use Windows Explorer to exam and change the EXIF data.

2:00 pm – 3:00 pm **Encryption** – *Mike Sullivan*

Students will gain an understanding of the public-private key and symmetric key methods of encryption. They will use the software program BC Archive to create encrypted files and folders. Then decrypt the files to view the content. This module will also discuss the sending of contraband/evidence between law enforcement officials.

3:00 pm – 3:30 pm **TCP/IP Identification** – *Tony Leonard*

During this module students will learn how to locate the IP Address in use by subjects in chat clients or during chat sessions. This module will also use the command prompt to view internal and external IP Addresses.

3:30 pm – 4:00 pm **Basic Evidence Recovery** – *Mike Sullivan*

This module will demonstrate how data written to a drive can be deleted and then recovered. The students will use the RECUVA software to recover deleted data from an external drive.

4:00 pm – 5:00 pm **Motherless.com** – *Chris Meehan*

This module will look at the website Motherless.com as a source of information concerning online conduct and subject matter. Students will learn how to use the deconfliction sites to locate regionalized targets and then access Motherless.com to confirm geographical location.

**Day 5**

| | |
|---|---|
| 8:00 am – 8:30 am | **Review** – *Tony Leonard, Chris Meehan and Michael Sullivan* |
| 8:30 am – 11:30 am | **Paltalk.com Instructor Demo** – *Tony Leonard*<br><br>This block will examine how students can identify subjects seeking to sexually exploit children using Paltalk Chat to interact with children and adults. During this block, students will use undercover personas to engage these subjects in a conversation designed to document the subject's illegal activities. Students will also learn how to add a server to the list of IRC servers and move from one net of suspect to switch between chat rooms or create new chat rooms. |
| 11:30 am – 12:00 pm | **Mental Health** – *Chris Meehan*<br><br>During this module students will learn some of the best practices in use by ICAC's around the country to maintain a healthy work environment. They will also learn to recognize symptoms that may signal a need for a break from contact with child sexual exploitation materials. |
| 12:00 am – 1:00 pm | **Lunch (on own)** |
| 1:00 pm – 4:00 pm | **IRC Chat** – *Tony Leonard*<br><br>This block will examine how students can identify subjects seeking to sexually exploit children using Internet Relay Chat to interact with those children. During this block, students will use undercover personas to engage these subjects in a conversation designed to document the subject's illegal activities. Students will also learn how to add a server to the list of IRC servers and move from one net of suspect to another. |
| 4:00 pm – 4:30 pm | **Save Chat and Online Ads Evidence to Folder Structure** – *Tony Leonard and Chris Meehan*<br><br>In this module we will show the students methods for saving to files in a structure for effective use as evidence. |
| 4:30 pm – 5:00 pm | **Closing, Certifications and Evaluations** – *Tony Leonard, Chris Meehan, and Mike Sullivan* |

**ROBERT LEAZENBY**
**SPECIAL AGENT**
**WYOMING DIVISION OF CRIMINAL INVESTIGATION**
**316 W. 22ND STREET**
**CHEYENNE, WY 82002**
**(307) 777-6700**
**(307) 777-7252 FAX**
**rleazenby@mac.com**

Robert Leazenby is assigned to the Computer Crime team within the Wyoming Division of Criminal Investigation, which is a member of the Internet Crimes Against Children (ICAC) task force. His duties primarily involve the investigation of child exploitation crimes on state and federal levels. Robert conducts proactive undercover operations and is trained in the current methods of forensic procedures.

Robert is versed in the computer programming languages of C++, Visual Basic 6, Visual Basic.net, and Real Basic. He has assisted in the development of programs to enhance software packages used throughout the ICAC community. He provides instruction as well as technical assistance in support of these packages. In addition, he lectures and provides instruction to numerous law enforcement and prosecutorial groups on the methods and mission of the Wyoming ICAC.

Prior to his current assignment, Robert investigated state and federal drug crimes and has worked in uniformed patrol on a local and state level. Robert was initially trained in electronics and its technical application, courtesy of the United States Marine Corps.

**ANTHONY LEONARD**
**CAPTAIN**
**SMYRNA POLICE DEPARTMENT**
**2646 ATLANTA ROAD**
**SMYRNA, GA 30080**
**(678) 631-5184**
**(770) 431-2870 FAX**
**tleonard@ci.smyrna.ga.us**

Anthony Leonard has served with the Smyrna Police Department since 1995, where he currently commands the Criminal Investigations Division. Capt. Leonard formed the Smyrna Police Department's Computer Crimes Unit, which he also supervises. He is responsible for overseeing the investigation of all the agency's ICAC cases, computer forensic examinations, and investigations into computer-related crimes. He began working ICAC cases in 2006, and has investigated numerous cases consisting primarily of peer-to-peer investigations and undercover chat investigations.

Since 1998, Tony has served as a part-time instructor at the North Central Georgia Law Enforcement Academy, conducting over 1,500 hours of classroom and hands-on training. He is a Georgia POST-certified Senior Instructor. Tony has also served as a guest lecturer at Kennesaw State University.

**CHRISTOPHER MEEHAN**
**SERGEANT**
**COLLIN COUNTY SHERIFF'S OFFICE**
**2205 LOS RIOS BLVD**
**PLANO, TX 75074**
**(972) 633-6753**

Sergeant Chris Meehan has 24 years of experience in law enforcement in Texas. He is currently in the Investigations Unit at the Collin County Sheriff's Office, where he is assigned to the Internet Crimes Against Children (ICAC) Task Force. His primary duties now include working undercover online as a minor and investigating online solicitation of minor cases. Sgt. Meehan has received extensive training in the field of child physical and sexual abuse as well as the use of the Internet by sexual predators to seduce, entice and gain access to children for the purposes of sexual exploitation.

Sgt. Meehan is deputized as a Federal Agent with the United States Secret Service Electronic Crimes Task Force, and is certified as a Computer Forensics Examiner. Sgt. Meehan is certified as an expert in State and Federal Courts in regards to computer forensics and on investigating Internet Crimes Against Children. He also trains across the Country on Internet safety and investigating online crimes targeting children.

Sgt. Meehan has won several awards, including: Directors Award for Law Enforcement 2009 from Oklahoma State Bureau of Investigations; Law Enforcement Commendation Medal 2010 from National Society Sons of the American Revolution.

Sgt. Meehan holds a Master Peace Officer license with the State of Texas.

**MICHAEL SULLIVAN**
**DEPUTY BUREAU CHIEF**
**ILLINOIS ATTORNEY GENERAL'S OFFICE**
**100 W. RANDOLPH**
**CHICAGO, IL 60601**
**(312) 814-3505**
**(312) 814-8283**
**misullivan@atg.state.il.us**

Deputy Chief Sullivan is a thirty-year veteran of law enforcement and holds a Bachelor's Degree in Law Enforcement Administration from Western Illinois University. He currently is assigned as the Deputy Chief of the Investigations Division for the Illinois Attorney General's Office and the Internet Crimes Aagainst Children Task Force Commander.

Deputy Chief Sullivan served as a member of State and Federal Narcotic Task Forces, working in an undercover capacity. Deputy Chief Sullivan was a member of the DuPage County Illinois Major Crimes Task Force and was responsible for the data entry and leads collection for major cases involving the Task Force. He is a member of the ICAC Advisory Board, and the Co-Chair of the ICAC Emerging Technology Group.

Deputy Chief Sullivan has been a member of the teaching faculty at North East Multi-Regional Training, The College of DuPage, The Suburban Law Enforcement Academy, and for the Fox Valley Technical College/OJJDP. Deputy Chief Sullivan has also been a guest lecturer for Assistant United States Attorneys at the Department Of Justice, Office of Legal Education Training Center in Columbia South Carolina, Governors State University, Prairie State College and the Federal Law Enforcement Training Center in Glyco Georgia. Deputy Chief Sullivan is the author of two books, *Safety Monitor* and *Online Predators*, which focus on the use of computers to victimize children.

Deputy Chief Sullivan's investigative techniques have resulted in the arrest and prosecution of numerous predators of children. As the task force commander of the Internet Crimes against Children task force he has created training classes for the investigation of child exploitation and delivered that training to local, state and federal law enforcement officers and prosecutors. He is the co-creator of the SAFEKIDS program in conjunction with the Microsoft Corporation, which is a course of instruction for children from the 4th to 5th grade on the dangers of the Internet. The program uses a workbook, lecture and a fully narrated slide presentation to give children the skills to deal with predators on the Internet. In the creation of the slide presentation, nationally known news reporters from ABC and NBC News loaned their voices to the characters in the presentation. Deputy Chief Sullivan has received numerous awards for his work including the Medal of Valor, the Meritorious Service Medal, and The Illinois Bar Association's Law Enforcement Official of the Year.

# Course Handouts

iCAC
Internet Crimes Against Children
Training & Technical Assistance Program

# ICAC UC Concepts and Techniques Training Program

*Course Handouts*

- Backpage LE Guide
- Case Example
- Consent for Named LEO to Use Picture
- Consent to Search
- Helpful Communication Excerpts
- Hobbyist Boards
- Motherless MIRC Server – How to Connect
- MIRC 7.22 Setup and Tips
- Online Consent Adult
- Sample Subpoenas – Craigslist
- Sample Interrogation Questions
- Social Networking Searches – Quick Reference
- UC Operation Start Up Guide
- Undercover Evidence Documentation Checklist
- Undercover Persona - Sizing Chart
- Undercover Identity Worksheet
- Web Evidence Gathering - Quick Reference Sheet



CONFIDENTIAL: FOR LAW ENFORCEMENT USE ONLY

# LAW ENFORCEMENT GUIDE

*Backpage.com* is committed to making our site safer for our users and our community. We are focused on improving the safety and security of the site and on blocking those users intent on committing illegal activity through the site.

*Backpage.com* will accept electronic service of out-of-state subpoenas and search warrants as it allows us to expedite the return. We respect the terms of the Stored Communications Act, 18 U.S.C. §§ 2701, et seq.

FOR SUBPOENAS, WARRANTS, AND COURT ORDERS:

Backpage.com, LLC
Subpoena Compliance/Law Enforcement Support
2501 Oak Lawn Ave., Suite 700
Dallas, TX 75219

Fax: 214-757-8548
Email: records@backpage.com

FOR QUESTIONS:

Email us 24/7/365 at the email address below:
records@backpage.com

For telephone contact, between 8 am and 5 pm local Central/Standard time:
214-757-8574 or 214-757-8578

backpage.com

CONFIDENTIAL - FOR LAW ENFORCEMENT USE ONLY

# FREQUENTLY ASKED QUESTIONS

1. *What information will be included in the return?*

   We can provide the following information for each post requested:
   - a copy of the ad
   - a 4 color PDF for electronic documents
   - all invoices associated with that ad
   - IP addresses used to post along with the time, date, and time zone
   - user's email address

2. *What information is needed to research an ad?*

   We need at least one of the following to locate a posting:
   - post ID number and city (e.g. 12253807 Dallas)
   - the email address used to post
   - the phone number listed in the ad

   In all cases, please include the city the ad appeared in if possible.
   If the subpoena is the result of a report from NCMEC, please include the Cyber Tip number in the subpoena.

3. *How long do you store ads?*

   Most ads are stored for six (6) months after expiration. Some postings are archived for up to two (2) years.

4. *How quickly can I expect to have my subpoena processed?*

   Subpoenas are generally processed within 5-7 business days. If you have a subpoena involving possible child exploitation, please let us know at records@backpage.com and we will expedite your request.

5. *When is the IP address stored for an ad?*

   We capture the IP address, time, date, and time zone when the ad is first created and on any subsequent renewals. We do not capture the IP address when an ad is edited.

*Please send any suggestions on how we can improve subpoena processing or quality of information furnished to records@backpage.com.*

backpage.com

From October 10th-17th 2011 Special Agent (SA) Mike Duffey was participating in an undercover operation in Tallahassee, FL. The operation named "Tallyop" was a joint operation involving police officers from multiple law enforcement agencies in Florida including the Tallahassee Police Department. During this operation officers posted to various social media sites, which resulted in the posting being answered via email by the individuals who had viewed the posting.

On October 12th 2011 at 5:32pm EDT Tallahassee Police Department Investigator Sonya Bush posted to the Craigslist-Tallahassee-Personals-Casual Encounters section of Craigslist using the following undercover email account sarahp1871@gmail.com.

The posting stated the following in the subject line:
"mom needing help with daughter- w4m-40 (tally)".

Below the posting is in the body of the posting was the following.
"single mom needs help from a discreet man to help teach daughter,,,no games please"
Posting ID 2646542078. A screen capture of this posting was captured by Investigator Bush upon making the post along with the unique posting ID number list above.

A copy of this posting will be maintained electronically

On October 12th 2011 at 6:13pm Investigator Bush began to receive emails to her undercover account sarahp1871@gmail.com, regarding the craigslist posting. The emails were from "trusmaniac@gmail.com- Jason Harrell". This individual was later identified as Jason Jarrell.

The following are the emails both send a received between Investigator Bush's undercover email account and the suspect Jason Jarrell using the email trusmaniac@gmail.com.

**From: Jason Harrell trusmaniac@gmail.com**
**Wed, Oct 12, 2011 at 6:13 PM**
To: "pers-mhjxf-2646542078@craigslist.org" <pers-mhjxf-2646542078@craigslist.org>
Hey there I am willing to help you with this and can be very discreet. I would like you to respond with something first just so I know you are real. No games just reply and we can go from there. --

Sent from Sent from my iPhone

**From: Sarah Peterson sarahp1871@gmail.com**
**Wed, Oct 12, 2011 at 6:22 PM**
To: Jason Harrell <trusmaniac@gmail.com>
This is a pic of me...my daughter looks like me,,only alot younger and thinner. I wont put any pics out there of her until I am comfortable they are in safe hands...
**sarah.jpg**. 369K
* The photo send to Jarrell was a undercover photo of Investigator Bush and was of her as an adult. This photo will also be attached as a related item.

**From: Jason Harrell trusmaniac@gmail.com**
**Wed, Oct 12, 2011 at 7:32pm**
To: Sarah Peterson <sarahp1871@gmail.com>
When do you want to meet up?
Sent from my iPhone

**From: Jason Harrell trusmaniac@gmail.com**
**Wed, Oct 12, 2011 at 8:19pm**
To: Sarah Peterson <sarahp1871@gmail.com>
Hey just want to see if you got my email.
Sent from my iPhone

From: **Sarah Peterson sarahp1871@gmail.com**
**Wed, Oct 12, 2011 at 8:36pm**
To: Jason Harrell <trusmaniac@gmail.com>
Id like to chat a little more before we meet and make sure you are the right man for her

**From: Jason Harrell trusmaniac@gmail.com**
**Wed, Oct 12, 2011 at 8:40pm**
To: Sarah Peterson <sarahp1871@gmail.com>
That's fine. What would you like to know? I'm about 5 10 175. I'm 31 with brown hair and eyes.
Sent from my iPhone

**From: Sarah Peterson <sarahp1871@gmail.com**
**Wed, Oct 12, 2011 at 8:47pm**
To: Jason Harrell <trusmaniac@gmail.com>
r u cool with teaching young girls

**From: Jason Harrell <trusmaniac@gmail.com**
**Wed, Oct 12, 2011 at 8:51pm**
To: Sarah Peterson <sarahp1871@gmail.com>
As long as she is willing to listen and learn yes. How old?
Sent from my iPhone

**From: Jason Harrell <trusmaniac@gmail.com**
**Wed, Oct, 12 2011 at 9:02pm**
To: Sarah Peterson sarahp1871@gmail.com
I'm not judging or anything I'm just curious.
Sent from my iPhone

**From: Jason Harrell <trusmaniac@gmail.com**
**Wed, Oct 12, 2011 at 9:24pm**
To: Sarah Peterson <sarahp1871@gmail.com
Are you getting my emails?
Sent from my iPhone

The last email between Investigator Bush and suspect Jarrell was at 9:24pm. After this no further emails were sent or received on October 12th 2011.

A copy of the emails will be maintained in related items.

From October 10th-17th 2011 Special Agent (SA) Mike Duffey was participating in an undercover operation in Tallahassee, FL. The operation named "Tallyop" was a joint operation involving police officers from multiple law enforcement agencies in Florida including the Tallahassee Police Department. During this operation officers posted to various social media sites, which resulted in the posting being answered via email by the individuals who had viewed the posting.

On October 13th 2011 Investigator Bush began receiving emails from Jason Jarrell using the email "trusmaniac@gmail.com". The following is the emails that were exchanged between Jarrell and Investigator Bush who was using the undercover email sarahp1871@gmail.com.

The following is the emails exchanged:

From: Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 1:27 PM
To: Sarah Peterson <sarahp1871@gmail.com
What do you think?
Sent from my iPhone

From: Sarah Peterson <sarahp1871@gmail.com
Thu, Oct 13, 2011 at 2:53 PM
To: Jason Harrell <trusmaniac@gmail.com
hi,,,sorry,,crashed last night,,,just stopping by the house to pick up my phone charger,,,i'll be back around 430today if you wanna chat

From: Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 2:53 PM
To: Sarah Peterson <sarahp1871@gmail.com
Yeh that sounds good. I got to work tonight but should be able to chat a little.
Sent from my iPhone

From: Sarah Peterson <sarahp1871@gmail.com
Thu, Oct 13, 2011 at 4:17 PM
To: Jason Harrell <trusmaniac@gmail.com
how late do you work

From: Jason Harrell trusmaniac@gmail.com
Thu, Oct 13, 2011 at 7:15 PM
To: Sarah Peterson <sarahp1871@gmail.com
I get out at like 10 and I have something I gotta do but it won't take long. Did you want to meet?
Sent from my iPhone

From: Sarah Peterson sarahp1871@gmail.com
Thu, Oct 13, 2011 at 8:19 PM
To: Jason Harrell <trusmaniac@gmail.com
Alex will be 13 on Monday,,,are you cool with her age,,,I understand if you are not

From: Jason Harrell trusmaniac@gmail.com
Thu, Oct 13, 2011 at 8:24 PM

To: Sarah Peterson <sarahp1871@gmail.com
What exactly are you trying to teach her?
Sent from my iPhone

From: Sarah Peterson sarahp1871@gmail.com
Thu, Oct 13, 2011 at 8:28 PM
To: Jason Harrell <trusmaniac@gmail.com
relationships between women and men

From: Jason Harrell trusmaniac@gmail.com
Thu, Oct 13, 2011 at 8:31 PM
To: Sarah Peterson <sarahp1871@gmail.com
Can you send me a pic of both of you and I'll come over then we can talk
Sent from my iPhone

From: Jason Harrell trusmaniac@gmail.com
Thu, Oct 13, 2011 at 8:47 PM
To: Sarah Peterson <sarahp1871@gmail.com
Sorry if it seems like I'm being pushy. I'm just curious. I promise I won't share the picture
I'll even delete it in front of you when we meet.
Sent from my iPhone

From: Jason Harrell trusmaniac@gmail.com
Thu, Oct 13, 2011 at 8:59 PM
To: Sarah Peterson <sarahp1871@gmail.com
I understand if you have reservations.
Sent from my iPhone

From: Sarah Peterson sarahp1871@gmail.com
Thu, Oct 13, 2011 at 9:15 PM
To: Jason Harrell <trusmaniac@gmail.com
i will send a pic of me,,,not gonna give out Alex's until I know you are right for us,,,,she looks like me only a lot younger and thinner
sarah.jpg 369K
* sent was the same photo that was sent on October 12th 2011 to Jarrell. The photo contained a undercover photo of Investigator Bush as an adult.

From: Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 9:19 PM
To: Sarah Peterson <sarahp1871@gmail.com
That's fine. Do you want to meet tonight?
Sent from my iPhone

From: Sarah Peterson <sarahp1871@gmail.com
Thu, Oct 13, 2011 at 9:20 PM
To: Jason Harrell <trusmaniac@gmail.com
i don't want to meet until i know what your intentions are and that you are safe

From: Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 9:30 PM
To: Sarah Peterson <sarahp1871@gmail.com
Ok. My intentions are just to help you do what you said. Not sure what I can do for other.
Sent from my iPhone

From: Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 9:32 PM
To: Sarah Peterson <sarahp1871@gmail.com>
Are you a police officer or In any way related to law enforcement?
Sent from my iPhone

From: Sarah Peterson sarahp1871@gmail.com
Thu, Oct 13, 2011 at 9:34 PM
To: Jason Harrell <trusmaniac@gmail.com
no I am not law enforcement,,,my uncle was a game warden down in Palatka years ago,,only one i'm related too

From: Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 9:36 PM
To: Sarah Peterson <sarahp1871@gmail.com
I just meant like federal agency or other government officer.
Sent from my iPhone

From: Sarah Peterson <sarahp1871@gmail.com
Thu, Oct 13, 2011 at 9:39 PM
To: Jason Harrell <trusmaniac@gmail.com
ok are we on the same sheet of music??? are you talking about tudoring or are you talking about sex?

From: Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 9:41 PM
To: Sarah Peterson <sarahp1871@gmail.com
I don't really want to say on here. I'm not a tutor though
Sent from my iPhone

From: Sarah Peterson <sarahp1871@gmail.com
Thu, Oct 13, 2011 at 9:48 PM
To: Jason Harrell <trusmaniac@gmail.com
ok,,,well do you want to talk on the phone?

From:Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 9:50 PM
To: Sarah Peterson <sarahp1871@gmail.com>
That'd be fine. 850 819 8300. Just give me like 15 min before you call
Sent from my iPhone

From: Sarah Peterson <sarahp1871@gmail.com
Thu, Oct 13, 2011 at 9:51 PM

To: Jason Harrell <trusmaniac@gmail.com
no prob

From:Sarah Peterson <sarahp1871@gmail.com
Thu, Oct 13, 2011 at 10:19 PM
To: Jason Harrell <trusmaniac@gmail.com
hey,,i had to take my phone out to the car to charge,,,wont charge on my wall charger for some reason,,,wont take long and ill call

From: Jason Harrell <trusmaniac@gmail.com
Thu, Oct 13, 2011 at 10:22 PM
To: Sarah Peterson <sarahp1871@gmail.com
Sounds good
Sent from my iPhone

At 10:22pm on October 13th 2011 the last email was exchanged. No further emails were exchanged or conversations had. A copy of the emails between Jarrell and Inv Bush will be maintained in related items.

From October 10th-17th 2011 Special Agent (SA) Mike Duffey was participating in an undercover operation in Tallahassee, FL. The operation named "Tallyop" was a joint operation involving police officers from multiple law enforcement agencies in Florida including the Tallahassee Police Department. During this operation officers posted to various social media sites, which resulted in the posting being answered via email by the individuals who had viewed the posting.

On October 14th 2011 FDLE Special Agent (SA) Mike Duffey continued talking with Jarrell using Investigator Bush's email (sarahp1871@gmail.com) due to Investigator Bush being out sick. SA Duffey began receiving emails from Jason Jarrell using the email "trusmaniac@gmail.com". The following is the emails that were exchanged between Jarrell and Investigator Bush who was using the undercover email sarahp1871@gmail.com.

The following is the emails exchanged between SA Duffey and Jarrell:

**From:Jason Harrell <trusmaniac@gmail.com**
**Fri, Oct 14, 2011 at 7:04 PM**
To: Sarah Peterson <sarahp1871@gmail.com
Hey
Sent from my iPhone

**From: sarah peterson <sarahp1871@gmail.com**
**Fri, Oct 14, 2011 at 11:34 PM**
To: Jason Harrell <trusmaniac@gmail.com
Yes

**From: Jason Harrell trusmaniac@gmail.com**
**Fri, Oct 14, 2011 at 11:53 PM**
To: sarah peterson <sarahp1871@gmail.com
You were gonna call last night?
Sent from my iPhone

**From: sarah peterson <sarahp1871@gmail.com**
**Fri, Oct 14, 2011 at 11:56 PM**
To: Jason Harrell <trusmaniac@gmail.com>
Sorry I figured you were not real..... I'm not into playing games.

At 11:56pm on October 14th 2011 the last email was exchanged. No further emails were exchanged or conversations had. A copy of the emails between Jarrell and SA Duffey will be maintained in related items.

From October 10th-17th 2011 Special Agent (SA) Mike Duffey was participating in an undercover operation in Tallahassee, FL. The operation named "Tallyop" was a joint operation involving police officers from multiple law enforcement agencies in Florida including the Tallahassee Police Department. During this operation officers posted to various social media sites, which resulted in the posting being answered via email by the individuals who had viewed the posting.

On October 15th 2011 FDLE Special Agent (SA) Mike Duffey continued talking with Jarrell using Investigator Bush's email (sarahp1871@gmail.com) due to Investigator Bush being out sick. SA Duffey began receiving emails from Jason Jarrell using the email "trusmaniac@gmail.com". The following is the emails that were exchanged between Jarrell and Investigator Bush who was using the undercover email sarahp1871@gmail.com.

The following is the emails exchanged between SA Duffey and Jarrell:

**From: Jason Harrell <trusmaniac@gmail.com**
**Sat, Oct 15, 2011 at 12:10 AM**
To: sarah peterson <sarahp1871@gmail.com>
Not sure what you mean. Would just rather talk on phone or in person than on here.
Sent from my iPhone

**From: sarah peterson sarahp1871@gmail.com**
**Sat, Oct 15, 2011 at 12:19 AM**
To: Jason Harrell <trusmaniac@gmail.com>
Ok before we talk a few things - Are you in Tallahassee & DD Free? We not looking for anything with a long term.
We are home tonight and are free to call

**From: Jason Harrell trusmaniac@gmail.com**
**Sat, Oct 15, 2011 at 12:34 AM**
To: sarah peterson <sarahp1871@gmail.com
I am in tally and ddf. It's too late tonight but tomorrow night or the next might work. Short term is also fine.
Sent from my iPhone

**From: sarah peterson sarahp1871@gmail.com**
**Sat, Oct 15, 2011 at 3:39 PM**
To: Jason Harrell <trusmaniac@gmail.com>
Tonight is good for us. Tomorrow might be busy working on a school project. when can we talk about tonight? I need to discuss a few things I can't risk having a pregnant daughter or an STD.
What do you look like ? and how old are you?

**From: Jason Harrell <trusmaniac@gmail.com**
**Sat, Oct 15, 2011 at 4:31 PM**
To: sarah peterson <sarahp1871@gmail.com
I am disease free 31 about 5 10 brown hair average build.
Sent from my iPhone

**From: sarah peterson <sarahp1871@gmail.com**
**Sat, Oct 15, 2011 at 4:35 PM**
To: Jason Harrell <trusmaniac@gmail.com>
Want me to call you? so we can talk? or you not interested

**From: Jason Harrell <trusmaniac@gmail.com**
**Sat, Oct 15, 2011 at 4:39 PM**
To: sarah peterson <sarahp1871@gmail.com
I'm at work right now so I can't talk until I get off.
Sent from my iPhone

**From: Jason Harrell <trusmaniac@gmail.com>**
**Sat, Oct 15, 2011 at 6:32 PM**
To: sarah peterson sarahp1871@gmail.com
If you call now I may be able to talk for a few minutes assuming I don't get something to do.
Sent from my iPhone

**From: sarah peterson sarahp1871@gmail.com**
**Sat, Oct 15, 2011 at 6:57 PM**
To: Jason Harrell <trusmaniac@gmail.com>
Sorry I had the Refrigerator repair man. woke up this morning and it what blowing hot air. !!! Fixed and working ... what kind of work do you do?

**From:Jason Harrell <trusmaniac@gmail.com**
**Sat, Oct 15, 2011 at 6:59 PM**
To: sarah peterson <sarahp1871@gmail.com>
I make sushi
Sent from my iPhone

**From: sarah peterson <sarahp1871@gmail.com**
**Sat, Oct 15, 2011 at 7:03 PM**
To: Jason Harrell <trusmaniac@gmail.com>
Really !!! haaha my daughter lovs sushi :-)
we will be here all night - No plans

**From: Jason Harrell <trusmaniac@gmail.com**
**Sat, Oct 15, 2011 at 7:04 PM**
To: sarah peterson sarahp1871@gmail.com
Well you could come eat if you want
Sent from my iPhone

**From: sarah peterson <sarahp1871@gmail.com**
**Sat, Oct 15, 2011 at 7:08 PM**
To: Jason Harrell <trusmaniac@gmail.com>
Thanks but I made lasagna. Let me know when to give you a shout.

**From: Jason Harrell <trusmaniac@gmail.com**
**Sat, Oct 15, 2011 at 7:13 PM**
To: sarah peterson <sarahp1871@gmail.com
Ok will do
Sent from my iPhone

**From: sarah peterson <sarahp1871@gmail.com**
**Sat, Oct 15, 2011 at 7:20 PM**
To: Jason Harrell <trusmaniac@gmail.com
are you still interested in the non- tutoring tonight ? if not we will move on with someone else.

**From: Jason Harrell <trusmaniac@gmail.com**
**Sat, Oct 15, 2011 at 8:22 PM**
To: sarah peterson <sarahp1871@gmail.com>
Go ahead and call me
Sent from my iPhone

On October 15th 2011 at 8:47pm an undercover phone call was made to Jarrell's cell phone (850) 819-8300 from undercover phone number (850) 637-8731 by SA Duffey and Tallahassee Police Department Investigator Laura Gereg. The entire phone conversation was audio recorded. During the controlled phone call Inv Gereg, using the undercover name of Sarah began a conversation with Jason. Jason said he worked at Circi Suhi on Mahan until about 10pm, Jason asked Sarah if they wanted to still meet up after he got off work. Sarah told Jason there had to be rules if this was going to happen. Sarah told Jason he had to be genital with her, Jason said that wouldn't be a problem.

Jason said he would be able to bring protection. They both agreed that it was easier to talk on the phone verses in email. When asked by Sarah what they were going to do once he came over Jason asked if this was something the daughter wanted to do. He was told that "yes" it was and after talking with the daughter they decided to do it with way. Jason said that was one of his concerns was that the daughter wanted to do it. Jason was told the daughter needed to know what to tell her daughter to expect but Sara would not be in the room but would be close incase something went wrong.

Jason said he was not going to do anything that the daughter was not comfortable with. If the daughter was ok then he would go from there. To prepare her for the experience he would start with talking with her. They both agreed they were talking about sex with the daughter. Jason said would start with touching her legs and then go from there as long as she was comfortable. Jason said most likely he would use his hand first and then rub her boobs and vagina or whatever the daughter was comfortable with at that time. Jason was again told the daughter was only 13. As the conversation was continuing Jason was asked if he planed on doing oral sex on the daughter. Jason said normally he doesn't do oral but he would go ahead and do oral. Mostly Jason just wanted to be sure the daughter was comfortable with whatever Jason ended up doing.

Before ending the conversation Jason said he would text Sara when he was about to leave work. After 15:32 seconds the controlled telephone conversation was ended. A copy of this audio recording will be maintained in the case file.

At approximately 9:46pm on October 15th 2011 SA Duffey began received a text message from suspect Jason Jarrell. The text message was sent from Jarrell's cell phone (850) 819-8300 and received by Investigator Bush's undercover phone number (850) 637-8731. These text messages continued until the point in which Jarrell arrived at the front door of the undercover residence. The following is the text messages in the order in which they occurred.

10/15/11 09:46:42 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN About to leave
10/15/11 09:58:03 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT ok - whats your plan
10/15/11 09:58:32 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN Do you want to meet somewhere then j follow you or you want me to just come there
10/15/11 10:02:40 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT you can come straight here
10/15/11 10:03:28 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN What's address
10/15/11 10:14:34 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT come to circle k on shamrock, txt me from there so i know ur serious....i will get u here
10/15/11 10:14:56 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN Ok
10/15/11 10:17:32 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN Will prob take me 15 min

10/15/11 10:18:54 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT alright, talk 2 u then
10/15/11 10:37:34 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN Ok I'm the gas station
10/15/11 10:38:24 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT alright, we r at 3616 Suffolk Drive....u got GPS?
10/15/11 10:38:51 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT shit, typo 3717 Suffolk dr, lol
10/15/11 10:40:11 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN Yeh I got gps
10/15/11 10:40:37 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT alright, c u in about 5 mins then
10/15/11 10:50:10 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT where r u? r u lost
10/15/11 10:51:02 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN Just a couple wrong turns almost there
10/15/11 10:51:20 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT ok....makn sure, lol
10/15/11 10:54:09 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN Will you step outside
10/15/11 10:54:34 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS OUT u here?
10/15/11 10:54:54 PM EDT Sonya Bush 850-637-8731 850-819-8300 SMS IN Yeh

At approximately

# Florida Department of Law Enforcement
## Consent to Use Picture

*To ensure that you,___________________, understand the consent form, I first must read it to you and answer any questions you might have. Then, you will be given the option to freely and voluntarily sign and date the form.*

*The information that will be collected is confidential. Only agents of the Florida Department of Law Enforcement (FDLE) can view and chart the use of your picture(s). You will be kept apprised of how your picture(s) will be / is used in any and all undercover activity and investigation.*

*Notwithstanding the confidential nature of the use of your picture(s), the defense attorney in each case will learn how your picture was used and will receive copies of it.*

I, _________________________, knowingly and voluntarily consent to the use of the attached picture(s) of myself in an undercover capacity for the investigation of the alleged sexual exploitation of children. I hereby authorize Mike Duffey to use my picture(s) in an undercover operation by:

- ☐ sending it through United States mail
- ☐ scanning it and transmitting it via electronic mail
- ☐ posting it to an undercover online profile, to wit: any pertinent general website.
- ☐ posting it to an undercover Web page, to wit: any pertinent general webpage.

In signing this consent form, I fully understand and appreciate the following considerations:

- My picture(s) (in its/their intact form) will be used for undercover investigations.
- My picture(s) might be downloaded by anyone anywhere at any time, copied by them, and redistributed by them to anyone anywhere at any time.
- Those outside law enforcement who download or receive a copy of my picture(s) might morph and/or distort my picture(s), such changes could be pornographic in nature, and any such changed images also might be downloaded by anyone anywhere at any time, copied by them, and redistributed by them to anyone anywhere at any time.
- No one ever will be capable of retrieving all of the copies made of my picture(s).
- I might be summonsed to court regarding investigations involving the use of my picture(s). I will do all that is practicable to make myself available for these court appearances.
- Pursuant to any lawful court order, my voice might be recorded to assist in an investigation involving the use of my picture(s). I will do all that is practicable to cooperate in obtaining such court orders.
- I will not seek any causes of action, suits, injuries, damages or demands of whatever nature against the Florida Department of Law Enforcement, and the ICAC Task Force, arising from the use of my pictures.

- I hereby waive all claims whatsoever I may have in the future against agents of the Florida Department of Law Enforcement arising from online use of my picture(s) in an investigative capacity.
- When I wish to terminate or withdraw my consent, I must give Chad Hoffman an oral and written notice of said termination/withdrawal.
- If any member of law enforcement other than the FDLE uses my picture(s) for any reason, I can seek any causes of action, suits, injuries, damages or demands of whatever nature against that person and/or his/her employer.

I hereby release and hold harmless Florida Department of Law Enforcement, its agents, attorneys, and other employees, from any and all liability, causes of action, suits, injuries, damages or demands of whatever nature arising out of Mike Duffey's use of my picture in an online investigative capacity. In addition, by executing this consent agreement, I agree to waive all claims whatsoever I may have in the future against the Florida Department of Law Enforcement.

I give my consent freely and voluntarily without fear, threat, or promise of any kind. I understand and acknowledge that I have an absolute right to refuse to give my consent prior to signing, and I hereby voluntarily waive this right.
***Please return the attached and completed form, even if you have chosen not to consent.**

This consent is given by me this ______ day of __________, 2013, at ________AM/PM.

Consenting Person: ------------------------------ Signature: ----------------------------
Address: ____________________________
____________________________

Investigator: ------------------------------------ Signature: ----------------------------
Address: ____________________________

Witness: ------------------------------ Signature: ----------------------------
Address: ____________________________
____________________________

# FDLE

## CONSENT TO SEARCH

## COMPUTER(S), COMPUTER PERIPHERALS, & RELATED MEDIA

I, ______________________________, do hereby authorize and give my permission to ______________________________, who has identified himself/herself to me as a sworn federal or state law enforcement officer, with the necessary assistance of a ______________ computer forensic examiner, to make a full and complete search of my computer(s), computer peripherals and related media located at: ______________________________.

I have been advised by the above law enforcement officer that law enforcement officers are engaged in an investigation concerning an alleged violation of federal and/or state laws pertaining to Internet crimes against children, including child pornography. I do further authorize and give permission to take from my ______________, located at ______________________________, any computer(s), computer peripherals and related media which may have or might have connection, value or relevance as evidence in said investigation.

The above law enforcement officer has fully and fairly advised me of my rights as follows:

> That I have a right to refuse consent to this search of my property.
>
> That I have a right to consult with an attorney or any other person of my choice prior to giving this consent and permission to search the above described property.
>
> That any computer(s), computer peripherals and related media found by said officers in the course of their search can be used as evidence against me or others in a court of law.

I fully understand and appreciate these rights and wish that it be specifically understood that I am hereby giving consent and permission to conduct the search of the computer(s), related peripherals and related media solely because of my desire to freely and voluntarily cooperate and assist in this investigation. I have not been promised anything or been threatened or coerced in any way; nor has any inducement of any kind been held out to me in return for this consent and permission to search.

**Signed:** ______________________ **Witness:** ______________________

**Date / Time:** ______________________ **Witness:** ______________________

**Location:** ______________________________________________

## Sample Communication Excerpts
## Typical Introductions

- Wat up,,,just saw ur post. U down 2 kick it wit sum1 a lot younger? :)
- Ohhhh snap,,,wat up boy. Down 2 kick it wit sum1 alot younger?
- Hi. Saw ur post. Interested in sum1 younger?

### Introductions if Subject Included a Photo in Ad

- Diz-am!!! Props 4 keepin it real,,,down to kick it wit sum1 alot younger?
- Is that really u in that pic?? Im prolly way 2 young but wanted to give u props

### Introduction While Feigning No Expectations of Reply from Subject

- Hey saw ur post and wanted to give u props,,,im wayyyy to young but still wanted to say hi :) byeeeee
- Honstly I just wanted to say hi and give u props for a hella legit ad,,,im prolly 2 young but still wanted to at least say props 4 keepin it reals

### Themes to Reinforce You're a Juvenile

- It hella sux bein in 8th grade,,,cant wait til I get 2 high school
- I can prolly sneek out when my mom goes 2 bed
- Ughhhhh I cant wait,,,only 2 years and 3 months b4 it turn 16!! Holllaaaa! hehe
- My aunt would KILL me if she found out i was textin sum1 ur age
- 2 b honest,,,im not tryin 2 be on mtvs 14 n preggers if u feel!
- Would u b able 2 drop me off around the corner from my house so no 1 sees us?

### Dealing with Common Questions / Requests

<u>When asked if you have a Facebook account:</u>

- Fo sho I do but I only get it 2 peeps I really know
- Yea I do but my aunt makes me be friends wit her so she can creep on my page,,sux!!!

<u>Requests to talk on the phone:</u>

- Member I cant make calls from my ipod touch
- Who talks on the phone???? Like 4 real u wanna talk? Haha
- Ummmm thats kinda weird,,,I just like 2 text

Requests for pictures:

- Sorry a lil while ago this creeper tried to bribe me for krazy pics when I sent him a few :(,,,so I don't send pics n e more
- Hmmmmmm,,,if I know u better maybe ill hook u up
- Send me sumthin of u 1st and maybe ill hook u up
- Sorry,,,I had sum school drama b4,,,no more naked pics!

**Random Communication – Entailing You've Sent an Erroneous Message, Meant for Another Person**

Pending parties:

- Hey r u going 2 that ditch party this fri?
- michelle z told me u never hit her back about the party next sat
- r u able to sneek n e thing from ur parents

School gossip:

- Did u hear that felica got caught wit pills in 3rd period?!
- Mrs brock totally just took justines phone,,,dont text her til later :(
- Do u think the creepy kid in 3rd period is related 2 kendra??
- That fight behind the portable yesterday is on youtube

Random communication:

- Julian just text me askin about if I told u,,,haha!!!
- Did u watch vampire diaries???? OMG!!!
- Lenny's lil bro is no doubt hating life rite now!
- Was that u who hit me up last nite at 2???

# Check Hobbyists Boards

- **Reverse phone look-up: www.411.com**
- **Number validation: www.phonevalidator.com**
- **Cell phone recording: www.spydialer.com**
- **Check phone number using www.escortphonesearch.com**
- **Check hobbyist review boards for comments regarding age, a pimp or multiple girls:**
- **www.naughtyreviews.com**
- **www.theeroticreview.com**
- **www.bestgfe.com**
- **www.eros-guide.com**
- **www.date-check.com**
- **www.usasexguide.info**

How to Connect to the Motherless MIRC Server

You have to be a registered motherless.com user to use the Motherless MIRC server. In MIRC do the following:

Click on File>Select Server. A list of MIRC servers will pop up.

Click the "Add" button

In the Description Field enter "motherless chat" (without quotes).

In the IRC server field enter "chat.motherless.com"

Add "6667" in the Ports Field if it's not already entered.

In the password field enter your Motherless.com password.

Next click the Add button.

You are now ready to connect to the Motherless IRC server. You will need to use your Motherless.com user name as your IRC nickname. You will not be able to connect to the Motherless IRC server if you don't use your Motherless.com user name and password.

MIRC 7.22 Setup and tips

Remember every version of MIRC has subtle changes to the configuration. Most of the items in here are in each version but may be in a different location.

Setup – Click the +

Connect:

Nickname: When selecting a nickname make sure it is specific enough to distinguish you from thousands of other users. For example becky would not work, but beckypil1234 would. Also make sure the screen name is in all lower case.

Alternative: Just a secondary nickname incase the one you choose is already in use

Name: Anything you want it to be but remember others can see this

Email Address: Not verified so I usually make it Generic and non-gender specific eg. Me@me.com

**Note** Nicknames on IRC are not assigned meaning that people can change their nicknames as much as they want and IRC does not track this.

Servers: Random US Undernet or Dalnet (Both Popular)

Options: Notice the default port 6667 in case you need to port forward. It may be a good idea if you have multiple users of IRC in your office to change the port number to your Police ID Number or something similar. Everything else in this section is optional depending on your preference.

Local Info: This is all completed by default by MIRC

Ident Enable all check marks in IDENT – All other info is completed by default by MIRC

Proxy: Do nothing in this section leave it alone.

IRC – Click the +

Messages: Check box to Timestamp Events

Logging :

Automatically Log: **Both**

Check Boxes in **(Reload Logs – only in newer versions), Timestamp Logs, Date Filenames (By Day)**

Note Default Location for logs

Windows 7 = C:/users/(user Name)/appdata/roaming/MIRC/Logs

Windows XP = C:/Program Files/MIRC/Logs

Change this to C:\UCOps\Logs\MIRC

**This May change with a newer or older versions of MIRC**

DCC – Click the +

Folders – Notice where they are saved (You can change this) (Suggestions)

Ignore – Can change this to Ignore only, Accept only, or disable (Advantages / Disadvantages)

**If you need to change any options go to tools menu and then options also can click on the icon that looks like a hammer**

Two ways to do whois (Determine the IP address)

Through the Command menu at the top of the window

By right clicking on the subjects name in a chat and selecting whois

Notify Option – Located in tools menu and address book and then click on the tab notify. You must check the box to enable in order to work. (This lets you know when someone you are chatting with in the past is online. (Demo adding people) (check perform whois box)

- Someone who is online will show up in status window, to log the status window type the command **/log on**

Once you connect you click on the ICON that looks like a piece of paper with the # sign on it. The GUI will open asking you if you want to GET LIST or APPLY the list. The first time you join a server (one for Dalnet and one for Undernet) you must GET LIST. However after you download the list of rooms the first time, the program will write a text file with all the room names. Any time after, when you sign on you can simply click on APPLY and the text file will populate the list.

- Uncheck hide text channels
- Make the min users 0
- Show how to apply with different terms and how to sort the rooms in the list
- Show how to enter a room and talk about ethics by ops
- Show users in room and the menu when you right click on a user. Talk about different options.

/Who command in status window

The WHO command can help DNS a room for an ISP. Say you have an ISP that only services your area it would be helpful to know the screen name and chat room those users are in. You can use this command to localize an investigation.

Demonstrate - **/who *hsd1.md.comcast***

**/who *hsd1.*.comcast***

**/who *.verizon.net***

**/who *.balt.east.verizon.net***

You can also create your own chat rooms on IRC. The command for that is:

**/join** #(room name you want)

You need the # sign in front of your created room name. (You can also use the /join command to enter any room as long as you know the room name.)

You can change your "nick" at any time by using the command **/nick** (remember do not use this while still in a chat room (demonstrate)

# CONSENT TO ASSUME ONLINE PRESENCE

I, ______________________________, hereby voluntarily authorize _____________________________________________________ to take over control of and use my "online presence." This online presence includes the following screen name(s), nick name(s), and/or e-mail addresses, as well as the passwords associated with these accounts:

| ACCOUNT NAME | PASSWORD |
|---|---|
| ______________________________ | _______________ |
| ______________________________ | _______________ |
| ______________________________ | _______________ |
| ______________________________ | _______________ |
| ______________________________ | _______________ |
| ______________________________ | _______________ |

I consent to the use of my online presence for any purpose relating to an official investigation by the above law enforcement authority, including (but not limited to) sending and receiving e-mail or conducting any other electronic communications, accessing stored information, and using and disclosing such communications or information. I understand and acknowledge that by signing the consent form, I relinquish all present and future claims to the use of these accounts. I understand that law enforcement authorities will change the password(s) to this account so that I will no longer have access.

I give this consent freely and voluntarily, without fear, threats, coercion, or promises of any kind. I have been advised of my right to refuse to allow the assumption of my online presence, and I hereby voluntarily waive this right.

Signature: _________________ Witness: _______________________

Name (printed): _____________ Name (printed): _________________

Date: _____________________

# YOUR POLICE DEPARTMENT

Your Police Chief, CHIEF

**ADMINISTRATIVE SUBPOENA**

**ISSUED PURSUANT TO YOUR LOCAL LAW**

**THE XXX POLICE DEPARTMENT SENDS GREETINGS TO:**

**Craigslist, Attention: Custodian of Records**
1381 9th Avenue San Francicso, CA 94122
**FAX#: 415-504-6394**
**Email: legal@craigslist.org**

---

**YOU ARE HEREBY REQUESTED,** pursuant to the authority granted to a law enforcement agency, XXX, that all and singular business excuses being set aside, you produce:

**RE: Your Report Number**

1. A true and accurate copy of your customer records for the following customers:

   **-Account information (email address, IP address, verified phone number, etc) associated with posting ID: XXX which was posted on XXX. The post was titled "XXX"**
   **-Also being requested are all previous postings associated with the aforementioned account (based on email address).**

The records shall be delivered, as soon as possible, to the XXX Police Department via fax #(XXX) 555-1212 to the attention of Detective XXX or via email to XXX.

**This subpoena is made to further a criminal/civil investigation being conducted by the XXX Police Department. If you have any questions about this subpoena, contact Detective XXX at (XXX) 555-1212. Failure to produce these records may subject you to liability for contempt and for costs and fees expended in the enforcement of this subpoena. You are requested not to disclose the existence of this subpoena. Any such disclosure could obstruct and impede the investigation being conducted and thereby interfere with the enforcement of the law.**

Dated this XXX day of XXX, 2015.

**Your Police Chief, POLICE CHIEF**

**By:** ______________________________

# YOUR POLICE DEPARTMENT

Your Police Chief, CHIEF

**ADMINISTRATIVE SUBPOENA**

**ISSUED PURSUANT TO YOUR LOCAL LAW**

**THE XXX POLICE DEPARTMENT SENDS GREETINGS TO:**

**Craigslist, Attention: Custodian of Records**
1381 9th Avenue San Francicso, CA 94122
**FAX#: 415-504-6394**
**Email: legal@craigslist.org**

---

**YOU ARE HEREBY REQUESTED,** pursuant to the authority granted to a law enforcement agency, XXX, that all and singular business excuses being set aside, you produce:
**RE: Your Report Number**

1. A true and accurate copy of your customer records for the following customers:

   **-Reference posting ID: XXX which was posted on XXX. I'm looking for information on those who *responded* to the post (to include their email address, IP address, and date and time stamps associated with the reply).**

The records shall be delivered, as soon as possible, to the XXX Police Department via fax #(XXX) 555-1212 to the attention of Detective XXX or via email to XXX.

**This subpoena is made to further a criminal/civil investigation being conducted by the XXX Police Department. If you have any questions about this subpoena, contact Detective XXX at (XXX) 555-1212. Failure to produce these records may subject you to liability for contempt and for costs and fees expended in the enforcement of this subpoena. You are requested not to disclose the existence of this subpoena. Any such disclosure could obstruct and impede the investigation being conducted and thereby interfere with the enforcement of the law.**

Dated this XXX day of XXX, 2015.

**Your Police Chief, POLICE CHIEF**

**By:** ______________________________

# YOUR POLICE DEPARTMENT

Your Police Chief, CHIEF

**ADMINISTRATIVE SUBPOENA**

**ISSUED PURSUANT TO YOUR LOCAL LAW**

**THE XXX POLICE DEPARTMENT SENDS GREETINGS TO:**

**Craigslist, Attention: Custodian of Records**
1381 9th Avenue San Francicso, CA 94122
**FAX#: 415-504-6394**
**Email: legal@craigslist.org**

---

**YOU ARE HEREBY REQUESTED,** pursuant to the authority granted to a law enforcement agency, XXX, that all and singular business excuses being set aside, you produce:
**RE: Your Report Number**

1. A true and accurate copy of your customer records for the following customers:

**-Previous postings and account information (email address, IP addresses, etc) based on the verified phone number XXX-XXX-XXXX.**

The records shall be delivered, **as soon as possible**, to the XXX Police Department via fax #(XXX) 555-1212 to the attention of Detective XXX or via email to XXX.

**This subpoena is made to further a criminal/civil investigation being conducted by the XXX Police Department. If you have any questions about this subpoena, contact Detective XXX at (XXX) 555-1212. Failure to produce these records may subject you to liability for contempt and for costs and fees expended in the enforcement of this subpoena. You are requested not to disclose the existence of this subpoena. Any such disclosure could obstruct and impede the investigation being conducted and thereby interfere with the enforcement of the law.**

Dated this XXX day of XXX, 2015.

**Your Police Chief, POLICE CHIEF**

**By:** ______________________________

# YOUR POLICE DEPARTMENT

Your Police Chief, CHIEF

**ADMINISTRATIVE SUBPOENA**

**ISSUED PURSUANT TO YOUR LOCAL LAW**

**THE XXX POLICE DEPARTMENT SENDS GREETINGS TO:**

**Craigslist, Attention: Custodian of Records**
1381 9th Avenue San Francicso, CA 94122
**FAX#: 415-504-6394**
**Email: legal@craigslist.org**

---

**YOU ARE HEREBY REQUESTED,** pursuant to the authority granted to a law enforcement agency, XXX, that all and singular business excuses being set aside, you produce:

**RE: Your Report Number**

1. A true and accurate copy of your customer records for the following customers:

**-Any previous posting associated with IP address XX.XX.XXX from XXX until XXX. To include poster information (email address, verified phone number, etc).**

The records shall be delivered, as soon as possible, to the XXX Police Department via fax #(XXX) 555-1212 to the attention of Detective XXX or via email to XXX.

**This subpoena is made to further a criminal/civil investigation being conducted by the XXX Police Department. If you have any questions about this subpoena, contact Detective XXX at (XXX) 555-1212. Failure to produce these records may subject you to liability for contempt and for costs and fees expended in the enforcement of this subpoena. You are requested not to disclose the existence of this subpoena. Any such disclosure could obstruct and impede the investigation being conducted and thereby interfere with the enforcement of the law.**

Dated this XXX day of XXX, 2015.

**Your Police Chief, POLICE CHIEF**

**By:** ______________________________

**INTERVIEW / INTERROGATION QUESTIONS**
**FOR COMPUTER RELATED**
**CHILD SEXUAL EXPLOITATION SUSPECTS**
**(REVISED 11/21/07)**

**BACKGROUND -**

- Name, address, phone number(s), birthplace etc.
- Former addresses
- What other names have you used?
- Any scars, marks, tatoos?
- Education - particularly computer education
- Any prior arrests?
- How would you describe your level of computer expertise: Beginner? Intermediate? Advanced?

**FAMILY SITUATION -**

- Married? (get full information about spouse)
- Divorced? (get full information on all prior marriages)
- Girlfriend/boyfriend (get full info)
- Children (get full information on all children including those from prior marriages and girlfriends children)

**EMPLOYMENT & TRAVEL -**

- Where are you employed?
  - Address, phone number of business
- What is your position and job description?
- How long have you been employed there?
- Do you have Internet access there?
- Where did you work previously?
  - What was your position and job description at the prior job?
  - How long did you work there?
  - Why did you leave that job?
  - Did you have Internet access at your former employment?
- What foreign countries have you visited?
  - Did you engage in any sex acts with minors there?

**HOBBIES, VOLUNTEER WORK, SEXUAL PREFERENCES -**

- Coach? Photographer? Babysitter?
- Youth group leader? Teacher?
- Religious activities? Counselor?
- Where else to you find access to children?
- What are your sexual preferences?
  - Heterosexual, homosexual, bisexual?
  - Are you sexually attracted to minors?
  - Use sexual aides?
  - Do you use Viagra or an equivalent?
  - Do you have any sexually transmitted diseases?

**SUSPECT'S USER NAME/ID -**

- What Internet Service Provider (ISP) do you use?
- What is your online profile?
- How do you pay for the account?

- What time of day or night are you usually online?

**PASSWORD AND ENCRYPTION ISSUES -**

- What are all the passwords you use?
- Who else has knowledge of the passwords?
- Does you utilize encryption?
- What type of encryption?
- What is the password for the encryption, and is there more than one password?

**CONTROL, KNOWLEDGE AND OWNERSHIP OF THE COMPUTER-**

- Who uses the computer?
- During what hours of the day is the computer normally used?
- From what locations do you use a computer? Home, business, public library, public computer café, friend's house?
    - o (Obtain addresses of all other locations from which the suspect computes)
- What level of computer expertise do you have? (beginner – intermediate - advanced?)

**EQUIPMENT -**

- How many computers do you have?
- Hard drives?
- Scanners?
- Digital Cameras?
- Zip Drives?
- Thumb Drives?
- Tape Drives?
- Recordable CD's? DVD's?
- Does you own or utilize a laptop computer?
- Does you own or utilize a hand-held personal electronic organizer like a Palm Pilot or Handspring Visor?
- Do you store any of your equipment or storage media in other locations? If yes, where?
- Where in your home do you use the computer?
- Has the computer been serviced or repaired recently?
- Do you use a web camera?
    - o Do you expose your genitals to others while using your web cam?
    - o Do you expose your genitals to minors while using your web cam?

**SOFTWARE -**

- What operating systems are used? (Windows 98, Windows 2000, Linux, UNIX, OS/2, Apple & MAC)
- What programs do you have for chatting?
- What programs do you have for images or movies?
- What programs do you have for encryption?
- What programs do you use for wiping or shredding data?

**INTERNET -**

- What Internet Service Provider (ISP) is used to access Internet?
- How long have you used this ISP?
- What is your ISP logon name and password?
    - o Why did you choose that name, what significance does it have?
- What type of communication system do you use to access the Internet? Analog phone line? Digital Subscriber Line (DSL), Cable?

- Do you have your own web site or home page?
  - What is the web page address?
  - What ISP do you use for this service?
- What time of day do you normally logon to the Internet?
- What nicknames and screen names to you use and why did you choose these?
- Who are the people listed on your buddy lists?
- Do you have e-mail accounts?
- What e-mail services do you use? Hotmail, Yahoo, Juno, AOL?
  - Do you maintain a Yahoo profile with images stored on-line?
- Do you use IRC or MIRC?
- What is your ICQ number and password and who are your buddies?
- What newsgroups do you subscribe to?
- Do you use any on-line storage services to save files?
- Do you use peer-to-peer services such as Phex, Kazaa, Bearshare or Morpheus?
- What search terms do you use? (e.g: PTHC, r@ygold, Lolita)
- At what times of the day do you usually search?
- How many peer to peer files do you share?
- Do you have direct contact with people you share files with (internet chat, e-mail, regular mail, face to face)?

**FILE AND IMAGE STORAGE -**

- What images and information are stored on your computer?
- Where else do you store pornographic images and where are these devices? (floppy disk, CD, tape, Palm, cell phone, off-site storage at a web site or on someone else's server).
- Do you categorize your computer image files by the age of the person in the image?
- Do you categorize your computer image files according to the sex acts being performed?
- How are your images and movie files stored? JPEG, GIF, Bitmap?
- How do you trade images and movies with others?
- Do you have back-up files?
  - Where are the back-up's kept?
- Did you know that even after users believe that they have deleted images from a computer the images will sometimes remain on the computer?
- Do you know what a cache file is?
  - How would you describe a cache file?
- Do you know what unallocated space is?
  - How would you describe unallocated space?

**PUTTING THE SUSPECT BEHIND THE COMPUTER -**

- You are the only user of the computer, is that correct?
  - (If no...) Who are the other users? (name, address, phone...)
  - Where are they now?
- You are the only one who knows your passwords, is that correct?
  - (If no...) Who are the other users? (name, address, phone...)
  - Where are they now?
- You are the only person who uses the screen name __________, correct?
  - (If no...) Who are the other users? (name, address, phone...)
  - Where are they now?

**ADULT PORNOGRAPHY -**

(Asking questions about adult pornography allows you to later make a logical transition to asking about the child pornography.)

Intro-

- There are over a million adult pornography sites on the Internet. Most adult pornography is not unlawful. Millions of people view adult pornography and the right to do that is protected under the First Amendment to the US Constitution.
- Are we going to find any adult pornography on your computer?
- How often do you view adult pornography on the Internet?
- How many pornographic pay sites do you belong to?
    - o What are the names of the sites?
- Do you have any adult pornography stored on your computer, floppy diskettes or other media?
- What percentage of your pornographic image collections depict adults only?
- Estimate how many images of adult pornography you think there are on the Internet.
- Do you masturbate to the images?
    - o How often do you masturbate?
- Do you think that someone who enjoys adult pornography will automatically begin to start also enjoying illegal child pornography?

**CHILD EROTICA -**

- Do you keep children's toys?
- Do you keep children's clothing?
- Do you keep children's undergarments?
- Do you have images of children nude?
- Do you have paintings of children?
- Do you keep non-sexual photographs of children?
- What television programs do you enjoy most?
- What computer games do you play?
- What kinds of collections do you keep?
- Have you ever written stories about your sexual activities?
    - o Where are those stories now? (Note: collect the stories to help prove intent)
- Have you written stories about your sexual fantasies?
    - o Where are those stories now? (Note: collect the stories to help prove intent)
- Do you trade stories and information about your sex life and fantasies with others?
    - o Who are the other people?

**CHILD PORNOGRAPHY -**

- Tell me your definition of child pornography.
    - o If the offender only describes nudisim or erotica as:
        1. As you know, child pornography also includes unlawful images of the sexual exploitation of children and you were aware of that correct?
- Do you have illegal child pornography in the computer now?
    - o Describe the images.
- Do you have illegal child pornography on any storage media?
    - o Describe the images.
- Do you have printed images of illegal child pornography?
    - o Describe the images.
- Have you had images of illegal child pornography in the computer previously?
    - o Describe the images.
- Estimate how many of your collected images contain children?
- How do you get the images?
- Where do you store these images (home, office, rented storage locker, off-site computer storage)?

- How many of these images do you currently have saved to your computer hard drive, floppy diskettes, off-site storage or other media?
- What search engines do you use? Google? Dogpile? Alta Vista?
- What search terms do you use to find images?
- What web sites do you visit?
- Have you searched Pre-teen or Lolita sites for sexual images?
- Did you show any of the child pornography images to anyone else?
- How do you hide the images from others?
- Is your wife/girlfriend aware that you have child pornography?
- Did you delete any of these images from your computer, floppy diskettes or other media?
- How old do you think the children are in these images?
- Do you masturbate to the images?
- How often do you masturbate to the images?
- What kinds of images make you the most sexually aroused?
- Do you have printed out images of minors involved in sex acts anywhere?
  - Where are the images now?
- Who else to you trade images with?
- Do you sell or trade images and movie files? (trafficking)
  - o What form(s) of payment to you use to collect from those you sell images or movies to?
  - o What do you do with the money you collect from those you sell images or movies to?
- Who do you sell images to?
- What do you think should happen to someone who possesses illegal child pornography?
- What do you think should happen to someone who creates child pornography while sexually victimizing a minor?
- What message would you like us to give to the actual victims of child pornography?

**PUBLISHER -**

- Are you a published author or writer?
  - o What have you published?
  - o What subjects do you write about?
  - o How do you research the subjects you write about?
  - o Where were your works published?
  - o Were you paid for the publication?
  - o How much were you paid?
  - o Did your report your earnings to the Internal Revenue Service?
  - o Who was the editor and publisher for your publication(s)?
  - o Were you a free-lance submitter or are you under contract with the publisher?
    - Who are you under contract with and what are the terms of the contract?

**CHAT -**

- What chat rooms do you visit?
- What screen names do you use in chat rooms?
- Who do you chat with and what do you chat about?
- What days of the week and what times of the day do you chat?
- Do you visit chat rooms where you know that minors might be discussing sex?
- Do you play games on-line so that you can meet minors there?
  - o What games do you play?
  - o Have you met any of the players in-person?
    - What sex acts did you participate in after you met?
- ***TIP -***

*In undercover luring cases, the interrogator should not tell the suspect that an undercover officer was playing the role of a minor. Let the suspect believe that he was chatting with an actual child.*

**SOCIAL NETWORKING SITES -**

- What social networking or dating sites do you use?
  - Partial list: Craigslist.org, Dittytalk.com, Facebook.com, Friendsfusion.com Friendster.com, Intellectconnect.com, Interracialsingles.net, Livejournal.com Myspace.com, Myyearbook.com, Prisonpenpals.com, Studybreakers.com Tagged.com, Xanga.com, Zogo.com
- What screen names do you use at the sites?
- Who are your closest friends on the sites?
  - Have you met any of them in person?
  - When we contact the friends listed on your social networking site(s), what will they tell us about you?
- What email addresses do you use to register at the sites?
- Do you use credit card services to purchase membership?
- What credit card do you use?
- Have you met in person with people you first encountered at a social networking site?
- Would you like to write an apology letter to any of the minors?

**ENTRAPMENT DEFENSES – DEFUSING -**

- Can you remember back to the first time you imagined having sex with a minor?
  - Tell me about that.
- As an adult, you continued to have thoughts about sex with minors?
- As an adult, how many minors have you contacted on the Internet and chatted with?
  - Did you chat about sex with them?
- In this case, when you first introduced the idea of sexual contact with the child you contacted on the Internet, what was his/her reaction?
  - How old did he/she say he/she was?
- In this case, approximately how long ago was it that you first introduced the idea of sex to the child?
- Did the child resist your offer of sex?
- Did anyone force you to meet with the minor?
- As an adult, how many other times have you met with a minor and engaged in sex?
  - What are the details of those meetings?

**LURING / ENTICEMENT -**

- What screen name(s) do you use?
- When did you first have Internet contact with __(victim or UC)__?
- How long did you chat with __(victim or UC)__?
- How many Internet conversations would you estimate that you had with __(victim or UC)__?
- What chat room were you in?
- Is there a lot of discussion about sex in that chat room?
- How old is __(victim or UC)__?
- What gender is __(victim or UC)__?
- Where does __(victim or UC)__ live?
- If you had not been stopped, you would have had sex with the minor is that correct?
- What sex acts did you plan to have?
  - Where did you plan to have sex?
  - Were you going to use birth control?

        - What form of birth control?
    - Were you using any protection from sexually transmitted diseases?
        - What form of protection?
- How far did you travel to meet with the minor?
- Did you have any other business in the vicinity of the meeting place?
- Did you bring gifts, money, toys to the meeting?
    - What gifts, how much money, what toys?
- Did you ever send gifts, money or toys to a minor whom you met on the Internet?
- (If the suspect is remorseful) Would you like to write an apology to the minors involved to give everyone closure?
- What message would you like us to give to the victim?
- What do you think should happen to someone who lures or entices a minor for sex?

**IDENTIFYING THE EXPLOITED MINORS IN CHILD PORNOGRAPHY IMAGES -**
- Who are the minors in the images?
- Where are they now?
- Who took the pictures?
- When and where were the pictures taken?
- Have you taken pictures or movies of minors engaged in sex acts?
- (If the suspect is remorseful) Would you like to write an apology to the minors in the pictures to give everyone closure?

**INTERNET PREFERENTIAL SEX OFFENDER CULTURE -**
- What are some of the search terms and phrases you use to find illegal child pornography?
- What does the term "Lolita" mean to you?
- What does PTHC mean? (Pre teen hard core)
- What does the term "pre-teen" mean?
- What do the terms "young" and "younger" mean?
- What does it mean to "cyber"?
- What is NAMBLA? (North American Man-Boy Love Association?

**PRIOR HANDS ON OFFENSES -**
- Tell me about the children you have touched.
- While you were an adult, how many minors have you had sexual contact with?
- What are their names?
- How old were they when it happened?
- How old are they now?
- Where did these incidents happen?
- Where are they now?
- When did these incidents happen?
- How old were the minors when the offenses occurred?
- (If the suspect is remorseful) Would you like to write an apology to the minors in the pictures to give everyone closure?
- Have you ever formed a relationship with an adult who had children so that you could have sex with that persons children?
    - Who was that adult and who were the children?
- Do you fantasize sexually about pre-pubescent children?
    - (If yes) For how long have you had such fantasies?
- Are you a pedophile?
- Have you ever undergone treatment or counseling for your sexual preferences?

**OVERSEAS TRAVEL -**

- Have you been to other countries?
- Which countries have you been to?
- When did you go to those countries?
- Did you have contact with children while you were there?
- Who were the children that you met?
- What are their full names and addresses?
- What travel service(s) did you use?
- How did you learn about these travel services?
- Were these trips made for the purpose of meeting children?
- Did you participate in sex acts with children?
- Were your sex acts recorded, photographed or video taped?
- Where are those images now?
- Were you part of a travel/tour group?
- May I see your passport? (Record the information about travel dates and locations)

**POLYGRAPH -**

- Is everything you told me truthful?
- Would you take a polygraph to verify your truthfulness?
- How do you think the polygraph test would turn out?

**INDICATOR OF DECEPTION -**

- What do you think should happen to a person who commits this offense?
  - If the suspects believe and offender should receive lenient sentencing it may be an indicator of deception. Most people believe criminals should be harshly punished.

**OTHER PERSONAL INFORMATION**

- Are you presently under the care of a psychiatrist or psychologist?
- What is the name of your psychiatrist or psychologist?
- When did you last visit a psychiatrist or psychologist?
- Are you taking any medications prescribed by the psychiatrist or psychologist?
- What medication(s) are you taking?
- Do you ever take your medications and also simultaneously drink alcohol, smoke marijuana or take other drugs?
- What effect do the drugs have on your thoughts about sex?
- Would you call yourself a pedophile?
- When you are released, do you think that you will continue to fantasize about sex with minors?
- When you are released, will you try to contact minors so that you can have sex with them?

**FOLLOW UP INFORMATION & FOR LOCATING THE SUSPECT LATER -**

- Parents names, locations and phone numbers
- Brothers, sisters, cousins names locations and phone numbers
- Former spouses/girlfriends names, locations and phone numbers
- Best friends names, locations and phone numbers?
- Prominent facial, physical or voice characteristics.
- Does the suspect wear glasses? (Take a photo of suspect with and without glasses)
- Medical conditions requiring ongoing treatment?
  - What medications?
- Veteran of the Armed Forces?
- Place of birth; city and, state
- Former places of residence.

- What foreign countries have you visited?
- What job skills to you have?
- What hobbies do you have?
- Do you own any firearms or other weapons?

**CLOSING -**

- Have you been truthful throughout this entire interview?
- What else would you like to tell us?

**LAST RESORT -**

- I speak to people like you every day. Your situation is not unusual nor strange to me. Many of the people I talk to are troubled because they have to live with secrets that they are embarrassed to tell. For some of them, it is a relief to get the information off of their minds and to tell me their stories.
- We have some partial pieces of information about you and we will continue our investigation. Computers and the Internet hold a lot of interesting information about people. Our computer forensics examiners are still busy conducting research on your case. Other investigators may contact friends, relatives, children, neighbors and employers to gather information about your activities. It will just be a matter of time until we have all of the information that we need to find the truth.
- This would be a good time to get this all over with and to get this off of your mind - are you ready to tell me the names? (of unidentified minors victimized)
    - (If not) Here is my name and phone number. When you are ready to tell me the whole story – call.

**END -**

- Were you threatened or intimidated during this interview?
- Were any promises made to you before this interview?
- Thank you for your cooperation.

*I hope that you find the above questions useful.*
*Please send me your ideas for additional questions and I will include them.*
*Thanks -*
*Dr. Frank Kardasz*
*Kardasz@kardasz.org*

(REVISED 112107)

# Quick Reference Sheet for Social Networking Searches:

Social Networking search sites:

- site:facebook.com followed by the name of person, using google
- site:myspace.com followed by the name of person, using google
- www.usernamez.com
- www.yoname.com
- 
- www.kartoo.com - Visual search tool
- www.google.com
- www.spokeo.com - paid service

Statistics Social Networking site info:

- http://en.wikipedia.org/wiki/List_of_social_networking_websites
- www.marketingcharts.com- Then search for social networking sites

Create your own social network site:

- www.ning.com
- www.onesite.com

Social Network mapping:

- www.lococitato.com
- 

Twitter Resources:

- www.twitter.com
- www.twitpic.com
- search.twitter.com
- www.tweetmeme.com

Mobile apps:

- iphone- visit apple.com
- www.loopt.com
- www.seemic.com
- www.iphonehacks.com

# ICAC-UC Operation Startup Guide

(this is only a guide to help you through the process)

1. Start Camtasia (F9), record the entire screen
2. Check www.time.gov to show the time on your local computer matches time.gov
3. Record your I.P. Address, www.ipchicken.com (or similar) or go to the command line and type ipconfig /all
4. Record your UC profile that you are using.
5. Start the client you are going to use and log into your UC persona
6. Check for any offline messages and email, if there is an account associated with the chat client, before you join a room.
7. Check the Preferences and make sure that if you have an option to save messages that it is turned on. (check for each screen name that you sign in with).
8. Ensure that you are prepared to log network traffic with netstat –n from the command prompt or with your netstat logging program. Netstat –n at the command prompt shows results in numerical order, Netstat (without the –n) shows the traffic with the domain name displayed, save these results to a .txt file

**During the chat tasks:**

9. Create the suspect folder by copying the master suspect's folder and renaming it to the screen name of your subject.
10. Copy and save the chats into C:\UCOps\Suspects\{screename}\Chats into a word document named for the date of the chat (i.e. 12-4-2010.docx or.rtf).
11. Check to see if the client displays time stamps in messaging window. If so, set to show
12. Check for target's profile- if there is one document it. Save it as "web page, complete" with your preferred browser (or with a screen capture program). Do the same for other intel you find on the suspect (Facebook or other websites, people searches, etc...)
13. Check social networking sites and search by name or email address.
14. Save any pictures in the C:\UCOps\Suspects\{screename}\Received folder.
15. Save any e-mails in the C:\UCOps\Suspects\{screename}\EMail folder.
16. Capture the suspect IP address during webcam captures (port 5100) or during Photosharing sessions using Netstat or Netstat –n.
17. Check the IP address with Arin.net/whois or the search of your choice.

# ICAC-UC Operation Startup Guide

(this is only a guide to help you through the process)

1. Start Camtasia (F9), record the entire screen
2. Check www.time.gov to show the time on your local computer matches time.gov
3. Record your I.P. Address, www.ipchicken.com (or similar) or go to the command line and type ipconfig /all
4. Record your UC profile that you are using.
5. Start the client you are going to use and log into your UC persona
6. Check for any offline messages and email, if there is an account associated with the chat client, before you join a room.
7. Check the Preferences and make sure that if you have an option to save messages that it is turned on, (check for each screen name that you sign in with).
8. Ensure that you are prepared to log network traffic with netstat –n from the command prompt or with your netstat logging program. Netstat –n at the command prompt shows results in numerical order, Netstat (without the –n) shows the traffic with the domain name displayed, save these results to a .txt file

**<u>During the chat tasks:</u>**

9. Create the suspect folder by copying the master suspect's folder and renaming it to the screen name of your subject.
10. Copy and save the chats into C:\UCOps\Suspects\{screename}\Chats into a word document named for the date of the chat (i.e. 12-4-2010.docx or.rtf).
11. Check to see if the client displays time stamps in messaging window. If so, set to show
12. Check for target's profile- If there is one document it. Save it as "web page, complete" with your preferred browser (or with a screen capture program). Do the same for other intel you find on the suspect (Facebook or other websites, people searches, etc...)
13. Check social networking sites and search by name or email address.
14. Save any pictures in the C:\UCOps\Suspects\{screename}\Received folder.
15. Save any e-mails in the C:\UCOps\Suspects\{screename}\EMail folder.
16. Capture the suspect IP address during webcam captures (port 5100) or during Photosharing sessions using Netstat or Netstat –n.
17. Check the IP address with Arin.net/whois or the search of your choice.

# UC EVIDENCE DOCUMENTATION CHECKLIST

All UC evidence should be stored in the subfolders inside **C:\UCOps>Suspects>*suspect username*.** In order to create these subfolders, The following steps are recommended to properly document undercover chat evidence. Not all steps will apply in all cases.

1. Create the suspect folder by copying the master suspects folder and renaming it to the screen name of your subject.
2. Use your preferred browser or similar tool to capture suspect's profile. Save in Profiles under UCOps.
3. Save any file transfers to Received
4. Save any shared photos to Received. This should be done immediately, while chatting, as they may not be available later. Remember to select "transfer full size photo" if using Yahoo.
5. Perform a Grabstat during file transfer, saving shared photos, or peer-to-peer webcam.
6. Once the chat is complete, copy and paste the chat text into the blank text document in the "Chats" folder under the suspect's username. THIS MUST BE DONE BEFORE YOU LOG OUT OF YOUR CHAT CLIENT. The chat windows will close when you log out of the client.) If you have already closed the chat window, copy and paste the text from the archive.
7. After you stop Camtasia, **copy** the Camtasia file to the suspect's "Captures" folder.
8. **Copy** the netstat log into the suspect's "Captures" folder (Camtasia and netstat files should be copied, leaving the original in UCOps>Logs)
9. Be sure to copy your undercover profile to the profile area of your suspect as well to document what your profile was (takes away any arguments from the defense about what your profile was)

Table 1 Women's sizing

| SIZE RANGE | SIZES | HEIGHT | BODY/GARMENT CHARACTERISTICS |
|---|---|---|---|
| Petites | 2 to 14 or 16<br>P (2-4)<br>S (4-6 ; 6-8)<br>M (8-10; 10-12)<br>L (12-14; 14-16) | 4'11" or<br>5'0"<br>to 5'4" | 1) Smaller body and bone structure; narrower shoulders; slimmer or straighter hips; smaller high bust.<br><br>OR 2) Body similar to Misses only on a shorter frame. |
| Women's Petites | 14 to 22 or 24<br>1XP (14-16)<br>2XP (16-18;18-20)<br>3XP (18-20; 22-24) | 4'11" or<br>5'0"<br>to 5'4" | Fuller body; more curvature in hips and waist; lower bust; often geared toward older consumer. |
| Half-sizes | 14 1/2 to 24 1/2 | 5'1" to 5'5" | Traditionally represents older consumer with lower bust and hipline, thicker waist; slowly being phased into Women's Petites size range. |
| Misses/ Missy | 2 to 18 or 20 | 5'5" to 5'8" | "Average" size body; consumer has some curvature at the bust, waist, and hips. |
| Juniors | 1 or 3 to 15 | 5'5" to 5'8" | Slimmer body or more linear; less bust, waist, and hip definition; higher bustline. |
| Women's/ Plus Sizes | 14 to 24 or 26 | 5'5" to<br>5'7 1/2" | Fuller body; more curvature through the bust, waist, and hips. |
| Talls | 8 to 20 or 22 | 5'9" to 6'0" | Larger and longer bone structure or frame, not necessarily larger body mass; similar curvature as Missy unless part of Women's sizes. |

## Girls Averages

## Clothing and Growth

| Age | Hgt | Wgt |
|---|---|---|
| 10 | 54" | 70 |
| 11 | 56" | 80 |
| 12 | 60" | 90 |
| 13 | 63" | 100 |
| 14 | 64" | 115 |
| 15 | 64" | 120 |
| 16 | 65" | 125 |
| 17 | 65" | 130 |

Table 2. Men's sizing.

| SIZE RANGE | SIZES | HEIGHT | BODY/GARMENT CHARACTERISTICS |
|---|---|---|---|
| Regular men's | Chest: 34" - 48/50"<br>Neck: 14" - 18 1/2"<br>Waist: 28" - 46"<br>Arm: 32" - 36"<br>Inseam: 29" - 36" | 5'8" to 5'11 1/2" or 6'0" | REGULAR OR TRADITIONAL CUT: more tailored fit; body conforming.<br>FULL, STOCKY, OR RELAXED CUT: more casual fit; typically larger through the chest, thighs, and seat.<br>TRIM OR SLIM CUT: slimmer, more linear, narrower shoulders.<br>ATHLETIC CUT: wider or broader shoulders, fitted chest, slimmer waist. |
| Tall | Chest: 38" - 50"<br>Neck: 15" - 18 1/2"<br>Arm: 34" - 37 1/2"<br>Inseam: 30" - 37" | 6'0" to 6'4" | Same as Regular men's except proportioned for the taller man. May be combined with Big size range. |
| Short | Chest: 30" - 46"<br>Neck: 13" - 17"<br>Waist: 24" - 40"<br>Arm: 31 1/2" - 35"<br>Inseam: 27" - 32" | 5'3" to 5'7 1/2" | Same as Regular men's except proportioned for the shorter man. |
| Big | Chest: 48" - 64"<br>Waist: 42" - 60"<br>Neck: 17 1/2" - 21"<br>Arm: 35" - 37"<br>Inseam: 29" - 36" | 5'8" to 6'0" | REGULAR CUT OR FULL CUT: Garments are fuller through the chest, waist, and thighs. May be combined with Tall size range. |
| Young men's | Shirts are usually sized S, M, L, XL, not by chest and neck measurements.<br>Waist: 27" - 38"<br>Inseam: 29" - 34" | 5'8" to 5'11 1/2" | REGULAR CUT: contoured to body, slimmer cut, tapered leg.<br>RELAXED CUT: fuller thigh, tapered leg.<br>LOOSE CUT: fuller thigh, fuller seat, non-tapered leg.<br>BAGGY CUT: fuller thigh, pleated front (fuller waist), wider leg. |

## Boys Averages

## Clothing and Growth

| Age | Hgt | Wgt |
|---|---|---|
| 10 | 54" | 75 |
| 11 | 56" | 80 |
| 12 | 58" | 90 |
| 13 | 60" | 105 |
| 14 | 66" | 125 |
| 15 | 69" | 130 |
| 16 | 70" | 140 |
| 17 | 71" | 150 |

iCAC

# ICAC-UC Undercover Identity Worksheet

| | | | |
|---|---|---|---|
| Subject Photo, used to ID Subject, no nudes | | Cover Photo | |
| Screen Name & Chat Client | | Screen Name & Chat Client | |
| Email | | Email | |
| US Mail Address | | US Mail Address | |
| Last Name | | Last Name | |
| First Name | | First Name | |
| Middle Name | | Middle Name | |
| Address | | Address | |
| City, State Zip | | City, State Zip | |
| Birth date | | Birth date | |
| Age | | Age | |
| Height | | Height | |
| Weight | | Weight | |
| Hair | | Hair | |
| Eyes | | Eyes | |
| Complexion | | Complexion | |
| | | Bra Size | |
| | | Panty/Underwear size | |
| | | Pants Size | |
| | | Shirt Size | |
| | | School | |
| | | Menstrual Cycle | |
| Hobbies | | Hobbies | |
| | | Linked Accounts Email | |
| | | Sent Photo | |
| | | SMS Number or Phone | |
| | | Web Cam | |
| | | Apps or Games | |

ICAC Undercover Sheet Updated 5/14/15

# Quick Reference Sheet for Web Evidence Gathering:

Search Engines:

- www.dogpile.com
- www.quintura.com
- www.kartoo.com
- www.google.com - images, extension (search by image), blogs
- www.ask.com
- www.yahoo.com
- www.bing.com

Person Info Finder & SNS Finder

- www.zoominfo.com
- www.zabasearch.com
- www.pipl.com
- www.peekyou.com
- www.knowem.com
- http://snitch.name
- www.socialmention.com
- www.mylife.com
- www.twitter.com
- www.twitpic.com
- www.spokeo.com
- www.google.com- image search, video search
- www.bing.com- image search
- www.twrland.com
- www.shodanhq.com
- www.topsy.com
-

Photo sharing sites

- www.yfrog.com
- www.twitpic.com
- www.lockerz.com
- www.flicker.com
- www.mobypicture.com
- www.smugmug.com

Video Sharing Site

- www.youtube.com
- www.metacafe.com
- www.dailymotion.com
- www.vimeo.com

SNS Mapping Site:

- www.lococitato.com

Website History

- http://archive.org/web/web.php

Information Source

- http://mashable.com
- www.pinerest.com
- www.ifixit.com

Blog searches:

- www.blogdigger.com
- http://blogsearch.google.com

Website Information

- www.sitedossier.com
- www.domaintools.com
- www.centralops.com

System IP Info:

- www.myipinfo.net
- www.geobytes.com
- www.ip-adress.com
- www.ipchicken.com

Property appraisers office:

If you know the city or county where the individual lives you might be able to search the property website for additional info.

National Sex offender database

- http://www.fbi.gov/hq/cid/cac/registry.htm

Map Searches:

- Google earth or maps.google.com
- Microsoft virtual earth- http://www.microsoft.com/maps

iCAC
Internet Crimes Against Children
Training & Technical Assistance Program

# ICAC UC Concepts and Techniques Training Program

*General Handouts*

- ICAC Operational and Investigative Standards
- Helpful Commands & Websites
- Free & Helpful Resources

OJJDP
Office of Juvenile Justice and Delinquency Prevention

Fox Valley
Technical College



LIMITED OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

# Internet Crimes Against Children Program

# OPERATIONAL AND INVESTIGATIVE STANDARDS

## Table of Contents

Definitions of Terms .......... 3
1. Purpose of the ICAC Standards .......... 5
2. ICAC National Program .......... 6
3. Oversight of the ICAC Program .......... 7
4. Selection and Retention of Task Force Members .......... 8
5. Training .......... 9
6. Case Management .......... 10
7. Task Force Reporting Requirements to OJJDP .......... 11
8. Investigations .......... 12
9. Work Environment .......... 14
10. Victim Identification .......... 15
11. Public Awareness and Community Outreach .......... 16
12. Media Relations and Media Releases .......... 17

# Definitions of Terms

## Applicability of Terms

Although some of the definitions below may be generally applicable to law enforcement, they are intended for use in the interpretation of these Standards. As such, where any term defined below is capitalized in these Standards, the Standards are referring to that term as defined below. By contrast, where any term defined below is not capitalized in these Standards, the Standards are referring to that term as it is used generally in the field of law enforcement.

**"Affiliate"** or **Affiliate Agency"** is an agency that is working with a Lead Agency as part of a regional or State ICAC Task Force. An Affiliate has agreed in writing to adhere to these Standards.

**"Authorized Personnel"** are Members who themselves lack powers of arrest but have been authorized by their respective agency to participate in Investigations and are being supervised by Sworn Personnel.

**"Commander"** is the Member of a Lead Agency who has been designated by that Lead Agency and recognized by OJJDP as the leader of the corresponding Task Force.

**"CEOS"** is the Child Exploitation and Obscenity Section of the Criminal Division of the DOJ.

**"Crime"** is any offense (or group thereof) that involves (or involve) the exploitation/victimization of children facilitated by technology.

**"CVIP"** is the Child Victim Identification Project operated by NCMEC.

**"CyberTipline"** is a reporting mechanism operated by NCMEC that allows for the reporting of suspected Crimes.

**"Deconflict"** is a process whereby Members are able to submit Investigative information to each other and/or to ICAC-related databases in order to determine whether other Members or other law enforcement agencies have information concerning the same targets or Crimes.

**"DOJ"** is the United States Department of Justice.

**"Employee"** is a sworn or compensated individual, or any individual working under the direction and control of a law enforcement agency.

**"Equipment"** is any device or tool – including but not limited to computers, phones, and online accounts and services -- purchased or obtained for use in ICAC-related matters.

**"ICAC"** is the Internet Crimes Against Children Program, a national program composed of state and regional Task Forces.

**"Images"** are visual depictions in any form (image or video/printed or digital) of child sexual exploitation as defined by federal and/or state statute.

**"Investigation"** is an investigation into a Crime. Likewise, "Investigate" "Investigating" and "Investigative" are used within the same context.

**"Investigative Persona"** – any identity established or created by an Employee to aid an Investigation.

**"Investigator"** is a Member who is a part of the Sworn Personnel of a Task Force.

**"Lead" or "Lead Agency"** is the law enforcement agency that receives the ICAC grant and is designated by OJJDP to act as the lead agency for the corresponding Task Force.

**"Member"** is a Lead or Affiliate Agency's employee who is either Sworn Personnel or Authorized Personnel and who has been designated to work on ICAC-related matters for his/her respective agency and Task Force.

**"National Initiative"** is any proposal that relies on the cooperation and resources of a significant number of Task Forces and, accordingly, has been approved by OJJDP.

**"NCMEC"** is the National Center for Missing and Exploited Children.

**"OJJDP"** is the Office of Juvenile Justice and Delinquency Prevention within the DOJ.

**"Supervisor"** is a Member who has been designated by his/her respective agency to supervise Investigations and other ICAC-related matters.

**"Standards"** are all of the provisions of these, the ICAC Operational and Investigative Standards.

**"Sworn Personnel"** are Members with powers of arrest.

**"Task Force"** is the Lead Agency and its Affiliate(s) (combined) as designated by OJJDP for a particular state or region.

## 1. Purpose of the ICAC Standards

These Standards are established by OJJDP to guide administration and operation of ICAC and its Members when working on ICAC-related Investigations and matters.

ICAC Members should make every reasonable effort to comply with these Standards. However, since many aspects of Investigations are dynamic and laws vary widely between jurisdictions – their genesis; methods for their evidentiary pursuit; and their application within court – it is difficult to anticipate every circumstance that might present itself. Thus, reasonable deviations from these Standards may occur depending upon various factors (e.g., emergency situations; timing constraints; accessibility constraints; resource constraints; technology constraints; perceived conflicts between the Standards and statutes, decisional law, and court orders; et cetera).

Should questions regarding the interpretation of these Standards arise or conflicts occur between these Standards and agency policies or law, the subject Commander faced with the issue shall seek the guidance of an OJJDP Program Manager. However, nothing in these Standards is meant to interfere with a Commander's or Supervisor's lawful tactical decision-making.

Commanders may supplement, but not contradict, these Standards in the written agreements they establish with their Affiliates to promote the effective operation of their Task Forces.

## 2. ICAC National Program

### 2.1 Mission of the ICAC Program

The Internet Crimes Against Children Task Force Program (ICAC) helps state and local law enforcement agencies develop an effective response to technology-facilitated child sexual exploitation and Internet crimes against children. This support encompasses forensic and investigative components, training and technical assistance, victim services, prevention and community education.

### 2.2 ICAC Background

The Internet Crimes Against Children Program (ICAC) is a national network of 61 coordinated task forces representing more than 3,500 federal, state, and local law enforcement and prosecutorial agencies. These agencies are engaged in both proactive and reactive investigations, forensic examinations, and criminal prosecutions. By helping state and local agencies develop effective, sustainable responses to online child victimization – including responses to child sexual abuse images (Images), The ICAC Program has increased law enforcement's capacity to combat technology facilitated crimes against children at every level.

The ICAC Program was developed in response to the increasing number of children and teenagers using the Internet and other technology, the proliferation of child sexual abuse images available electronically, and the heightened online activity by predators seeking unsupervised contact with potential underage victims.

Because ICAC Members understand that arrests alone cannot resolve the problem of technology-facilitated child sexual exploitation, the ICAC Program is also dedicated to training law enforcement officers and prosecutors, as well as educating parents and youth about the potential dangers of online activity.

## 3. Oversight of the ICAC Program

3.1 The oversight of the ICAC Task Force Program and the administration of ICAC grants is the responsibility of OJJDP. The oversight of each Task Force falls to its Commander. The oversight of each agency, both Lead and Affiliate, falls to its designated Supervisor.

3.2 Commanders shall ensure there are supervisory systems and protocols in place that provide for observation, documentation, and review of ICAC activity. Said systems shall comply with the principles of quality case management and shall ensure that ICAC activities comply with agency policies and these Standards.

3.3 Commanders shall ensure that each Member in his/her Lead Agency and each Supervisor of an Affiliate Agency receives a copy of the Standards.

> 3.3.1 Supervisors shall ensure that each Member in his/her Affiliate Agency receives a copy of the Standards.

3.4 Commanders shall submit all proposed National Initiatives to OJJDP prior to the start of the project.

> 3.4.1 OJJDP may suggest amendments to the original proposal following consultation with the presenting Commander and, as appropriate, other federal, state, and local entities.

3.5 Supervisors shall inform their Members about departmental or Task Force employee assistance programs and services available to them.

## 4. Selection and Retention of Task Force Members

4.1 When practicable during the selection process of Members, Commanders and Supervisors shall evaluate prospective candidates for work histories that indicate prior investigative experience, courtroom testimony skills, technical knowledge and ability, an ability to prudently handle sensitive information, a genuine interest in the protection of children, and an understanding of the effects that Members may experience when exposed to Images.

4.2 Commanders and Supervisors shall acknowledge the potential effects of Investigations and exposure to Images. When practicable, they shall attempt to mitigate the potential effects of the work using, for example, the following techniques:

- *Work environment considerations* – Commanders and Supervisors are encouraged to provide a physical location for the work environment that allows the Investigator to conduct discreet Investigations.

- *Work flexibility* – Commanders and Supervisors are encouraged to allow flexibility for Investigators and others who are exposed to Images (e.g., frequent breaks, having an open-door policy, etc.).

- *Educating colleagues* – Commanders and Supervisors are encouraged to teach their colleagues that the viewing of Images is serious and restricted.

- *Work with Mental Health Providers (MHP)* – In compliance with their agency guidelines, Commanders and Supervisors are encouraged to work with MHP to make recommendations for care of Members and to provide education and training designed to minimize the impact of Images.

- *Training* – Commanders and Supervisors are encouraged to share or seek out best practices for minimization of the impact of Images and to promote attendance at trainings regarding methods used to minimize said impact.

## 5. Training

5.1 Carefully-managed Investigations conducted by well-trained Investigators are among the most effective techniques available to law enforcement for addressing Crime.

5.2 All national training curricula supported by ICAC resources shall be conducted consistent with the Standards and shall be approved by OJJDP.

5.3 Commanders shall ensure that nominees to attend any ICAC-sponsored national in-person training are current Members.

5.4 Task Forces may develop and deliver Task Force training. This training shall comply with the Standards and shall be approved by the Commander. All costs to develop and deliver the training shall be the responsibility of the Task Force or Affiliate providing the Task Force training.

## 6. Case Management

6.1 Commanders and Supervisors are responsible for determining Investigative priorities and selecting cases for Investigation in their respective agencies. Those determinations shall include an assessment of victim risk, jurisdiction, known offender behavioral characteristics, and the likelihood of securing the information necessary to pursue each Investigation.

6.2 Conventional boundaries often are meaningless in today's digital world where the usual constraints of time, place, and distance lose their relevance. These factors increase the possibility of Lead and/or Affiliate Agencies targeting other law enforcement personnel, Investigating the same target, or inadvertently disrupting an ongoing Investigation. To foster effective case coordination, collaboration, and communication, each Member shall make every effort to Deconflict all active Investigations.

6.3 Lead and Affiliate Agencies shall be subject to their respective agency's incident reporting procedures and case supervision systems. At a minimum, a unique identifier shall be assigned to each case.

## 7. Task Force Reporting Requirements to OJJDP

7.1 The reports described below do not replace the semi-annual progress report required by the Office of Justice Programs' Financial Guide.

7.2 Commanders shall compile and submit a Task Force Monthly Performance Measures Report to the OJJDP-designated location before the end of the following calendar month.

7.2.1 Affiliates shall report their activity to their respective Commander by the 10th of each month using the ICAC Monthly Performance Measures Report.

7.3 Commanders shall compile and submit information on all cases referred for local, state, or federal prosecution. Information is required for all cases referred by the Lead Agency, as well as all Affiliates that received more than $20,000 a year in OJJDP ICAC funding, and any Affiliate the Commander selects to include. The case reporting requirement is ongoing and begins with the prosecutorial agency the case is referred to and continues through the final disposition of the case.

7.3.1 This ongoing quarterly report shall be submitted within 30 days of the end of the quarter.

7.4 Commanders shall compile and submit an annual report which details each of their Affiliates. The report shall be submitted in a method determined by OJJDP and shall include the following information:

7.4.1 The name of each Affiliate Agency.

7.4.2 The staffing level of each Affiliate including the number of Investigators, prosecutors, education specialists, and forensic specialists dedicated to Investigating and prosecuting Crime.

7.4.3 This ongoing annual report shall be submitted within 30 days of the end of the calendar year.

## 8. Investigations

8.1 Investigations shall be conducted in a manner consistent with applicable laws and constitutional requirements.

8.2 Only Sworn Personnel shall conduct Investigations.

8.2.1 Authorized Personnel acting under the direction and supervision of Sworn Personnel may participate in Investigations.

8.2.2 Members shall not approve, condone, encourage, or promote cyber-vigilanteism by private citizens. As such, Members shall not use unauthorized private citizens to proactively seek out Investigative targets.

8.2.3 The above section (8.2.2) shall not preclude the use of information related to a Crime provided by victims or public citizens who discover evidence (e.g., CyberTip reports, mandated reports from professionals, computer repair shop complaints, parental complaints, et cetera). Nor does it preclude the use of authorized over-hears or other similar investigative methods designed to further an Investigation.

8.3 Investigations shall be documented. Any departures from this provision due to unusual or exigent circumstances shall be documented in the relevant case file and reviewed by the Supervisor.

8.3.1 The retention, storage, security, and disposal of Investigative or case information shall be consistent with the subject agency's policies and federal and state law regarding same.

8.3.2 Access to Investigative case files shall be restricted to Authorized Personnel.

8.4 Members shall not electronically upload, transmit, or forward any Images.

8.4.1 Section 8.4 shall not prohibit the transfer of evidence between Investigators as provided for by sections 8.9 and 8.10 of these Standards nor shall it prohibit the submission of Images to CVIP as provided for by section 10.1 of these Standards.

c.l.

8.5 Visual depictions of any identifiable person used to represent an investigative persona or any identifiable minor, shall be only those of an Employee who has given his or her written consent and only if that Employee was at least 18 years old at the time of consent. Further, the depictions themselves may be of that Employee under the age of 18.

8.6 Absent prosecutorial input to the contrary, during online dialogue, officers shall allow the Investigative target to set the tone, pace, and subject matter of the online conversation

8.6.1 The above section (8.6) shall not be construed to prohibit Investigators from performing any of the following activities when initiating or conducting an Investigation: (a) posting information including visual depictions (image or video/printed or digital) to establish an online presence, (b) placing advertisements or posts, or (c) sending messages.

8.6.2 Members shall familiarize themselves with relevant state and federal law, including but not limited to those regarding the defense of entrapment, and should confer with relevant prosecutors for legal consultation, as needed.

8.6.3 Members planning large-scale (multi-target) operations shall advise the Commander and shall consult relevant prosecutors regarding the operation.

8.7 The examination of digital storage devices shall be performed consistent with the subject agency's protocol.

8.8 Images shall be maintained pursuant to the subject agency's policy.

8.8.1 Absent a court order specifically ordering otherwise, evidence containing Images shall not be released to any defendant or representative thereof.

8.9 Absent exigent circumstances, all Members' case referrals between jurisdictions shall include:

- Notification to and acceptance by the Commander(s) of both jurisdictions that are involved in the referral;
- A secure (i.e., digitally-protected) copy of the case file;
- An official Investigative report or affidavit containing case details; and,
- Documentation, preferably the original, of all legal process conducted and all compliance with same, especially those documents related to the issue of jurisdiction and identification of suspect(s).

8.10 The transfer of evidence containing Images among law enforcement shall be done in a secure manner.

Ie encryption software

## 9. Work Environment

9.1 ICAC Equipment shall be reserved for the exclusive use of its Members, and shall be used in accordance with their respective agency's policies.

9.2 When practicable, Equipment which might be used in undercover aspects of an Investigation shall be purchased covertly.

9.3 No personally-owned Equipment shall be used in Investigations.

9.4 Software shall be properly acquired and licensed.

9.5 Investigations shall be conducted in an approved work environment as designated by a Commander or Supervisor.

## 10. Victim Identification

10.1 Identifying child victims of Crime is a critical element of the ICAC Program. DOJ and OJJDP require the Lead Agencies and Affiliates to submit Images to CVIP as a means to improve child victim identification. Absent exigent circumstances, Images shall be sent to CVIP pursuant to NCMEC's standards regarding same. In addition, Lead Agencies and Affiliates are encouraged to collaborate with NCMEC in their effort to identify children depicted in Images.

10.2 Absent exigent circumstances, victim-identifying information shall be protected from public disclosure pursuant to the protections set forth in federal and state law.

10.3 Lead Agencies and Affiliates shall adhere to local, state, and federal laws regarding mandated reporting, victim notification, and victim assistance.

## 11. Public Awareness and Community Outreach

11.1 Public awareness activities and community outreach are a critical component of ICAC. Lead and Affiliate Agencies shall foster awareness and shall provide practical relevant guidance to children, parents, educators, and others concerned with child safety.

11.2 Presentations to school personnel, parents, and community groups are excellent ways to promote awareness.. These presentations shall not depict identifiable victims nor shall they use pornographic or sexually explicit images. Presenters shall not discuss confidential Investigative techniques.

11.3 Members shall not endorse any product or service without the express written consent of an OJJDP Program Manager. While making public presentations, Members may indicate a preference for a product or service, but, where done, shall avoid an implicit endorsement and shall include alternatives in the presentation.

11.4 Materials and presentations shall be consistent with ICAC's mission and background, as enumerated in Section 2 of these Standards.

## 12. Media Relations and Media Releases

12.1 Media releases relating to prosecutions, Crime alerts, or other matters concerning ICAC operations shall not include information regarding confidential Investigative techniques, and shall be coordinated, when applicable, with the law enforcement agencies involved with the subject Investigations, in a manner consistent with sound information management and sound media relations practices.

12.2 Commanders and Supervisors may speak to members of the media about their own agency's ICAC-related activities per the terms of their agency's policy on such media relations. No individual affiliated with ICAC may speak on behalf of the national ICAC Program without the express written consent of OJJDP.

12.3 Commanders shall inform their OJJDP Program Manager if approached by national media outlets about the national ICAC Program (as opposed to media seeking information about local activities) so that a coordinated national response can be prepared by OJJDP.

12.4 Information provided by Task Forces to the media shall be consistent with ICAC's mission and background, as described in Section 2 of these Standards.

**End of ICAC Standards**

# Helpful Commands and Websites

To access the command prompt you can:

Click on the START button.
Click on RUN
Type in CMD and click on OK

Another way to access the command prompt is to:

Click on the START button
Click on ALL PROGRAMS
Click on ACCESSORIES
Click on COMMAND PROMPT

Once the command prompt is open any of the following commands can be used to gain information about IP Address and Connectivity. Simply type the command word or word and additional identifier for the command you are using.

1. PING Ping stands for Packet Inter-Network Grouper. This command sends a message from your computer to another computer asking for a response and displaying the time it took to receive the response. If the other computer can not be reached the command will time out.
2. TRACERT is short for trace route. The Command is typed as tracert followed by the IP Address you want to query. It would appear as tracert 111.11.111.11 This command will walk from your machine to the suspects machine and display the "hops" or routers encountered on the way to the suspects machine. Reading the names of the routers can give you some insight into the geographical location of the suspects' computer. This command should be used from a third party site such as centralops.net. This way the suspect will not see your IP Address initiating the trace route, but it will show up as the IP Address listed to Centralops.net.
3. IPCONFIG This command will show the IP Address in use by the computer, the subnet mask and the default gateway. By adding a space /all to the IPCONFIG command you will see additional information such as the MAC Addresses of any Communication card (Network Card, Wireless Card, or Air card in use, or installed. This command will also show the parameters of the lease of the IP Address and the computer name.
4. NETSTAT This command will show all the active connections in use by the computer. Remember the "active" connections time out after about 45 seconds. This does not mean the computer is not still displaying the content, it just means the direct communication with the site has ceased being reported by this command. Adding a space –n will display all the IP Addresses in numeric format and a space –a with display them as alpha characters.
5. NSLOOKUP This command will look up the domain name and IP Address for any site you query. Type nslookup followed by the name of the site. It would look like nslookup www.yahoo.com.
6. Any command followed by a space and /? Will display the different commands that can be associated with the command. For example netstat /? Will return all

the different extensions that accompany that command. For example netstat –n for numeric listing of ip addresses.

7. WWW.MAXMIND.COM will assist with geo-locating a suspect. This site can be used to resolve a geographical location from an IP Address.
8. WWW.IPCHICKEN.COM The site will display the Public IP Address for the computer accessing the website. Some Internet Service Providers will display a step down router associated with the IP Address. This can appear as a city name on the line below the first response.
9. WWW.CENTRALOPS.NET The site is useful to resolve numerical versions of the address of a website from the alpha names of website addresses. This will also display the domain registrant, and a trace route from this site will protect your IP Address from being reported to the suspect during the trace route.
10. WWW.UWHOIS.COM The site can be used to identify the owner of a website.

# Other Useful Resources (not all free)

**UltraEdit** - editor for all kinds of files
http://www.ultraedit.com

**EditPadPro** - editor for all kinds of files
http://www.editpadpro.com/

**Kitty** - Like Putty, but all configuration info lives in files, not the registry
http://kitty.9bis.com/

**WinSCP** - Secure copy over SSH
http://winscp.net/eng/index.php

**Directory Opus** - The best Windows Explorer replacement without exception
http://www.gpsoft.com.au/

**Everything Search** - Lightening fast indexing and searching on your workstation
http://www.voidtools.com/

**DesktopInfo** - Tons of cool info displayed right on your desktop
http://www.glenn.delahoy.com/software/

**ImgBurn** - the only CD/DVD burning software you will ever need
http://www.imgburn.com/

**Desktop Item Position Saver 64-bit edition** - Save and restore icon positions on your desktop
http://amip.tools-for.net/files/dips64/

**Ditto** - Clipboard management at its finest
http://ditto-cp.sourceforge.net/

**GSpot** - Figure out what audio and video codecs a file requires to be played
http://www.headbands.com/gspot/

**nstrings** - Extract a list of all printable strings from a file (useful for binaries)
http://rnicrosoft.net/

**Mozbackup** - Backup any profiles related to anything Mozilla
http://mozbackup.jasnapaka.com/

**ProcessExplorer** - The best replacement for Windows Task Manager
http://technet.microsoft.com/en-us/sysi ... s/bb896653

**HFS** - Stand alone, Windows based web server. Works great in a teaching environment to distribute files to the class
http://www.rejetto.com/hfs/

**PortPeeker** – Listen to on a port, see who answers.
http://www.linklogger.com/portpeeker.htm

**PowerGREP** - Insane search capabilities. Find any patterns in any file with ease!
http://www.powergrep.com/

**TeamViewer** - The best remote access software
http://www.teamviewer.com/en/index.aspx

**Format Factory** - Great free tool for converting audio/video. I have even used it to convert proprietary video software from surveillance systems into something I can work with.
http://www.formatoz.com/
*Note* Be sure to UNCHECK the toolbar during the installation process.

**TeraCopy** - Free Windows utility for copying files. It seems to be faster, has file resume and error recovery. It also has the ability to perform a quick CRC check to verify that all the files copied properly.
http://codesector.com/teracopy