# Exhibit

# JJ

| FY | Title | Original Soliciatation | Recipient | State | Award # | Amount | Status |
|---|---|---|---|---|---|---|---|
| 1998 | INTERNET CRIMES AGAINST CHILDREN - OPERATION BLUE RIDGE THUNDER | OJJDP Discretionary Continuation Programs - Child Protection | County of Bedford | VA | 1998-MC-CX-K005 | $199,879 | Closed |
| 1998 | Internet Crimes Against Children - Operation Blue Ridge Thunder | FY 2004 OJJDP Congressional Earmark Program | County of Bedford | VA | 1998-MC-CX-K005 | $100,000 | Closed |
| 2001 | Internet Crimes Against Children - Investigative Satellite | OJJDP Discretionary Continuation Programs - Child Protection | County of Fairfax | VA | 2001-MC-CX-K007 | $43,949 | Closed |
| 2002 | JUVENILE JUSTICE AND DELINQUENCY PREVENTION CONGRESSIONALLY EARMARK | OJJDP Congressional Earmark Programs | County of Bedford | VA | 2002-MC-CX-K015 | $242,500 | Closed |
| 2003 | Internet Crimes Against Children | FY 2003 OJJDP Discretionary Continuation Programs - Child Protection | County of Bedford | VA | 1998-MC-CX-K005 | $450,000 | Closed |
| 2003 | Internet Crimes Against Children - Operation Blue Ridge Thunder | FY 2003 OJJDP Discretionary Continuation Programs - Child Protection | County of Bedford | VA | 1998-MC-CX-K005 | $450,000 | Closed |
| 2003 | Internet Crimes Against ChildrenBlue Ridge Thunder | FY 2003 OJJDP Congressional Earmark Programs | County of Bedford | VA | 2002-MC-CX-K015 | $248,375 | Closed |
| 2003 | Investigation and Prosecution of Child Sexual Exploitation | FY 2003 OJJDP Discretionary Continuation Programs - Child Protection | National District Attorneys Association | VA | 2003-MC-CX-K005 | $300,000 | Closed |
| 2004 | Internet Crimes Against Children Task Force | Internet Crimes Against Children Task Force Program | Virginia Department of State Police | VA | 2004-MC-CX-K010 | $300,000 | Closed |
| 2004 | Law Enforcement Data Exchange Support Services | Internet Crimes Against Children Task Force Program | Integrated Digital SystemsScanAmerica Inc. | VA | 2004-MC-CX-K006 | $100,000 | Closed |
| 2004 | Internet Crimes Against Children Task Force | Internet Crimes Against Children Task Force Program | Virginia Department of State Police | VA | 2004-MC-CX-K010 | $300,000 | Closed |
| 2005 | Child Sexual Exploitation | OJJDP FY05/ICAC | National District Attorneys Association | VA | 2005-MC-CX-K028 | $300,000 | Closed |
| 2005 | Internet Crimes Against ChildrenBlue Ridge Thunder | OJJDP FY05/ICAC | County of Bedford | VA | 2005-MC-CX-K019 | $450,000 | Closed |
| 2005 | Law Enforcement Data Exchange Support Services | OJJDP FY05/ICAC | Integrated Digital SystemsScanAmerica Inc. | VA | 2004-MC-CX-K006 | $100,000 | Closed |
| 2006 | Child Sexual Exploitation | OJJDP FY 2006 Internet Crimes Against Children Continuation (CPD) | National District Attorneys Association | VA | 2005-MC-CX-K028 | $300,000 | Closed |
| 2006 | Northern Virginia/District of Columbia ICAC Task Force | OJJDP FY 2006 Internet Crimes Against Children Continuation (CPD) | Virginia Department of State Police | VA | 2004-MC-CX-K010 | $450,000 | Closed |
| 2007 | Internet Crimes Against Children | OJJDP FY 07 Internet Crimes Against Children Continuations | County of Bedford | VA | 2005-MC-CX-K019 | $525,000 | Closed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2007 | This project will fund forensic investigations to reduce backlog and training for Internet Crimes Against Children task force affiliates. | OJJDP FY 07 Building ICAC Forensic Capacity | Virginia Department of State Police | VA | 2004-MC-CX-K010 | $199,440 | Closed |
| 2007 | This proposal delivers the highly-demanded training requested by prosecutors and multi-disciplinary teams to investigate and prosecute computer-facilitated crimes against children. | OJJDP FY 07 Prevention and Intervention Programs | National District Attorneys Association | VA | 2007-JL-FX-K005 | $700,000 | Closed |
| 2008 | ICAC Contination Grant Virginia State Police | OJJDP FY 08 Internet Crimes Against Children Continuations | Virginia Department of State Police | VA | 2004-MC-CX-K010 | $452,629 | Closed |
| 2008 | This project funds training and supplies for the Northern Virginia-DC ICAC Task Force | OJJDP FY 08 Community Oriented Policing Services (COPS) Earmarks | Virginia Department of State Police | VA | 2008-JL-FX-K050 | $177,707 | Closed |
| 2009 | ICAC Task Force Training and Technical Assistance | OJJDP FY 09 Recovery Act ICAC Task Force Training and Technical Assistance Grants | National District Attorneys Association | VA | 2009-SN-B9-K066 | $849,848 | Closed |
| 2009 | ICAC Task Force:NOVA/DC | OJJDP FY 09 Recovery Act Internet Crimes Against Children Task Force Program Grants Program | Virginia Department of State Police | VA | 2009-SN-B9-K011 | $581,935 | Closed |
| 2009 | NOVA-DC FY 2009 ICAC Continuation | OJJDP FY 09 Internet Crimes Against Children Task Force Program Continuation | Virginia Department of State Police | VA | 2009-MC-CX-K027 | $280,831 | Closed |
| 2009 | NW3C ICAC Training and Technical Assistance Program | OJJDP FY 09 Recovery Act ICAC Task Force Training and Technical Assistance Grants | NW3C Inc. National White Collar Crime Center | VA | 2009-SN-B9-K061 | $1,299,999 | Closed |
| 2009 | OJJDP 09 Internet Crimes Against Children Task Force Program Continuation | OJJDP FY 09 Internet Crimes Against Children Task Force Program Continuation | County of Bedford | VA | 2009-MC-CX-K047 | $349,038 | Closed |
| 2009 | Recovery Act Internet Crimes Against Children Task Force | OJJDP FY 09 Recovery Act Internet Crimes Against Children Task Force Program Grants Program | County of Bedford | VA | 2009-SN-B9-K012 | $681,572 | Closed |
| 2010 | 2010 ICAC Continuation Grant | OJJDP FY 10 Internet Crimes Against Children Task Force Continuation Program | Virginia Department of State Police | VA | 2009-MC-CX-K027 | $277,868 | Closed |
| 2010 | ICAC Task Force National Training - NW3C Digital Evidence Forensics | OJJDP FY 10 ICAC National Training Program: Digital Evidence Forensics | NW3C Inc. National White Collar Crime Center | VA | 2010-MC-CX-K043 | $999,756 | Closed |
| 2010 | ICAC Task Force National Training - NW3C Specialized Investigative Techniques Training Program | OJJDP FY 10 ICAC National Training Program: Specialized Investigative Techniques | NW3C Inc. National White Collar Crime Center | VA | 2010-MC-CX-K045 | $400,000 | Closed |
| 2010 | OJJDP FY 10 Internet Crimes Against Children Task Force Continuation Program | OJJDP FY 10 Internet Crimes Against Children Task Force Continuation Program | County of Bedford | VA | 2009-MC-CX-K047 | $305,292 | Closed |
| 2011 | 2011 ICAC Continuation Supplement II | OJJDP FY 11 Internet Crimes Against Children Task Force Continuations | Virginia Department of State Police | VA | 2009-MC-CX-K027 | $296,480 | Closed |
| 2011 | NCPCA ICAC TTA Prosecutor Training (Continuation) | OJJDP FY 11 Child Protection Programs Grants | National District Attorneys Association | VA | 2010-MC-CX-K048 | $500,000 | Closed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2011 | NW3C Digital Evidence Forensics - ICAC Task Force National Training Program | OJJDP FY 11 Child Protection Programs Grants | NW3C Inc. National White Collar Crime Center | VA | 2010-MC-CX-K043 | $800,000 | Closed |
| 2011 | NW3C Specialized Investigative Techniques - ICAC Task Force National Training Program | OJJDP FY 11 Child Protection Programs Grants | NW3C Inc. National White Collar Crime Center | VA | 2010-MC-CX-K045 | $350,000 | Closed |
| 2011 | OJJDP FY 2011 Internet Crimes Against Children Task Force Continuations Program | OJJDP FY 11 Internet Crimes Against Children Task Force Continuations | County of Bedford | VA | 2009-MC-CX-K047 | $325,618 | Closed |
| 2012 | 2012 ICAC | OJJDP FY 12 Internet Crimes Against Children Task Force Continuations | Virginia Department of State Police | VA | 2012-MC-FX-K048 | $290,699 | Closed |
| 2012 | Internet Crimes Against children | OJJDP FY 12 Internet Crimes Against Children Task Force Continuations | County of Bedford | VA | 2012-MC-FX-K051 | $333,859 | Closed |
| 2012 | NW3C Digital Evidence Forensics - ICAC Task Force National Training Program | OJJDP FY 12 Child Protection Continuations | NW3C Inc. National White Collar Crime Center | VA | 2010-MC-CX-K043 | $700,000 | Closed |
| 2012 | NW3C Specialized Investigative Techniques - ICAC Task Force National Training Program | OJJDP FY 12 Child Protection Continuations | NW3C Inc. National White Collar Crime Center | VA | 2010-MC-CX-K045 | $300,000 | Closed |
| 2013 | 2013 ICAC Grant | OJJDP FY 13 Internet Crimes Against Children Task Force Invited Awards | Virginia Department of State Police | VA | 2012-MC-FX-K048 | $317,242 | Closed |
| 2013 | Internet Crimes Against Children (ICAC) training that is designed specifically for ICAC Task Force members to conduct forensic analysis of computers, cell phones and other digital devices. | OJJDP FY 13 Internet Crimes Against Children Task Force National Training Program: Category 1: Entry Level and Core Training | NW3C, Inc d/b/a/ the National White Collar Crime Center | VA | 2013-MC-FX-K002 | $500,000 | Closed |
| 2013 | OJJDP FY 2013 Internet Crimes Against children Task Force Program Continuation | OJJDP FY 13 Internet Crimes Against Children Task Force Invited Awards | County of Bedford | VA | 2012-MC-FX-K051 | $350,913 | Closed |
| 2014 | FY 14 ICAC Task Force for Northern Virginia | OJJDP FY 14 Internet Crimes Against Children Task Force Invited Awards | Virginia State Police | VA | 2012-MC-FX-K048 | $322,046 | Closed |
| 2014 | FY 2014 ICAC Task Forces | OJJDP FY 14 Internet Crimes Against Children Task Force Invited Awards | County of Bedford | VA | 2012-MC-FX-K051 | $364,064 | Closed |
| 2014 | ICAC National Training: Category 2 Digital Evidence Forensics | OJJDP FY 14 Youth Development, Prevention and Safety Invited Awards | NW3C Inc. National White Collar Crime Center | VA | 2013-MC-FX-K002 | $500,000 | Closed |
| 2015 | FY 15 ICAC | OJJDP FY 15 Internet Crimes Against Children Task Force Invited | Virginia State Plice | VA | 2015-MC-FX-K016 | $318,777 | Closed |
| 2015 | FY 2015 ICAC Task Forces | OJJDP FY 15 Internet Crimes Against Children Task Force Invited | County of Bedford | VA | 2015-MC-FX-K013 | $365,745 | Closed |
| 2015 | National Training - Digital Evidence Forensics | OJJDP FY 15 Youth Development, Prevention, and Safety Invited Applications | NW3C Inc. National White Collar Crime Center | VA | 2013-MC-FX-K002 | $500,000 | Closed |
| 2016 | FY 2016 ICAC Task Forces | OJJDP FY 16 Internet Crimes Against Children Task Force Invited | County of Bedford | VA | 2015-MC-FX-K013 | $370,958 | Closed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2016 | FY16 Virginia Internet Crimes Against Children Program | OJJDP FY 16 Internet Crimes Against Children Task Force Invited | Virginia State Plice | VA | 2015-MC-FX-K016 | $323,026 | Closed |
| 2016 | Internet Crimes Against Children (ICAC) training that is designed specifically for ICAC Task Force members to gain skills for forensic analysis of computers, cell phones and other digital devices. | OJJDP FY 16 Internet Crimes Against Children Task Force National Training Program | NW3C, Inc. d/b/a the National White Collar Crime Center | VA | 2016-MC-FX-K010 | $200,000 | Closed |
| 2017 | Internet Crimes Against Children (ICAC) Task Force Training for Digital Evidence Forensics | OJJDP FY 17 Training and Technical Assistance Invited Applications | NW3C Inc. National White Collar Crime Center | VA | 2016-MC-FX-K010 | $200,000 | Closed |
| 2017 | Northern Virginia ICAC Task Force Program | OJJDP FY 17 ICAC Task Forces Invited Applications | Virginia State Police | VA | 2015-MC-FX-K016 | $333,482 | Closed |
| 2017 | Southern Virginia Internet Crimes Against Children Task Force | OJJDP FY 17 ICAC Task Forces Invited Applications | County of Bedford | VA | 2015-MC-FX-K013 | $400,323 | Closed |
| 2018 | Internet Crimes Against Children (ICAC) National Training Program (NW3C Digital Evidence Forensic Training Program) | OJJDP FY 2018 Training and Technical Assistance Invited Applications | NW3C Inc. National White Collar Crime Center | VA | 2016-MC-FX-K010 | $200,000 | Closed |
| 2018 | Northern Virginia ICAC Task Force Program | OJJDP FY 18 Internet Crimes Against Children Task Force Invited Applicants | VIRGINIA DEPARTMENT OF STATE POLICE | VA | 2018-MC-FX-K017 | $1,291,249 | Open |
| 2018 | Northern Virginia ICAC Task Force Program | OJJDP FY 18 Internet Crimes Against Children Task Force Invited Applicants | VIRGINIA STATE POLICE | VA | 2018-MC-FX-K017 | $365,831 | Past Project Period End Date |
| 2018 | Southern Virginia ICAC Task Force Program | OJJDP FY 18 Internet Crimes Against Children Task Force Invited Applicants | BEDFORD COUNTY | VA | 2018-MC-FX-K018 | $429,604 | Past Project Period End Date |
| 2018 | Southern Virginia ICAC Task Force Program | OJJDP FY 18 Internet Crimes Against Children Task Force Invited Applicants | BEDFORD, COUNTY OF | VA | 2018-MC-FX-K018 | $453,753 | Open |
| 2019 | Northern Virginia ICAC Task Force Program | OJJDP FY 19 Internet Crimes Against Children Task Force Invited Applicants | VIRGINIA STATE POLICE | VA | 2018-MC-FX-K017 | $537,178 | Past Project Period End Date |
| 2019 | NW3C - OJJDP FY 20 Internet Crimes Against Children Task Force National Training Program | OJJDP FY 19 Internet Crimes Against Children Task Force National Training Program | NW3C Inc. The National White Collar Crime Center | VA | 2019-MC-FX-K006 | $350,000 | Open |
| 2019 | NW3C - OJJDP FY 20 Internet Crimes Against Children Task Force National Training Program | OJJDP FY 19 Internet Crimes Against Children Task Force National Training Program | NW3C Inc. The National White Collar Crime Center | VA | 2019-MC-FX-K006 | $1,050,000 | Open |
| 2019 | NW3C - OJJDP FY 20 Internet Crimes Against Children Task Force National Training Program | OJJDP FY 19 Internet Crimes Against Children Task Force National Training Program | NW3C, INC. | VA | 2019-MC-FX-K006 | $350,000 | Closed |
| 2019 | Southern Virginia ICAC Task Force Forensic Capacity Hiring Program for Wounded Veterans | OJJDP FY 19 Internet Crimes Against Children Task Forces: Forensic Capacity Hiring Program for Wounded Veterans | BEDFORD COUNTY | VA | 2019-MC-FX-K001 | $200,000 | Open |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2019 | Southern Virginia ICAC Task Force Program | OJJDP FY 19 Internet Crimes Against Children Task Force Invited Applicants | BEDFORD COUNTY | VA | 2018-MC-FX-K018 | $636,612 | Past Project Period End Date |
| 2019 | The National Center for Missing and Exploited Children | OJJDP FY 19 NCMEC Invited Applicant | THE NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN | VA | 2019-MU-MU-K012 | $33,517,274 | Past Project Period End Date |
| 2020 | Northern Virginia ICAC Task Force Program | | VIRGINIA STATE POLICE | VA | 2018-MC-FX-K017 | $388,240 | Past Project Period End Date |
| 2020 | NW3C - OJJDP FY 20 Internet Crimes Against Children Task Force National Training Program | | NW3C, INC. | VA | 2019-MC-FX-K006 | $350,000 | Closed |
| 2020 | Southern Virginia ICAC Task Force Program | | BEDFORD COUNTY | VA | 2018-MC-FX-K018 | $453,753 | Past Project Period End Date |
| 2020 | The National Center for Missing and Exploited Children | | THE NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN | VA | 2020-MC-FX-K004 | $35,429,092 | Past Project Period End Date |
| 2021 | Northern Virginia ICAC Task Force Program | | VIRGINIA STATE POLICE | VA | 15PJDP-21-GK-03805-MECP | $400,617 | Open |
| 2021 | NW3C - OJJDP FY 20 Internet Crimes Against Children Task Force National Training Program | | NW3C, INC. | VA | 2019-MC-FX-K006 | $350,000 | Closed |
| 2021 | Southern Virginia ICAC Task Force Program | | BEDFORD COUNTY | VA | 15PJDP-21-GK-03804-MECP | $544,382 | Open |
| 2022 | EZTools & KAPE Training Development and Delivery Project | OJJDP FY 2022 Strengthening ICAC Technological Investigative Capacity | NW3C, INC. | VA | 15PJDP-22-GK-03105-MECP | $437,500 | Open |
| 2022 | Northern Virginia ICAC Task Force Program | | VIRGINIA STATE POLICE | VA | 15PJDP-21-GK-03805-MECP | $463,690 | Open |
| 2022 | NW3C Strengthening ICAC Technological Investigative Capacity Category 1 | OJJDP FY 2022 Strengthening ICAC Technological Investigative Capacity | NW3C, INC. | VA | 15PJDP-22-GK-03106-MECP | $562,500 | Open |
| 2022 | NW3C-OJJDP FY22 Internet Crime Against Children Task Force National Training Program | OJJDP FY 2022 Internet Crimes Against Children Task Force National Training Program | NW3C, INC. | VA | 15PJDP-22-GK-03091-MECP | $500,000 | Open |
| 2022 | Southern Virginia ICAC Task Force Program | | BEDFORD COUNTY | VA | 15PJDP-21-GK-03804-MECP | $527,653 | Open |
| 2023 | ICAC Digital Artifact Investigative Triage Tool Development Project | OJJDP FY 2023 Strengthening ICAC Technological Investigative Capacity | NW3C, INC. | VA | 15PJDP-23-GK-01283-MECP | $625,000 | Open |
| 2023 | Northern Virginia ICAC Task Force Program | | VIRGINIA STATE POLICE | VA | 15PJDP-21-GK-03805-MECP | $513,700 | Open |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2023 | NW3C-OJJDP FY22 Internet Crime Against Children Task Force National Training Program | | NW3C, INC. | VA | 15PJDP-22-GK-03091-MECP | $662,000 | Open |
| 2023 | Project ICAC Tools for Prosecutors | OJJDP FY 2023 Strengthening ICAC Technological Investigative Capacity | NW3C, INC. | VA | 15PJDP-23-GK-01289-MECP | $500,000 | Open |
| 2023 | Southern Virginia ICAC Task Force Program | | BEDFORD COUNTY | VA | 15PJDP-21-GK-03804-MECP | $550,472 | Open |
| 2023 | Statewide Internet Safety Program | OJJDP FY 2023 Invited to Apply — Byrne Discretionary Community Project Funding/Byrne Discretionary Grants Program | ENOUGH IS ENOUGH | VA | 15PJDP-23-GG-00375-BRND | $960,000 | Open |
| | | | | | | $105,278,950 | |