# Exhibit

# NN

Office of the Inspector General of the Intelligence Community

Center for Protected Disclosures

September 26, 2025

Ms. Bonnie Burkhardt
bonnie.burkhardt@blueridge-sw.com

Re: IC IG Contact Number: 25-0011-CD

Dear Ms. Burkhardt:

Thank you for your recent submission to the Office of the Inspector General of the Intelligence Community (IC IG) pursuant to the Intelligence Community Whistleblower Protection Act, 50 U.S.C. § 3033(k)(5). The IC IG reviewed your submission in accordance with the statutory requirements and on September 24, 2025, determined that the allegation(s) in your submission do not meet the statutory definition of an "urgent concern" under 50 U.S.C. § 3033(k)(5)(G)(i).

As a result, the statute does not require IC IG to transmit your complaint to the congressional intelligence committees. Nevertheless, given the nature of the allegation(s), IC IG intends to refer your complaint to the United States Department of Justice Office of the Inspector General for review and any action they deem appropriate.

We appreciate you bringing this matter to our attention. The IC IG Hotline remains a confidential and accessible avenue for reporting allegations of misconduct related to programs, personnel, and activities within the IC IG's purview. If you would like to discuss this notification further with IC IG representatives, you may schedule a call by contacting the IC IG Hotline at 855-731-3260 or via email at ICIGHOTLINE@odni.gov.

Sincerely,
IC IG Hotline Program