8402 Gambrill Ln
Springfield, VA 22153
November 6, 2026

Office of Clerk, U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5798

Dear Sir or Madam:

I am submitting my affidavit in support of Mr. Jason Hihn, Case Number 1:21-cr-00167. If you have any questions or if I need to do anything else, please let me know. Thank you.

Sincerely,

Bonnie Burkhardt

Bonnie Burkhardt
(703)505-2793
Bonnie.burkhardt@blueridge-sw.com